UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAFA SAID-IBRAHIM and ADHID IBRAHIM, on Behalf of Themselves and All Others Similarly Situated,<br><br>                              Plaintiffs,<br>         v.<br><br>FUBOTV INC., DAVID GANDLER, EDGAR M. BRONFMAN, JR. AND SIMONE NARDI,<br><br>                              Defendants. | Case No. 1:21-cv-01412 (ALC) (JLC)<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION OF NORDINE AAMCHOUNE FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** |
| STEVEN LEE, Individually and on Behalf of All Others Similarly Situated,<br>                              Plaintiff,<br>         v.<br>FUBOTV INC., DAVID GANDLER, EDGAR M. BRONFMAN JR., and SIMONE NARDI,<br><br>                              Defendants. | Case No. 1:21-cv-01641 (ALC) (JLC) |

Nordine Aamchoune ("Aamchoune"), by and through his counsel, respectfully moves this Court, pursuant to Local Rule 7, Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, and Rule 42 of the Federal Rules of Civil Procedure, for an Order: (1) consolidation of the above-captioned related actions; (2) appointment of Aamchoune as Lead Plaintiff on behalf of a class (the "Class") consisting of all persons and entities other than the defendants in the above-captioned actions who purchased or otherwise acquired FuboTV Inc.'s securities between March 23, 2020 and January 4, 2021, both dates inclusive; and (3) approving proposed Lead Plaintiff's selection of Lowey Dannenberg, P.C. as Lead Counsel for the Class. This motion is supported by the accompanying Memorandum of Law, the Declaration of Andrea Farah and the exhibits annexed thereto.

Dated:  April 19, 2021               Respectfully submitted,

*/s/ Andrea Farah*
Andrea Farah

**LOWEY DANNENBERG, P.C.**
Andrea Farah
Christian Levis
44 South Broadway, Suite 1100
White Plains, New York 10601
Telephone: 914-997-0500
Email: afarah@lowey.com
         clevis@lowey.com

*Counsel for Lead Plaintiff Movant and Proposed Lead Counsel for the Class*

**THE SCHALL LAW FIRM**
Brian Schall
Rina Restaino
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Email: brian@schallfirm.com
rina@schallfirm.com

*Additional Counsel for the Lead Plaintiff Movant*

## **CERTIFICATE OF SERVICE**

I, Andrea Farah, hereby certify that, on April 19, 2021, I authorized a true and correct copy of the foregoing to be electronically filed with the clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ Andrea Farah*
Andrea Farah