USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __04/29/2021__

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WAFA SAID-IBRAHIM and ADHID IBRAHIM, on Behalf of Themselves and All Others Similarly Situated,<br><br>                    Plaintiffs,<br>          v.<br><br>FUBOTV INC., DAVID GANDLER, EDGAR M. BRONFMAN, JR. and SIMONE NARDI,<br><br>                    Defendants. | Case No. 1:21-cv-01412 (ALC) (JLC)<br><br>CLASS ACTION<br><br>**ORDER FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** |
| STEVEN LEE, Individually and on Behalf of All Others Similarly Situated,<br>                    Plaintiff,<br><br>          v.<br><br>FUBOTV INC., DAVID GANDLER, EDGAR M. BRONFMAN JR., and SIMONE NARDI,<br><br>                    Defendants. | Case No. 1:21-cv-01641 (ALC) (JLC) |

Having considered Movant's Nordine Aamchoune's ("Aamchoune") Motion for Consolidation, Appointment as Lead Plaintiff for the Class, and approval of selection of Lead Counsel ("Motion for Appointment"), and good cause appearing therefore, the Court ORDERS as follows:

WHEREAS, on February 17, 2021, Plaintiffs Wafa Said-Ibrahim and Adhid Ibrahim filed the first securities class action complaint, asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§78j(b) and 78t(a) and SEC Rule 10b-5 (the "*Said-Ibrahim* Action"); and

WHEREAS on February 24, 2021, Plaintiff Steven Lee filed a class action complaint in this Court, asserting substantially the same legal claims against substantially the same defendants styled *Lee v. FuboTV,* No. 1:21-cv-01641 (ALC) (JLC) (the "*Lee* Action"); and

WHEREAS, the related actions arise from the same or substantially the same facts and involve common questions of law and fact, and therefore consolidation would avoid unnecessary cost, delay, and overlap in adjudication. Fed. R. Civ. P. 42(a);

WHEREAS, pursuant to Section 21D(a)(3)(B)(i) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(aa), Movant Aamchoune has filed a timely Motion for Appointment, seeking consolidation, appointment as Lead Plaintiff and approval selection of Lead Counsel;

WHEREAS, pursuant to Section 21D(a)(3)(B)(i) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb), Movant Aamchoune has the largest financial interest in the relief sought by the Class and otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure; and

WHEREAS, in accordance with Section 21D(a)(3)(B)(v) of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B)(v), Movant Aamchoune seeks approval of its selection of Lowey Dannenberg, P.C. ("Lowey") to serve as Lead Counsel;

AND NOW THIS __29__ day of __April__, the Court having considered Aamchoune's Motion for (i) consolidation of related actions; (ii) appointment as Lead Plaintiff; and (iii) approval of its

selection of Lead Counsel, and all supporting documents, and good cause appearing therefore, IT IS

HEREBY ORDERED as follows:

1. The Motion for Appointment is GRANTED.

    a. pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the *Said-Ibrahim* Action and the *Lee* Action are consolidated under the lowest numbered case as: *In re FuboTV Inc. Securities Litigation*, No. 1:21-cv-01412 (ALC) (JLC).

    b. The Clerk shall administratively close the *Lee* Action;

    c. All securities class actions on behalf of purchasers of FuboTV Inc. securities subsequently filed in, or transferred to, this District shall be consolidated into *In re FuboTV Inc. Securities Litigation*, No. 1:21-cv-01412 (ALC) (JLC).

2. Movant Aamchoune is appointed Lead Plaintiff.

3. Movant Aamchoune's selection of Lead Counsel—Lowey Dannenberg, P.C.—is approved.

**SO ORDERED.**

Dated: April 29, 2021
New York, New York

_____
HONORABLE ANDREW L. CARTER JR.
UNITED STATES DISTRICT JUDGE