# Exhibit A

10-K 1 form10-k.htm

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## Form 10-K

(Mark One)

[X] ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

**For the fiscal year ended December 31, 2019**

Or

[ ] TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____

Commission file number 000-55353

# FaceBank Group, Inc.
(Exact name of registrant as specified in its charter)

| Florida | 26-4330545 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

| 1330 Avenue of the Americas New York, NY | 10019 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code (212) 672-0055

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of exchange on which registered |
|---|---|---|
| N/A | N/A | N/A |

Securities registered pursuant to Section 12(g) of the Act:
Common Stock, par value $0.0001 per share

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. [ ] Yes [X] No

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. [ ] Yes [X] No

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. [X] Yes [ ] No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). [X] Yes [ ] No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer [ ] | Accelerated filer [ ] |
| Non-accelerated filer [X] | Smaller reporting company [X] |
| | Emerging growth company [ ] |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. [ ]

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act.) Yes [ ] No [X]

The aggregate market value of the registrant's voting and non-voting common equity held by non-affiliates on June 28, 2019 (the last business day of the registrant's most recently completed second fiscal quarter) was $82,999,601.

The number of shares outstanding of the registrant's common stock as of May 29, 2020, was 34,848,495 shares.

DOCUMENTS INCORPORATED BY REFERENCE — NONE

Case 1:21-cv-01412-ALC Document 35-1 Filed 09/10/21 Page 3 of 7

**EXPLANATORY NOTE**

On March 4, 2020, the Securities and Exchange Commission (the "SEC") issued an order (Release No. 34-88318) under Section 36 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), granting exemptions from specified provisions of the Exchange Act and certain rules thereunder, as amended by Release No. 34-88465 issued on March 25, 2020 (as amended, the "Order"). The Order provided public companies with a 45-day extension to file certain disclosure reports, including their Annual Report on Form 10-K that would otherwise have been due between March 1, 2020 and July 1, 2020. As disclosed in FaceBank Group, Inc.'s (the "Company") Current Report on Form 8-K filed with the SEC on March 31, 2020 (the "8-K"), the Company is relying on the Order and was unable to file this Annual Report on Form 10-K for the year ended December 31, 2019 (the "Annual Report") on a timely basis due to the novel coronavirus pandemic ("COVID-19"). The headquarters and finance operations of the Company's principal operating subsidiary are located in France. Local health authorities in France have enacted stringent restrictions designed to minimize risk to exposure to COVID-19 that have resulted in the mandatory confinement of people to their homes, subject to limited exceptions. In addition, due to travel restrictions imposed by the governments of the United States and France in the wake of the COVID-19 outbreak, the Company's U.S. based independent auditor was unable to travel to France to perform the site visits needed to complete the audit of the Company's financial statements for the fiscal year ended December 31, 2019. These restrictions have prevented the Company's personnel and auditors from accessing the offices of the Company's subsidiary in France. All of the foregoing slowed the accounting and auditing work required to compile and audit the Company's financial statements for the year ended December 31, 2019 to be included in the Annual Report. Based on the foregoing, on March 31, 2020, the Company filed the 8-K to avail itself of a 45-day extension to file this Annual Report relying on the exemptions provided by the SEC Order. This Annual Report on Form 10-K is being filed in reliance on the SEC Order.

Case 1:21-cv-01412-ALC Document 35-1 Filed 09/10/21 Page 4 of 7

**TABLE OF CONTENTS**

**FORM 10-K**

|  |  | PAGE NO. |
|---|---|---|
| **PART I** | | |
| Item 1. | Business. | 4 |
| Item 1A. | Risk Factors. | 19 |
| Item 1B. | Unresolved Staff Comments. | 19 |
| Item 2. | Properties. | 19 |
| Item 3. | Legal Proceedings. | 19 |
| Item 4. | Mine Safety Disclosures. | 19 |
| **PART II** | | |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities. | 20 |
| Item 6. | Selected Financial Data. | 22 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations. | 22 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk. | 28 |
| Item 8. | Financial Statements and Supplementary Data. | 28 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure. | 28 |
| Item 9A. | Controls and Procedures. | 28 |
| Item 9B. | Other Information. | 28 |
| **PART III** | | |
| Item 10. | Directors, Executive Officers and Corporate Governance. | 29 |
| Item 11. | Executive Compensation. | 32 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters. | 35 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence. | 37 |
| Item 14. | Principal Accounting Fees and Services. | 38 |
| **PART IV** | | |
| Item 15. | Exhibits, Financial Statement Schedules. | 39 |
| Item 16. | Form 10-K Summary. | 47 |
|  | Signatures. | 48 |

2

Case 1:21-cv-01412-ALC Document 35-1 Filed 09/10/21 Page 5 of 7

**Part I**

CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS

Information contained in this annual report on Form 10-K contains "forward-looking statements." These forward-looking statements are contained principally in the sections titled "Business," and "Management's Discussion and Analysis of Financial Condition and Results of Operations," and are generally identifiable by use of the words "may," "will," "should," "expect," "anticipate," "estimate," "believe," "intend" or "project" or the negative of these words or other variations on these words or comparable terminology. The forward-looking statements herein represent our expectations, beliefs, plans, intentions or strategies concerning future events, including, but not limited to: our future financial performance; the continuation of historical trends; the sufficiency of our cash balances for future needs; our future operations; the relative cost of our operation methods as compared to our competitors; new production projects, entry and expansion into new markets; achieving status as an industry leader; our competitive advantages over our competitors; brand image; our ability to meet market demands; the sufficiency of our resources in funding our operations; our intention to engage in mergers and acquisitions; and our liquidity and capital needs. Our forward-looking statements are based on assumptions that may be incorrect, and there can be no assurance that any projections or other expectations included in any forward-looking statements will come to pass. Moreover, our forward-looking statements are subject to various known and unknown risks, uncertainties and other factors that may cause our actual results, performance or achievements to be materially different from future results, performance or achievements expressed or implied by any forward-looking statements. These risks, uncertainties and other factors include but are not limited to: the risks of limited management, labor and financial resources; the risks generally associated with develop stage companies; our ability to establish and maintain adequate internal controls; our ability to develop and maintain a market in our securities; and our ability obtain financing, if and when needed, on terms that are acceptable. Except as required by applicable laws, we undertake no obligation to update publicly any forward-looking statements for any reason, even if new information becomes available or other events occur in the future.

As used in this annual report on Form 10-K, "FaceBank," "we", "our", "us" and the "Company" refer to FaceBank Group, Inc., a Florida corporation, and its subsidiaries unless the context requires otherwise.

3

Case 1:21-cv-01412-ALC   Document 35-1   Filed 09/10/21   Page 6 of 7

**Item 1. BUSINESS**

**Overview and Corporate Information**

FaceBank Group, Inc. was incorporated under the laws of the State of Florida in February 2009 under the name York Entertainment, Inc. On September 30, 2019, the Company's name was changed to FaceBank Group, Inc.

On April 1, 2020, FaceBank effected a merger (the "Merger") pursuant to which fuboTV, Inc., a Delaware corporation and a leading live TV streaming platform for sports, news and entertainment, became a wholly owned subsidiary of the Company. On May 1, 2020, the Company's trading symbol was changed to FUBO.

Before the Merger, Facebank Group was and continues to be a character-based virtual entertainment company, and a leading developer of digital human likeness for celebrities and consumers, focused on applications in traditional entertainment, sports entertainment, live events, social networking, mixed reality (AR/VR) and artificial intelligence. Facebank Group is positioned as a technology driven, intellectual property company with significant revenue participations in the digital likeness of leading celebrities and character-based entertainment properties.

Following the Merger, we operate our business under the name "fuboTV" and we are in the process of changing the name of FaceBank Group, Inc. to fuboTV, Inc. Our headquarters relocated to 1330 Avenue of the Americas, New York, NY 10019 following the merger, and our telephone number is (212) 672-0055. You can access our websites, including historical financial information pertaining to fuboTV, Inc., at https://fubo.tv, https://ir.fubo.tv, https://facebankgroup.com and https://ir.facebankgroup.com. Information contained on our websites is not part of this Annual Report on Form 10-K and is not incorporated by reference herein.

The financial statements included in this Annual Report on Form 10-K represent only the historical operating results of Facebank Group, Inc. and do not include the operating results of fuboTV, Inc.

*Nature of Business*

The Company is a leading digital entertainment company, combining fuboTV's direct-to-consumer live TV streaming platform with FaceBank's technology-driven IP in sports, movies and live performances. This business combination, operating as fuboTV, Inc., will create a content delivery platform for traditional and future-form IP. fuboTV plans to leverage FaceBank's IP sharing relationships with leading celebrities and other digital technologies to enhance its already robust sports and entertainment offerings.

Since the Merger, while we continue our previous business operations, we are principally focused on offering consumers a leading live TV streaming platform for sports, news and entertainment through fuboTV. fuboTV revenues are almost entirely derived from the sale of subscription services and advertising in the United States, though fuboTV has started to assess expansion opportunities into international markets, with operations in Canada and the launch in late 2018 of its first ex-North America offering of streaming entertainment, to consumers in Spain.

Our subscription-based services are offered to consumers who can sign-up for accounts at https://fubo.tv, through which we provide basic plans with the flexibility for consumers to purchase the add-ons and features best suited for them. Besides the website, consumers can also sign-up via some TV-connected devices. The fuboTV platform provides, what we believe to be, a superior viewer experience, with a broad suite of unique features and personalization tools such as multi-channel viewing capabilities, favorites lists and a dynamic recommendation engine as well as 4K streaming and Cloud DVR offerings.

**Industry Overview**

With the broad global adoption of internet connectivity, streaming platforms have seen rapid adoption as consumers engage with TV and audio through a variety of devices, including TV, mobile phones and tablets. The penetration of multiple devices and streaming has brought the convenience of watching whatever, whenever and wherever to consumers. According to Comscore over-the-top media services ("OTT") Intelligence data, as of March 2019, half of all US households have OTT streaming. Streaming continues to increase its share of TV viewing hours, now accounting for 15% of total TV viewing hours based on 3 month average in March 2019, but is still in the early innings of adoption. The majority, 65% of OTT viewing households, still have subscriptions to traditional PayTV, according to Comscore OTT Intelligence. While traditional live TV accounts for the majority of TV viewing hours for US households, the proportion is declining as customers continue cutting the cord. Consumers are increasingly favoring the streaming experience and lower cost of streaming services. As stated in a February 2019 eMarketer report, cord-cutters and cord-nevers are expected to reach 49 million US households in 2020.

4

Case 1:21-cv-01442-ALC Document 35-1 Filed 09/10/21 Page 7 of 7

Historically, sports and news have been a key growth driver for PayTV operators to attract audiences at scale. Amongst streaming providers, live sports and news represent a largely untapped opportunity, as virtual multichannel video programming distributors, or vMVPDs, have been focused largely on entertainment offerings. Avid sports fans have been forced to stay tethered to the PayTV ecosystem. According to a December 2019 Moffett Nathanson report, 60% of US households consume sports on a regular basis and 90% of sports consuming households continue to subscribe to PayTV, creating a significant opportunity to provide live sports over streaming.

PayTV has been slow to adapt to changing customer needs. In its Telecommunications Report, the American Customer Satisfaction Index (ACSI) found that streaming-video services averaged a score of 76 out of 100 while traditional PayTV remained substantially lower at 62 out of 100 (last places amongst the 46 industries tracked by ASCI) in 2019. Further, according to Leichtman Research Group as of November 2019, the average US cable package costs $110 per month, significantly higher than virtually all OTT options. PayTV providers have struggled to retain consumers, as US PayTV households decreased by 5.9 million in 2019, according to eMarketer. Virtual MVPDs (vMVPDs), services that provide multiple television channels via broadband, are quickly taking a share of the market by delivering greater value at a lower price. vMVPDs offer consumers a larger range of content that can be viewed anywhere, on any device, online or off, and with new features continuously being innovated. With superior direct-to-consumer (DTC) relationships and easier, more convenient functionality, we believe it will be a matter of time before streaming is the preferred medium across all platforms for TV consumption.

We also expect that the COVID-19 pandemic will have lasting effects on consumer behavior. With the increasing likelihood of sports resuming with empty stadiums and otherwise generally limited in-person viewership, we believe fans will turn to digital streaming solutions. vMVPDs are also a more affordable alternative to PayTV, which, we believe, in this current economic climate, further accelerates adoption.

**Our Market Opportunity**

The rapid shift to TV streaming has disrupted the traditional cable TV distribution model, creating new options for consumers and new opportunities for broadcasters and advertisers. Cord-cutting and cord-never households continue to accelerate adoption in the US, as PayTV subscribers increasingly favor the streaming experience. We believe this creates significant opportunities for vMVPDs to address the $199 billion global PayTV services market in 2018, according to a September 2019 Digital TV Research report.

Traditional Linear TV advertising spending in the U.S. was $71 billion in 2019, according to a March 2020 eMarketer report, and is expected to be $175 billion globally in 2020, according to a June 2019 MAGNA report. As consumers continue to spend more time streaming content, we believe advertisers will allocate dollars away from traditional TV advertising to advertising on streaming services. According to a MAGNA April 2019 report, OTT advertising spending is expected to reach $5 billion in 2020. Today, streaming accounts for 15% of total TV hours viewed, but only attracts 5% of ad spending. If OTT advertising spending rises to levels commensurate with current share of viewing hours, this represents over $10 billion of additional opportunity.

Streaming platforms have a significant opportunity to enable digital subscriptions, eCommerce transactions and other consumer services. We believe our sports-first product offering is well suited to facilitate sports wagering in the future as a natural extension of engaging sports content. Sports wagering is a rapidly growing and large opportunity. According to H2 Gambling Capital, the global online sports wagering market was estimated to be approximately $70 billion in 2019.

**Our Offerings**

We offer consumers a leading live TV streaming platform for sports, news and entertainment. We provide basic plans with the flexibility for consumers to purchase the add-ons and features best suited for them. Our base plan, fubo Standard, includes 100+ channels, including 43 of the top 50 Nielsen-rated networks (Adults 18-49; Primetime), dozens of channels with sports, the most news, and the most popular entertainment channels on television. Subscribers have the option to add premium channels and additional channel packages, as well as upgrade features such as more Cloud DVR storage and additional simultaneous streams with Family Share.

fuboTV streams most NFL, MLB, NBA and NHL games, all major soccer leagues and a wide range of college and other sports. Airing nearly 35,000 sporting events per year on the channels we carry, our extensive sports coverage attracts sports-fans looking to replace cable TV. While our sports offerings are key to customer acquisition, our broader entertainment and live news continue to drive viewership and retention on the platform. fuboTV has a robust news lineup with more news channels in its base plan than any other live TV streaming platform and also offers over 700 local TV channels covering 99% of US households. Additionally, fuboTV's entertainment offering includes more than 30,000 TV shows and movies via VOD each month.

5