# Exhibit D



## December 15, 2020

Rating:

**OUTPERFORM**

Price:

**$27.15**

12-Month Price Target:

**$40.00**

Analysts

**Michael Pachter**
213-688-4474
Michael.Pachter@wedbush.com

**Alicia Reese**
212-938-9927
Alicia.Reese@wedbush.com

**Matthew Breda**
213-688-4480
Matthew.Breda@wedbush.com

**Company Information**

| | |
|---|---|
| Market Cap (M) | $5,454 |
| Enterprise Value (M) | $3,521 |
| Shares Outst (M) | 136.3 |
| 52-Week Range | $9.08 - $32.72 |
| Cash/sh | $1.55 |
| Net Debt (M) | $(180.34) |
| Yield | 0.00% |

| REV (M) | | | in $ |
|---|---|---|---|
| **FYE Dec** | **2020E** | **2021E** | **2022E** |
| Q1 Mar | 51.0A | 90.2E | 156.0E |
| Q2 Jun | 44.2A | 77.8E | 129.9E |
| Q3 Sep | 61.2E | 106.3E | 177.3E |
| Q4 Dec | 91.8E | 161.1E | 264.0E |
| **Year*** | **248.3E** | **435.4E** | **727.2E** |

| EPS | | | in $ |
|---|---|---|---|
| **FYE Dec** | **2020E** | **2021E** | **2022E** |
| Q1 Mar | (1.46)A | (0.47)E | (0.09)E |
| Q2 Jun | (2.85)A | (0.57)E | (0.34)E |
| Q3 Sep | (1.65)E | (0.68)E | (0.33)E |
| Q4 Dec | (0.68)E | (0.87)E | (0.32)E |
| **Year*** | **(6.35)E** | **(2.60)E** | **(1.07)E** |
| P/E | NM | NM | NM |

*Pricing data provided by Thomson Reuters.*
*\*Numbers may not add up due to rounding.*

# fuboTV  (FUBO)

### *Initiating with OP, $40 PT; "Sports-First" Positions Co to Capture Cord-Cutters*

### The Wedbush View

We are initiating coverage of fuboTV with an OUTPERFORM rating and a 12-month price target of $40. We expect cord-cutting and cord-shaving to continue for the foreseeable future, and think that a sizeable portion of the population will grow up as "cord-nevers", preferring customizable bundles of content to pre-determined MVPD programming. Those audiences combine to be a large addressable market (likely 30 million or so at present and likely growing by 3 million per year for the next 10 years), and fuboTV is well-positioned with its "lead with sports" strategy and competitive pricing to compete for a favorable share. Our $40 price target is based on an EV-to-Revenue multiple of ~4.5x on our 2023 revenue estimate. We believe this is a reasonable valuation given its market positioning between that of SVOD and vMVPD / payTV broadcast competitors. Additionally, when we compare the current EV-to-revenue multiples to expected revenue growth over the next three years, fuboTV compares favorably to its peers in all markets, and the 4.5x multiple we have applied appears conservative. This is particularly notable as our 2023 revenue estimate does not yet reflect any contribution from fuboTV's expected entrance into sports wagering in the latter-half of 2021.

**fuboTV offers avid sports fans the first comprehensive alternative to payTV, which should continue to entice payTV subscribers to cut the cord and join its vMVPD platform.**
Sports content acts as the "hook" to reel in subscribers, while news and entertainment offerings drive increased viewer engagement. As fuboTV and its many competitors seek to lure new subscribers with premium content, new savvy technological features, and low pricing, cord-cutting momentum is expected to continue. We think that competitive pricing and comprehensive content offerings provide fuboTV a huge competitive advantage, and we expect the company to continue its rapid growth for the next several years. We remain concerned about branding and consumer awareness, and think that the company has significant room to improve its marketing efforts and its website user interface. Once those concerns are addressed, we think that fuboTV will grow its subscriber base by 50% or more per year for the next several years, and our model reflects growth at this rate. We expect the company to end 2020 with 510,000 subscribers and at a 50% compound annual growth rate, we expect fuboTV to end 2023 with over 1.7 million subscribers, or roughly 5% of the addressable market for cord-cutters.

**We introduce our forward estimates, with fuboTV reaching profitability by 2023.**
We introduce our 2020 estimates for revenue of $248 million, adjusted EBITDA of $(220) million, and EPS of $(6.35); our 2021 estimates for revenue of $435 million, adjusted EBITDA of $(145) million, and EPS of $(2.60); our 2022 estimates for revenue of $727 million, adjusted EBITDA of $(73) million, and EPS of $(1.07); and our 2023 estimates for revenue of $1,128 million, adjusted EBITDA of $22 million, and EPS of $0.31.

*Wedbush Securities does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see pages 45–49 of this report for analyst certification and important disclosure information.*

**www.wedbush.com**

**WEDBUSH**

## Investment Overview

We are initiating coverage of fuboTV with an OUTPERFORM rating and a 12-month price target of $40. Our price target is based on an EV-to-Revenue multiple of ~4.5x on our 2023 revenue estimate. We believe this is a reasonable valuation given its market positioning between that of SVOD and vMVPD / payTV broadcast competitors. Additionally, when we compare the current EV-to-revenue multiples to expected revenue growth over the next three years, fuboTV compares favorably to its peers in all markets, and the 4.5x multiple we have applied appears conservative. This is particularly notable as our 2023 revenue estimate does not yet reflect any contribution from fuboTV's expected entrance into sports wagering in the latter-half of 2021.

| Bear Case | Base Case | Bull Case |
|---|---|---|
| fuboTV is unable to attract cord-cutters near the expected rate, and therefore unable to meaningfully expand ARPU in the next few years. A wagering business does not materialize. | fuboTV attracts cord-cutters near the expected rate, meaningfully expanding ARPU over the next few years. Its wagering business launches in 2H:21 and expands slowly. | fuboTV attracts cord-cutters faster than the expected rate, meaningfully expanding ARPU over the next few years. Its wagering business launches in 2H:21 and expands rapidly. |

### Upcoming Catalysts

Upcoming earnings reports, expected wagering service roll-out by 2H:21, legal updates.

### Valuation

Our price target is based on a ~4.5x EV-to-Revenue multiple on our 2023 revenue estimate.

### Company Description

fuboTV, based in New York City, is the leading OTT sports-first, live TV streaming platform. fuboTV offers subscribers access to live sporting events, leading news, and entertainment content.

### Primary Value Driver

We expect focus to rest largely on subscriber growth and contribution margin.

### Investor Sentiment

Sentiment has been positive overall since the company's IPO.

### Price Performance



*Source: EDI*


## Table of Contents

The Wedbush View: .................................................................................................................1

**Investment Overview** ..........................................................................................................**1**

    Bear Case.............................................................................................................................2

    Base Case............................................................................................................................2

    Bull Case .............................................................................................................................2

    Upcoming Catalysts..........................................................................................................2

    Primary Value Driver .......................................................................................................2

    Valuation ............................................................................................................................2

    Investor Sentiment...........................................................................................................2

    Company Description........................................................................................................2

    Risks to the Attainment of Our Price Target and Rating ............................................2

**Table of Contents** ...............................................................................................................**3**

**Table of Figures** ...................................................................................................................**4**

**Opinion** ...................................................................................................................................**5**

    The Positives ......................................................................................................................5

    The Concerns.....................................................................................................................8

    Conclusion and Valuation Analysis..............................................................................11

**Industry Overview** .............................................................................................................**14**

**Company Overview** ............................................................................................................**20**

    Key Metrics ......................................................................................................................20

    Management Overview...................................................................................................25

    Share Ownership .............................................................................................................26

**Segments Overview**............................................................................................................**27**

    Subscription Revenue .....................................................................................................27

    Advertising Revenue .......................................................................................................29

    Other Revenue ................................................................................................................31

**Financial Overview** ............................................................................................................**32**

    Overview of Revenue .....................................................................................................32

    Overview of Expenses ....................................................................................................33

**Competitive Landscape** .....................................................................................................**37**

**Financial Statements** .........................................................................................................**42**

    Income Statement...........................................................................................................42

    Balance Sheet..................................................................................................................43

    Statement of Cash Flows................................................................................................44



## Table of Figures

Figure 1: PayTV and vMVPD Trends (in Millions) ................................................................6
Figure 2: Quarterly Average Revenue Per User, 2019 – 2023E ........................................6
Figure 3: Annual Advertising Revenue and Revenue Growth Rate, 2018 – 2023E (in Millions) .......7
Figure 4: Monthly Content Hours Watched per Monthly Active User, Q1:18 – Q3:20 ...................7
Figure 5: U.S. vMVPD Market Share, by Subscribers, 3Q:20 ...........................................9
Figure 6: Sports Betting Landscape in the U.S. (As of November 4, 2020) ...................................10
Figure 7: Company Comparisons and Valuation ...............................................................13
Figure 8: Current Forward Revenue Multiples vs. 3-Year Forward Revenue CAGR ......................13
Figure 9: Estimated Subscription OTT Viewership and Reasons for Subscribing, 2016 – 2024E (Millions) ...............................................................14
Figure 10: US TV Landscape ................................................................15
Figure 11: PayTV and vMVPD Trends (in Millions) .........................................15
Figure 12: U.S. Digital Video Ad Spend, by Device, 2019–2024E (in Billions) ................................16
Figure 13: Total Gigabytes of Data Received in All U.S. Wi-Fi Homes (in Billions) .........................16
Figure 14: U.S. Programmatic Digital Video Ad Spending, by Device, 2019-2022E (in Billions) ......17
Figure 15: Programmatic Share of U.S. Digital Display Ad Spending, by Device, 2019-2022E (in Billions) ...............................................................17
Figure 16: U.S. vMVPD Market Share, by Subscribers, 3Q:20 ...........................................18
Figure 17: Sports Betting Landscape in the U.S. (As of November 4, 2020) ...................................19
Figure 18: Quarterly Subscribers, 2019 – 2023E ..............................................................20
Figure 19: Monthly Content Hours Watched per MAU, 2019 – 2023E ..................................21
Figure 20: Quarterly Average Revenue Per User, 2019 – 2023E ......................................21
Figure 21: Quarterly Average Cost per User, 2019 – 2023E ...........................................23
Figure 22: Quarterly Adjusted Contribution Margin, 2019 – 2023E ..................................23
Figure 23: Quarterly Adjusted Contribution Margin per User, 2019 – 2023E ..............................24
Figure 24: Shares and Voting Control ................................................................26
Figure 25: Annual Subscription Revenue and Growth Rate, 2018 – 2023E (in Millions) ...............27
Figure 26: fuboTV Primary Plans and Features .............................................................27
Figure 27: fuboTV Feature Upgrades and Premium Add-On Channels ..................................28
Figure 28: fuboTV Channel Add-Ons ................................................................28
Figure 29: Subscription ARPU, 2018 – 2023E ................................................................29
Figure 30: Annual Advertising Revenue and Revenue Growth Rate, 2018 – 2023E (in Millions) ...29
Figure 31: Monthly Content Hours Watched per Monthly Active User, Q1:18 – Q3:20 .................30
Figure 32: Advertising ARPU, 2018 – 2023E ................................................................30
Figure 33: Revenue by Segment, 2018 – 2023E (in Millions) ..........................................32
Figure 34: Consolidated Expenses, Annual 2018 – 2023E (in Millions) .................................33
Figure 35: Consolidated Expense Margins (on Consolidated Revenue), Annual 2018 – 2023E (in Millions) ...............................................................33
Figure 36: Subscriber Related Expenses, Margin, Annual 2018 – 2023E (in Millions) ...................34
Figure 37: Broadcasting and Transmission Expenses, Margin, Annual 2018 – 2023E (in Millions) 35
Figure 38: Sales and Marketing Expenses, Margin, Annual 2018 – 2023E (in Millions) .................35
Figure 39: Technology and Development Expenses, Margin, Annual 2018 – 2023E (in Millions) ..36
Figure 40: General and Administrative Expenses, Margin, Annual 2018 – 2023E (in Millions) ......36
Figure 41: fuboTV Competitors, by Segment ................................................................37
Figure 42: fuboTV Peer Group and Offerings ................................................................37
Figure 43: U.S. vMVPD Market Share, by Subscribers, 3Q:20 ...........................................38
Figure 44: Pricing for Various Over-the-Top ("OTT") Streaming Options ....................................40
Figure 45: Key Events Timeline ................................................................41

**WEDBUSH**

## Opinion

**The Positives**

- **fuboTV offers avid sports fans the first comprehensive alternative to payTV, which should continue to entice payTV subscribers to cut the cord and join its vMVPD platform.** fuboTV's platform offers compelling, differentiated content with a focus on sports. Sports content acts as the "hook" to reel in subscribers, while news and entertainment offerings drive increased viewer engagement. As fuboTV and its many competitors seek to lure new subscribers with premium content, new savvy technological features, and low pricing, cord-cutting momentum is expected to continue.

According to eMarketer, an estimated 10.8 million payTV households will ditch their cable or satellite plans over the next three years. During this same time, the number of U.S. vMVPD households is expected to grow by nearly 2.50 million. Beyond vMVPDs, many payTV cord-cutters will join subscription video-on-demand ("SVOD") services, as high-quality content continues to shift away from network TV towards premium streaming services. Until now, fuboTV has successfully attracted an increasing number of annual cord-cutters, particularly those ditching payTV for vMVPD services. We think this is largely due to its sports-first offering, as many payTV holdouts did not switch in the past due to their need for a comprehensive, live TV sports offering.

Management has stated it believes its best retaining and highest converting customers are those looking to exit from the overpriced legacy pay TV ecosystem. fuboTV attracted 1% and 3% of all U.S. cord-cutters in 2019 and 2020, respectively. In terms of cord-cutters switching to vMVPD services, the company drew in 5% of all incremental vMVPD households in 2019 and we expect it to draw in 38% in 2020. We expect fuboTV to attract 6% of cord-cutters, or 21% of incremental vMVPD subscribers, in 2021 to reach 765,000 total paid subscribers, or 50% year-over-year growth. We expect fuboTV to reach 10% of cord-cutters in 2022 and 15% in 2023, each year adding another 50% growth in total paid subscribers.

In 2020 alone, over 6 million households are expected to cut the cord, leaving the 78 million households subscribed to pay TV services as potential customers for fuboTV. Of these 6 million cord-cutters, roughly 8% will join a vMVPD service – substantially lower than in prior years (see Figure 1 below), likely due to the dearth of sports during the pandemic. We expect this ratio will rise to nearly 30% in 2021 as sports return to a more normalized state by the fall.

**Figure 1: PayTV and vMVPD Trends (in Millions)**



*Note: Cord-Cutter households ended access to traditional pay TV service; Cord-Never households never had access.*
*Source(s): eMarketer, Wedbush Securities, Inc.*

- **Advertising ARPU growth should further support long-term revenue growth.** In addition to attracting payTV subscribers, fuboTV also aims to draw in ad dollars usually reserved for global linear TV – a $175 billion market opportunity in 2019 according to MAGNA Advertising Forecasts. The U.S. alone generated nearly a third of total advertising revenue in 2019 but is expected to decline roughly 10% from $61 billion to $54 billion in 2020. We believe the seismic shift in viewer demand away from traditional TV and toward OTT – accelerated by the COVID-19 pandemic – has only begun to push advertisers to reallocate their budgets towards digital in a meaningful way. We expect the confluence of these trends, coupled with fuboTV's ability to conduct highly targeted advertising campaigns, to increasingly drive advertisers toward fuboTV's offering in the coming quarters and years.

**Figure 2: Quarterly Average Revenue Per User, 2019 – 2023E**



*Source(s): Company filings, Wedbush Securities, Inc.*

Advertising revenue, though less than 10% of total revenue in 2019, is fuboTV's fastest growing segment. We modeled advertising revenue at roughly 20% of total revenue in 2023, in-line with fuboTV's long-term goal for revenue mix. As a caveat, we did not yet include revenue contribution from sports wagering in our model. As fuboTV expands its subscriber base and live TV content offerings, particularly within its sports segment, advertisers looking to connect to OTT audiences are expected to join the platform.  Still, the OTT ad space remains underpenetrated relative to viewership levels when compared to the payTV space. As ad dollars in the TV industry continue to shift toward OTT, fuboTV should be a primary



beneficiary given its overweight offering of live TV content compared to other vMVPDs (few want to watch sports delayed, to avoid situations where they have to avoid game scores prior to viewing).

**Figure 3: Annual Advertising Revenue and Revenue Growth Rate, 2018 – 2023E (in Millions)**



*Source(s): Company filings, Wedbush Securities, Inc.*

In addition to partnering with more advertisers, fuboTV can also drive advertising revenue growth by improving its CPMs, which management states are below market value compared to other streaming aggregators like Roku via The Roku Channel. fuboTV's engagement trends are positive and have accelerated meaningfully during the pandemic (from 120 to 140 monthly content hours per MAU), despite the dearth of sports content in the early months of quarantine. While subscriber additions dropped precipitously during the pandemic, a substantial subset of existing subscribers did not churn out and instead increased time spent watching entertainment and news on the fuboTV platform. As many parts of the country re-opened in Q3, engagement moderated as many people spent less time at home, but did not fall drastically due to the partial comeback of sports.

**Figure 4: Monthly Content Hours Watched per Monthly Active User, Q1:18 – Q3:20**



*Source(s): Company filings, Wedbush Securities, Inc.*

**WEDBUSH**

- **fuboTV can differentiate its service against fierce competition as it enters the sports wagering business, and can leverage its existing sport-centric subscribers for rapid growth.** As relayed by fuboTV, the global sports wagering market is estimated to grow to $155 billion by 2024. At present, the company has a negligible market share but, in our view, a massive opportunity to take share of the burgeoning domestic market. fuboTV is in the very early stage of adding sports wagering capabilities, which will align with the plethora of sporting events currently offered on the company's platform. We expect the introduction of sports wagering to drive engagement in sporting events, new subscriber growth, and the company's monetization capabilities. Sports wagering adds yet another layer of customer monetization beyond premium subscription plans and highly valuable advertising inventory. For new and existing subscribers looking to wager, fuboTV's platform will be a compelling choice as the company currently maintains over 6.3 million billing relationships with former, existing, and trial subscribers, compared to its current active subscriber base of 455,000, as of Q3:20. Leveraging these billing relationships means eliminating the dreaded pain for many customers of "pulling out the wallet."

  Recently, fuboTV took its first big step into the sports wagering space by acquiring Balto Sports. While fuboTV spent a non-material sum for this acquisition, and does not expect it to be directly accretive, the Balto team carries extensive experience in the wagering space and can help fuboTV build out its new venture. Management has stated that it anticipates launching its first wagering service by the second half of 2021. We expect a slow start to the business with high initial costs as the company navigates state-by-state legal differences, with the likelihood of a consistently changing environment until sports wagering becomes legal federally. Once fuboTV can onboard a critical mass of subscribers – which should provide the company with a newly recurring, high-margin revenue stream – a virtuous cycle should result in increased engagement driving higher advertising ARPU.

**The Concerns**
- **fuboTV faces steep competition from a combination of well-established and emerging vMVPD players.** This includes AT&T, a well-established telecom titan that can leverage its deep-pocketed financial resources, technology infrastructure, and extensive set of customer and industry relationships to offer subscribers an affordable and enticing package through its TV Now service. AT&T TV Now also offers premium features like HBO MAX, Spanish add-ons, and access to 60 live channels on its base plan relating to sports, news, and entertainment – compared to just 100 channels at fuboTV on its base plan. Hulu is another strong competitor that can use its relationships with parent-owner Disney and its biggest equity holder, NBCUniversal, to offer bundled Hulu, Disney+, and ESPN+ content. YouTube TV likewise provides fierce competition, offering popular channels (PBS, BET, Comedy Central, MTV, and Nickelodeon), league networks (NFL, NBA, and MLB), and unlimited DVR storage versus fuboTV's limited offering of 100 free hours on its base plan (more on its premium plans). Sling TV, the first live TV streaming service launched in February 2015, appeals to customers looking for low cost live TV services ($30 for 50 channels), but offers limited local channels and only 1 device stream for its sports package. Lastly, Philo ranks as the lowest cost provider offering 60 channels for just $20 a month. As a caveat, Philo does not carry local or sports channels, or Turner networks. In summary: competition is tough. To differentiate



itself from its peers, fuboTV offers a variety of high-quality content offerings in news, entertainment, and particularly within live sports where it retains its greatest competitive advantage. This explains why 90% of fuboTV subscribers view live and 91% watch sports. Additionally, the company is regularly first-to-market with new product features, such as 4K streams, multi-viewing, and enhanced DVR capabilities, creating a premium viewing experience unmatched by its peers. According to nScreenMedia, fuboTV holds a 4% market share in terms of U.S. vMVPD subscribers as of the third quarter of 2020, a figure we estimate to roughly represent the company's share of the domestic market in dollars.

**Figure 5: U.S. vMVPD Market Share, by Subscribers, 3Q:20**



*Source(s): nScreenMedia, Wedbush Securities, Inc.*

- **The upside potential from sports wagering is dependent on an evolution of the law in several states.**  Since the Supreme Court's decision to overturn the federal sports betting ban in May of 2018, 25 states plus the District of Columbia have legalized the activity according to American Gaming Association. Like other forms of gambling, states can decide to what extent they will permit sports-betting. In the U.S., betting activity is mainly attributed to North American football leagues, the MLB, and the NBA. Soccer has the highest betting volume among all sports globally, followed by American football. As relayed by fuboTV, the global sports wagering market is estimated to grow to $155 billion by 2024. At present, the company has a negligible market share but, in our view, a massive opportunity to take share of the burgeoning domestic market. The following is a look at fuboTV's near-term addressable domestic markets by state.

**WEDBUSH**

**Figure 6: Sports Betting Landscape in the U.S. (As of November 4, 2020)**



*Note: "Live, Legal" refers to states where single-game sports betting is legally offered to consumers through retail or online sportsbooks. States referred to as "Legal – Not Yet Operational" have authorized sports betting but have yet to launch. "Active Legislation" refers to states where bills to legalize single-game sports betting have been pre-filed/introduced in the state legislature or where a voter referendum is scheduled.*
*Source(s): American Gaming Association, Wedbush Securities, Inc.*

- **The effects of a COVID-driven recession could last for a while.** While we expect the ongoing recession to accelerate the level of cord-cutting, the extent to which consumers will adopt a package of services that includes a monthly OTT subscription for broadcast television remains unclear. Consumers may be reluctant to replace cable television with much more than a bare-bones package of streaming services, and fuboTV may have trouble standing out from the pack.

- **fuboTV must spend to drive consumer awareness.** The fuboTV brand is not particularly well-known, and notwithstanding the company's comprehensive OTT offering, consumers are unlikely to discover fuboTV without a significant branding campaign. The company's website is woefully inadequate, listing the names of the channels available but not allowing prospective customers the ability to see programming choices by channel. While a trial to fuboTV is free, we believe that many (if not most) consumers who are unfamiliar with the brand will be turned off after a visit to the website, and once departed, we think it will be difficult for the company to re-engage them. The website is wonky, with no meaningful way for prospective customers to distinguish between the "family" plan ($64.99 below a crossed out $75.97 price point) and the "elite" plan ($79.99 below a crossed out $100.95 price point), other than to actually track which channels are added at the higher price. It is equally unclear whether the crossed out price points are the "regular" prices and the offered prices are for a limited trial period. We are concerned that consumer confusion will limit the attractiveness of the site to a first-time visitor, and will in turn limit conversion of visitors.



**Conclusion and Valuation Analysis**

As we stated in a prior section, it is clear that there is a trend among domestic households to trim ongoing expenses by cord-cutting or cord-shaving, replacing conventional cable television subscriptions with a combination of streaming services and vMVPD services.  As fuboTV and its many competitors seek to lure new subscribers with premium content, new savvy technological features, and low pricing, cord-cutting momentum is expected to continue.

fuboTV has several advantages over its competitors.  The service offers a comprehensive package of over-the-air broadcast channels, with 100 entertainment and sports channels offered to customers for as low as $59.99 per month.  This offering compares favorably to competitors Hulu ($54.99 for 65 channels), YouTube ($64.99 for 85 channels) and AT&T Now ($80 for 60 channels). Aside from offering a significantly larger number of channels, fuboTV "leads" with sports programming, providing live professional sports events across a variety of sports as part of its basic service.  The company's broadcast contracts with sports leagues do not permit it to archive the content, so management creatively came up with a cloud digital video recorder that allows subscribers to record sports events when they occur and view them later.  As part of its basic plan, fuboTV allows subscribers to access its content on up to two screens at a time, and offers 100 hours of cloud DVR storage.  For $5 more per month, subscribers are offered a "family" plan that provides 115 channels, three screens at a time and 250 hours of cloud DVR storage. Subscribers who wish to access even more content are offered the fuboTV "elite" plan at $79.99 that includes the same 115 channels from the family plan plus an additional 47 entertainment channels, 1000 hours of cloud DVR, and the ability to stream on five screens at a time.

We expect cord-cutting and cord-shaving to continue for the foreseeable future, and think that a sizeable portion of the population will grow up as "cord-nevers", preferring customizable bundles of content to pre-determined MVPD programming.  Those audiences combine to be a large addressable market (likely 30 million or so at present and likely growing by 3 million per year for the next 10 years), and fuboTV is well-positioned with its "lead with sports" strategy and competitive pricing to compete for a favorable share.

We think that competitive pricing and comprehensive content offerings provide fuboTV a huge competitive advantage, and we expect the company to continue its rapid growth for the next several years.  We remain concerned about branding and consumer awareness, and think that the company has significant room to improve its marketing efforts and its website user interface. Once those concerns are addressed, we think that fuboTV will grow its subscriber base by 50% or more per year for the next several years, and our model reflects growth at this rate.  We expect the company to end 2020 with 510,000 subscribers and at a 50% compound annual growth rate, we expect fuboTV to end 2023 with over 1.7 million subscribers, or roughly 5% of the addressable market for cord-cutters.

Profitability will be a function of revenue minus expense, with revenue growth occurring through higher subscriber count, higher ARPU and growth in ad revenue.  Content expense will scale with subscriber growth, but the company's ARPU structurally benefits from offering value added services like cloud DVR hours and a greater number of screens in exchange for higher monthly fees.  fuboTV also structurally benefits from ad delivery, with higher advertising ARPU occurring through a combination of more hours of television viewed, more ads delivered per hour and higher advertising CPMs.  We modeled only modest monthly advertising ARPU growth over the next several years, going from just over $6 per month in 2020 to over $8 in 2021, $10 in 2022 and $12 in 2023.  We think that this metric will contribute the most significantly to profitability going



forward, as fuboTV can effectively break even on its subscription offering and grow its operating margin through increased advertising ARPU.

We cannot overstate how important advertising ARPU is to the fuboTV profitability model.  The average broadcast television CPMs are typically greater than $20, or around $0.02 per impression.  In order for fuboTV to achieve monthly advertising ARPU of $6 in 2020, the company likely delivered around 10 ads per day per viewer, which works out to roughly two ads per hour of content consumed.  It is easy to see how average consumption will grow from 5 hours per day, and how the number of ads delivered per hour can more than double.  If fuboTV is able to demonstrate to advertisers that it can effectively target consumers, we expect advertising CPMs to increase by as much at 50 – 75% over time.  "Leading" with sports suggests that fuboTV can effectively target its subscribers with appropriate advertising, and the OTT nature of vMVPD delivery suggests that the company is well-positioned to track the preferences of its subscribers, enabling it to gradually increase CPMs.  Our model has monthly advertising ARPU doubling from $6  to $12 over the next three years, suggesting that content hours will grow by 25%, the number of ads delivered per hour will grow from two to three, and the CPM per ad will grow modestly from $20 per 1000 impressions to $21.33.  Should any of these drivers grow faster than we have modeled, fuboTV is positioned to deliver significantly higher profits than we expect.

We made very modest assumptions in 2023 and have fuboTV achieving profitability that year.  We expect 2023 subscribers of 1.7 million vs. 510,000 in 2020, subscription ARPU of $67.39 vs. $53.83 in 2020 and monthly advertising ARPU of $12.16 vs. $6.06 in 2020.  These assumptions lead to fuboTV delivering adjusted EBITDA of $22 million in 2023, with significant contribution from the increase in overall advertising revenue.  Should fuboTV grow its subscriber count faster than we modeled, it is likely that overall ad revenue will grow much faster, with profitability occurring earlier and at a greater level than we modeled.  However, the company is not currently profitable, making valuation on an EV/EBITDA basis nearly impossible.  We think that more effective branding and a better marketing message will serve to differentiate fuboTV from its competitors, and we expect the company to make marked improvements in its marketing effort in the coming year.

We are initiating coverage of fuboTV with an OUTPERFORM rating and a 12-month price target of $40. Our price target is based on an EV-to-Revenue multiple of ~4.5x on our 2023 revenue estimate. We believe this is a reasonable valuation given its market positioning between that of SVOD and vMVPD / payTV broadcast competitors. Additionally, when we compare the current EV-to-revenue multiples to expected revenue growth over the next three years, fuboTV compares favorably to its peers in all markets, and the 4.5x multiple we have applied appears conservative. This is particularly notable as our 2023 revenue estimate does not yet reflect any contribution from fuboTV's expected entrance into sports wagering in the latter-half of 2021.



### Figure 7: Company Comparisons and Valuation

*Priced as of close, December 14, 2020*

| Company | Ticker | Last Price | Market Cap (MM) | Net Debt (MM) | EV (MM) | Implied 3-Year Rev CAGR Through FY:23E | EV / FY:23E Revenue | Implied FY:23E EBITDA Margin | EV / FY:23E EBITDA | Implied 3-Year EPS CAGR Through FY:23E | Fwd P/E on FY:23E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fubotv Inc* | FUBO | $27.15 | $3,702 | ($180) | $3,521 | 65% | 3.2x | 2% | N/A | N/A | N/A |
| **SVOD and Diversified Internet Averages** | | | | | | 18% | 6.5x | 28% | 30.8x | 21% | 28.4x |
| Alphabet Inc* | GOOGL | $1,752.26 | $1,201,789 | ($118,694) | $1,083,095 | 17% | 3.7x | 35% | 10.6x | 18% | 20.8x |
| Apple Inc | AAPL | $121.78 | $2,070,479 | $22,154 | $2,092,633 | 2% | 6.2x | 34% | 18.2x | 8% | 24.6x |
| Netflix Inc* | NFLX | $522.42 | $237,747 | $7,655 | $245,402 | 16% | 6.3x | 27% | 23.2x | 37% | 32.2x |
| Roku Inc* | ROKU | $324.32 | $44,324 | ($952) | $43,373 | 36% | 9.9x | 14% | 71.0x | N/A | 161.8x |
| **Traditional Broadcast Provider Averages** | | | | | | 4% | 2.4x | 29% | 8.7x | 235% | 16.1x |
| AT&T Inc | T | $30.55 | $217,699 | $139,179 | $356,878 | 0% | 2.1x | 33% | 6.2x | 4% | 8.6x |
| Charter Communications Inc | CHTR | $649.67 | $129,853 | $72,153 | $202,006 | 5% | 3.6x | 41% | 8.8x | 39% | 17.1x |
| Comcast Corp | CMCSA | $50.99 | $233,296 | $97,431 | $330,727 | 6% | 2.7x | 33% | 8.4x | 18% | 12.2x |
| DISH Network Corp | DISH | $35.03 | $18,425 | $10,108 | $28,532 | 4% | 1.7x | 16% | 10.6x | 880% | 0.0x |
| Sinclair Broadcast Group Inc | SBGI | $28.19 | $2,086 | $11,034 | $13,120 | 4% | 2.0x | 21% | 9.4x | N/A | 42.7x |
| **Online and Offline Sports Wagering Averages** | | | | | | 31% | 7.1x | 14% | 9.5x | N/A | 28.2x |
| Draftkings Inc | DKNG | $50.58 | $19,813 | ($1,398) | $18,415 | 44% | 11.3x | -2% | N/A | N/A | N/A |
| Penn National Gaming Inc | PENN | $79.01 | $12,272 | $4,899 | $17,171 | 18% | 2.9x | 30% | 9.5x | N/A | 28.2x |

*Note: Asterisks indicate companies under publishing analyst's coverage; forward multiples are based upon current consensus estimates; Forward P/E averages for SVOD and Diversified Internet Averages excludes ROKU.*
*Source(s): Thomson Reuters Eikon, Company filings, Wedbush Securities, Inc.*

### Figure 8: Current Forward Revenue Multiples vs. 3-Year Forward Revenue CAGR

| Ticker | Implied 3-Year Rev CAGR | EV / FY:23 Rev |
|---|---|---|
| FUBO | 64% | 3.3x |
| GOOGL | 17% | 3.8x |
| AAPL | 2% | 6.3x |
| NFLX | 16% | 6.0x |
| ROKU | 36% | 10.1x |
| T | 0% | 2.1x |
| DISH | 4% | 1.7x |
| CMCSA | 5% | 2.7x |
| CHTR | 5% | 3.7x |
| SBGI | 4% | 2.0x |
| DKNG | 44% | 11.2x |
| PENN | 18% | 2.8x |



*Source(s): Thomson Reuters Eikon, Company filings, Wedbush Securities, Inc.*



## Industry Overview

### fuboTV Stands to Benefit from Secular Demand for Streaming

The way Americans consume content is quickly changing. A recent survey by Parks Associates showed that in the first quarter of 2020, three out of four U.S broadband households subscribed to an over-the-top ("OTT") video service while just 62% of households subscribed to a traditional pay-tv service, down from 69% in the first quarter of 2019. When asked why a switch was made over to OTT, 30% of households said it was to watch a specific program or event. Today, the U.S. OTT landscape today is comprised of nearly 300 services, many of which exclusively offer shows, movies, or live events to draw in new customers. Beyond accessing select programming, the second most cited response for switching over to OTT was being offered a free trial, a tactic that has proven to successfully draw cord-cutters: of the 41% of households that trialed an OTT service, 69% adopted at least one paid subscription. As content providers seek to lure subscribers with premium content, new savvy technological features, and low pricing, cord-cutting momentum is expected to continue, with an estimated 10.8 million payTV householders ditching their cable or satellite plans over the next three years, according to eMarketer.

**Figure 9: Estimated Subscription OTT Viewership and Reasons for Subscribing, 2016 – 2024E (Millions)**





| | |
|---|---|
| 1 | I wanted to watch a specific program or event. |
| 2 | I was offered a free trial. |
| 3 | I enjoyed the service trial and decided to keep it. |
| 3 | Others in my household wanted to subscribe. |
| 4 | There was a sale or promotion for subscribing. |
| 5 | It was bundled with another service. |
| 6 | I finally had the money to subscribe. |
| 7 | I had finished learning about my options and was ready to subscribe. |
| 8 | I purchased a new TV set or streaming device. |
| 9 | I cancelled another service. |
| 10 | The trial period was over and I never got around to cancelling. |

*Note: An OTT viewer is anyone who watches OTT services via app or website at least once per month.*
*Source(s): eMarketer, Wedbush Securities, Inc.*

Before assessing fuboTV's business and the company's plan to capitalize on the decline of the pay TV industry, it is first necessary to understand where the company sits within the broader television landscape. TV consists of three main segments: Traditional, Over the Air ("OTA"), and OTT. fuboTV is an OTT service, meaning it allows customers to stream on-demand video content on their smartphones, laptops, and connected TVs. OTA services [network television channels] like ABC or Fox differ in that they allow customers to watch free, real-time video content on TV via local broadcasting towers. Traditional TV services allow customers to watch real-time video content either via satellite or cable lines, which run underground and physically connect to customers' homes. Some popular services in the cable space include Comcast, Charter, and Altice. The illustration below provides a high-level breakdown of the TV industry, players in each space, and fuboTV's relative positioning.

**Figure 10: US TV Landscape**



*Source(s): Tinuiti, Wedbush Securities, Inc.*

According to eMarketer, an estimated 10.8 million payTV households will ditch their cable or satellite plans over the next three years. From 2016 – 2020, U.S. vMVPDs have gained significant traction, growing vMVPD households from 1 million to 10 million. Not all payTV cord-cutters shift to vMVPDs, with many choosing to use subscription video-on-demand ("SVOD') services as replacement, as quality entertainment content continues to shift toward premium SVOD services from network TV. However, fuboTV is not only attracting an increasing portion of overall cord-cutters each year, but a rapidly growing portion of cord-cutters choosing vMVPD services. We think this is largely due to its sports-first offering, as many payTV hold-outs did not switch in the past due to their need for a comprehensive, liveTV sports offering.

Management has stated that it believes its best retaining and highest converting customers are those looking to exit from the overpriced legacy pay TV ecosystem. In 2020 alone, we estimate that nearly 7 million households cut the cord, leaving 78 million households subscribed to pay TV services as a potential market for the company to tap. Of those cord-cutters, roughly 8% switched to a vMVPD service, substantially lower than in prior years (see Figure 12 below), likely due to the dearth of sports during the pandemic. We expect the portion to rise to nearly 30% in 2021 as sports return to a more normalized state by the fall.

**Figure 11: PayTV and vMVPD Trends (in Millions)**



*Note: Cord-Cutter households ended access to traditional pay TV service; Cord-Never households never had access.*
*Source(s): eMarketer, Wedbush Securities, Inc.*

**WEDBUSH**

In addition to luring payTV subscribers, fuboTV also aims to draw in ad dollars usually reserved for global linear TV – a $175 billion market opportunity in 2019 according to MAGNA Advertising Forecasts. The US alone generated a third of total advertising revenue but is expected to see a decline of roughly 10% from $61 billion in 2019 to $54 billion in 2020. Contrast this decline to the ongoing rise of digital video ads: this year, eMarketer estimates show US advertisers will spend over $35 billion on digital video ad ads across mobile, connected TV ("CTV"), and desktop/laptop. The majority (64%) of this amount will go towards mobile, followed by CTV (22%), and desktop/laptop (14%). Despite mobile's dominance, CTV is the fastest category grower, with CTV ad spend increasing 25% from last year, compared to a 10.8% increase in mobile, and 3.3% decline in desktop/laptop. By 2024, digital video ad spending is expected to reach $69 billion and nearly double its current levels driven by the rise of mobile and CTV devices.

**Figure 12: U.S. Digital Video Ad Spend, by Device, 2019–2024E (in Billions)**

|  | 2019 | 2020E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|
| **Mobile** | $20.48 | $22.68 | $28.48 | $34.08 | $40.28 | $46.42 |
| % change | 38.3% | 10.8% | 25.5% | 19.7% | 18.2% | 15.2% |
| % of digital video ad spending | 64.3% | 64.0% | 63.4% | 64.2% | 65.5% | 66.9% |
| **Connected TV** | $6.24 | $7.80 | $11.12 | $13.36 | $15.29 | $16.85 |
| % change | 47.0% | 24.9% | 42.6% | 20.2% | 14.4% | 10.2% |
| % of digital video ad spending | 19.6% | 22.0% | 24.8% | 25.2% | 24.9% | 24.3% |
| **Desktop/laptop** | $5.14 | $4.97 | $5.32 | $5.64 | $5.91 | $6.16 |
| % change | 15.4% | -3.3% | 7.0% | 6.1% | 4.8% | 4.2% |
| % of digital video ad spending | 16.1% | 14.0% | 11.8% | 10.6% | 9.6% | 8.9% |
| **Total Digital Video Ad Spend** | $31.86 | $35.45 | $44.92 | $53.08 | $61.48 | $69.43 |
| % change |  | 11.3% | 26.7% | 18.2% | 15.8% | 12.9% |

*Source(s): eMarketer, Wedbush Securities, Inc.*

Connected TV — the medium fuboTV states 93% of all subscribers use to view content – is experiencing a growth surge. From April of 2018 to April of 2020, Comscore estimates show the number of total gigabytes of CTV data received in U.S. wi-fi homes grew 206% — twice as much as streaming box/sticks, and more than gaming consoles, computers, and mobile. In response to high consumer engagement, US CTV ad spending is expected to increase by 25% in 2020, resulting in an additional $1.61 billion compared to last year, according to eMarketer estimates.

**Figure 13: Total Gigabytes of Data Received in All U.S. Wi-Fi Homes (in Billions)**



*Source(s): Comscore 2020 OTT Report, Wedbush Securities, Inc.*



Advertisers looking to invest in digital video ads, irrespective of device, have two options: Programmatic and Direct Media Buying. Programmatic ads are sold either through an auction-based system transacted at the impression level (known as Real-Time Bidding) or through marketplaces in which buyers agree ahead of time to a set price-per-impression, or CPM (Programmatic Direct). This differs from Direct Media ads, which require buyers to manually find the right publisher, negotiate a price, and list the ad. Today, three out of four digital video ad dollars in the U.S. are spent programmatically, with nearly 70% of programmatic video ad spend going towards mobile, according to eMarketer. In second place to mobile is CTV, capturing 16% of programmatic ad spend, followed by desktop/laptop at 14%. With respect to programmatic video ads, CTVs represent the fastest growing device category, expected to grow nearly 3x as much as mobile in 2020, compared to an 8.5% decline in desktop/laptop.

**Figure 14: U.S. Programmatic Digital Video Ad Spending, by Device, 2019-2022E (in Billions)**

|  | 2019 | 2020E | 2021E | 2022E |
|---|---|---|---|---|
| **Mobile** | **$17.05** | **$19.10** | **$25.26** | **$30.40** |
| % change | 37.9% | 12.0% | 32.2% | 20.4% |
| % of digital video ad spending | 69.5% | 69.8% | 70.3% | 70.8% |
| **Connected TV** | **$3.24** | **$4.38** | **$6.98** | **$8.67** |
| % change | 92.8% | 35.3% | 59.2% | 24.3% |
| % of digital video ad spending | 13.2% | 16.0% | 19.4% | 20.2% |
| **Desktop/laptop** | **$4.24** | **$3.88** | **$3.69** | **$3.87** |
| % change | 10.3% | -8.5% | -4.8% | 4.6% |
| % of digital video ad spending | 17.3% | 14.2% | 10.3% | 9.0% |
| **Total Programmatic Video Ad Spend** | **$24.53** | **$27.36** | **$35.93** | **$42.94** |
| % change |  | 11.5% | 31.3% | 19.5% |
| % of total digital video ad spend | 77.0% | 77.2% | 80.0% | 80.9% |

*Source(s): eMarketer, Wedbush Securities, Inc.*

Interestingly, mobile ads are more likely to be programmatic than CTVs or desktop/laptop ads. This year, an estimated 84% of mobile ads are expected to be programmatic, higher than the 78% for desktop/laptop and 56% for CTVs. This is largely driven by large players like Facebook and YouTube, which sell billions of programmatic video ads.

**Figure 15: Programmatic Share of U.S. Digital Display Ad Spending, by Device, 2019-2022E (in Billions)**



*Source(s): eMarketer, Wedbush Securities, Inc.*

**WEDBUSH**

We believe the seismic shift in viewer demand away from traditional TV and toward OTT – accelerated by the COVID-19 pandemic – has only begun to push advertisers to reallocate their budgets towards digital in a meaningful way. We expect the confluence of these trends, coupled with fuboTV's ability to conduct highly targeted advertising campaigns, will increasingly drive advertisers toward fuboTV's offering in the coming quarters and years.

Drawing in ad dollars won't be easy. Fierce competition for ad dollars exists in the U.S. among vMVPD providers including Hulu Live, YouTube TV, Sling TV, Philo, and AT&T TV Now. Out of the 11.6 million total mVPD subscribers today, fuboTV holds a 4% market share by offering a specialized, sports-focused content package that draws a wide array of avid sports fans. It is able to retain its sports-fan users by augmenting its service with a broad news offering and enough entertainment options to keep the average user satisfied (although many will likely have a secondary entertainment subscription as well, in our view).  We estimate that fuboTV can attract a significant portion of Sling TV users who want a broader sports offering, giving it the potential to add up to 20% more domestic market share, or $2.5 billion, over the next several years. Additionally, international expansion would add a significantly larger market share opportunity for the company. That said, we do not expect fuboTV to expand internationally before it is able to secure at least 20% domestic market share.

**Figure 16: U.S. vMVPD Market Share, by Subscribers, 3Q:20**

Total: 11.6 million subscribers

| 36% | 26% | 21% | 7% | 6% | 4% |
|-----|-----|-----|-----|-----|-----|

■ Hulu Live  ■ Youtube TV  ■ Sling TV  ■ Philo  ■ AT&T TV Now  ■ FuboTV

*Source(s): nScreenMedia, Wedbush Securities, Inc.*

Lastly, in addition to streaming and advertising, fuboTV is positioning itself to become a key player in the rapidly growing sports betting market. Since the Supreme Court's decision to overturn the federal sports betting ban in May of 2018, 25 states plus the District of Columbia have legalized the activity according to American Gaming Association. Like other forms of gambling, states can decide to what extent they will permit sports-betting and participating in a non-approved gambling establishment is a federal crime. These strict laws exist to protect against illegal operators that set up online sportsbooks lacking basic integrity of games, oversight for law enforcement, and infrastructure to report tax revenue. Some policies proposed to curb illegal betting, and ultimately create a standard legal infrastructure for participating states, include establishing a regulatory body to vet operators and equipment, verifying customer identities by enforcing via KYC and AML compliance, and imposing sensible tax rates on sports betting gaming revenue.

**WEDBUSH**

**Figure 17: Sports Betting Landscape in the U.S. (As of November 4, 2020)**



*Note: "Live, Legal" refers to states where single-game sports betting is legally offered to consumers through retail or online sportsbooks. States referred to as "Legal – Not Yet Operational" have authorized sports betting but have yet to launch. "Active Legislation" refers to states where bills to legalize single-game sports betting have been pre-filed/introduced in the state legislature or where a voter referendum is scheduled.*
*Source(s): American Gaming Association, Wedbush Securities, Inc.*

Even with regulatory hurdles, sports today make up 70% of the global gambling revenue – more than lotteries, casinos, and poker, according to Zion Market Research. Globally, the top 10 sports betting companies include 888 Holdings, GVC Holdings, Kindred Group, Paddy Power Betfair, William Hill, Bet365, Stars Group, Draft Kings, Betsson, and BetAmerica. Geographically, Europe leads in market share – 41% – driven by world-famous tournaments and events like the English Premier League, the Champions League, German Bundesliga, the FIFA World cup, and the Italian Series A. The APAC region is responsible for 47% of the world's sports wagers, with Hong Kong and Macau as Asia's top two revenue generating regions. In the U.S., betting activity is mainly attributed to North American leagues such as the NFL, MLB, NBA, and NHL, with 50% of U.S. citizens betting on a sporting event at least once in their life, according to a Statista survey. Soccer has the highest betting volume among all sports, followed by American football. As relayed by fuboTV, the global sports wagering market is estimated to grow to $155 billion by 2024. At present, the company has a negligible market share but, in our view, a massive opportunity to take share of the burgeoning domestic market.



## Company Overview

**Key Metrics**

- **Users** refers to unique account holders with paid or unpaid access to fuboTV. We expect the company to continually expand its user base by adding licensing agreements with content providers.

- **Subscribers** are accounts that have completed registration with fuboTV and have activated a payment method.

**Figure 18: Quarterly Subscribers, 2019 – 2023E**



*Source(s): Company filings, Wedbush Securities, Inc.*

- **Attachments** are add-ons sold on top of a base subscription and refer to premium services such as Cloud DVR and Family Share. Increasing this metric per subscriber should result in both increased monthly subscription ARPU and adjusted contribution as a function of higher gross margins per attachment and higher levels of engagement. We expect fuboTV to sell more attachments as it adds more channels and feature upgrades.

- **Attach Rate** represents the number of attachments per subscriber. We expect fuboTV to increase its attach rate as the company upgrades its attachment offerings and optimizes its merchandising and bundling of these offerings.

- **Gross Paid Subscriber Additions** refer to first-time subscribers. We expect fuboTV to continually attract more new paid subscribers as the company increases marketing spend relative to total sales and expands its content lineup. We expect gross addition trends to fall in line with previous years, with most total gross paid subscriber additions occurring in the latter half of the year due to sports leagues-driven seasonality.

- **Daily Active Users (DAUs)** refer to subscribers that streamed content for more than 10 seconds on a given day. Relative to MAUs, this figure more closely gauges engagement and is relevant for advertisers. Increasing this metric should result in increased average revenue per user as a function of higher overall impressions served. As fuboTV adds more compelling content and features, we expect DAUs to increase.

**WEDBUSH**

- **Monthly Active Users (MAUs)** refer to subscribers that streamed content for more than 10 seconds in the last 30 days. As a proxy for engagement, MAU is certainly a relevant metric for advertisers. Increasing this metric should result in increased average revenue per user as a function of higher overall impressions served. As fuboTV adds more content and features, we expect increased engagement on its platform.

- **Monthly Content Hours Watched per MAU** is total Content Hours viewed by a MAU in any given month.

**Figure 19: Monthly Content Hours Watched per MAU, 2019 – 2023E**



*Source(s): Company filings, Wedbush Securities, Inc.*

- **Average Revenue per User (ARPU)** represents platform bookings per average daily subscribers. We expect fuboTV to continually expand ARPU as the company drives higher advertising demand with improving user engagement metrics and increases its attach rate.

**Figure 20: Quarterly Average Revenue Per User, 2019 – 2023E**



*Source(s): Company filings, Wedbush Securities, Inc.*

- **Monthly Average Revenue per User (Monthly ARPU)** represents platform bookings per average daily subscribers, per month.



- o  Monthly ARPU includes the following:

    - **Monthly Subscription Average Revenue per User (Monthly Subscription ARPU)** refers to subscription revenues per average daily subscribers, per month. We expect this figure to increase as the company grows its attach rate as each attachment has significantly higher margins than a base plan, with gross margins ranging between 20% to 100%.

    - **Monthly Ad Average Revenue per User (Monthly Ad ARPU)** refers to advertising revenues per average daily subscribers, per month. We expect this figure to increase as the company continues to monetize its subscriber base with highly accretive targeted advertising via its proprietary technology platform.

- **Subscriber Acquisition Cost (SAC)** represents GAAP sales and marketing expenses less headcount related to sales and marketing spend divided by first-time subscribers. FuboTV measures SAC against monthly ARPU to gauge the company's ability to maintain SAC while driving Monthly ARPU growth. We expect the company to further optimize SAC by leveraging its customizable onboarding funnels and patented marketing tools.

- **Number of Months Payback of SAC** represents SAC divided by adjusted contribution margin per subscriber. It reflects the number of months required to recoup marketing dollars used on acquiring a subscriber, assuming adjusted contribution per subscriber stays flat.

- **Variable COGS** is defined as "GAAP subscriber related expenses, payment processing for deferred revenue (current period), in-app billing, or IAB, fees for deferred revenue (current period), less minimum guarantees expensed, payment processing for deferred revenue, IAB fees for deferred revenue and other subscriber related expenses."

- **Average Cost per User (ACPU)** refers to variable COGS per subscriber. It is useful to investors and management because it can be measured against ARPU to determine unit-level profitability. ACPU increases with the addition of content from other network groups. We expect fuboTV to continually optimize ACPU by increasing subscription fees, generating more advertisement sales from increased viewership, and reducing distribution and other tech fees.

**WEDBUSH**

**Figure 21: Quarterly Average Cost per User, 2019 – 2023E**



*Source(s): Company filings, Wedbush Securities, Inc.*

- **Adjusted Contribution** represents platform bookings minus variable COGS. It is a meaningful profitability metric as some subscriber related expenses are non-cash and non-recurring in nature. These expenses include paying for distribution rights in advance or being subject to minimum guaranteed payments. We expect adjusted contribution to increase and approach platform bookings as management continues to reduce minimum guaranteed payments via renegotiations with content providers.

- **Adjusted Contribution Margin** represents platform bookings minus variable COGS divided by platform bookings.

**Figure 22: Quarterly Adjusted Contribution Margin, 2019 – 2023E**



*Source(s): Company filings, Wedbush Securities, Inc.*

- **Adjusted Contribution Margin per User** represents Contribution Margin collected in the period divided by the average number of daily Subscribers in such period, divided by the number of months in the period.

**Figure 23: Quarterly Adjusted Contribution Margin per User, 2019 – 2023E**



*Source(s): Company filings, Wedbush Securities, Inc.*

- **Platform Bookings** is defined as "GAAP revenue less other revenue for a given period, less revenue recognized from deferred revenue related to the last month of the prior period, plus deferred revenue related to the last month of the current period." It captures all customer revenue commitments for fuboTV products and services for a given period. We expect the company to grow platform bookings as it increases pricing power, sells more attachments, and increases advertising revenues.

- **Lifetime Value (LTV)** represents total adjusted contribution generated by a subscriber. We expect fuboTV to drive LTV as the company further monetizes its subscriber base and stabilizes costs.



**Management Overview**

**David Gandler, Co-Founder, Director, and Chief Executive Officer**

Mr. Gandler co-founded fuboTV in 2015 and has served as its Chief Executive Officer since April 2020. Prior to fuboTV, Mr. Gandler served as Vice President of Advertising Sales at DramaFever. Previously, he worked in video sales at Scripps Networks Interactive, Time Warner Cable Media Sales, and NBCUniversal's Telemundo Media. He graduated from Boston University with a BA in Economics.

**Simone Nardi, Chief Financial Officer**

Mr. Nardi joined fuboTV in 2020, with over 30 years of industry experience behind him. Prior to joining fuboTV, Mr. Nardi served as SVP and CFO for the international businesses of Scripps Network Interactive and NBC Universal. Previously, Mr. Nardi served as CFO of NBC Universal's business development division in New York. He graduated from Bocconi University with a BA in economics and business administration.

**Alberto Horihuela, Co-Founder, Chief Marketing Officer**

Mr. Horihuela co-founded fuboTV in 2015 and currently serves as its Chief Marketing Officer. Prior to fuboTV, Mr. Horihuela co-founded and served as the Chief Executive Officer of Primerad Network from 2013 – 2015. Previously, Mr. Horihuela worked as Head of Latin America at DramaFever, and as an economist and analyst at Morgan Stanley and DeMatteo Monness, respectively. He graduated from the University of Chicago with a BA in Economics.

**Geir Magnusson Jr., Chief Technology Officer**

Mr. Magnusson joined fuboTV in 2018, with three decades of experience leading product and engineering behind him. Prior to joining fuboTV, Mr. Magnusson co-founded and served as the Chief Technology Officer at Sourcepoint from 2015 – 2018. Previously, Mr. Magnusson spent two years at AppNexus, most recently as Chief Technology Officer. He graduated from The John Hopkins University with a BS in Physics and MS in electrical and computer engineering.

**Edgar Bronfman Jr., Executive Chairman**

Mr. Bronfman has served as Executive Chairman since April 2020. Mr. Bronfman is a general partner, chairman, and co-founder of Waverley Capital. He is also a managing partner at Accretive LLC and executive chairman of Global Thermostat LLC. Prior to joining fuboTV, Mr. Bronfman served as the former Chairman and CEO of Warner Music. Currently, he serves on the board of New York University Elaine A. and Kenneth G. Langone Medical Center, and is a member of the Council on Foreign Relations

**WEDBUSH**

## Share Ownership

The expected share allotment post-IPO included roughly 100 million shares outstanding, 67% of which are common shares while 33% are Series AA convertible preferred shares. The rights of common stock and Series AA Preferred Stock are identical, except for voting and conversion rights. Each share of common stock is entitled to one vote while each share of Series AA Preferred Stock is entitled to 0.8 votes and is convertible into two shares of common stock following the sale of Series AA Preferred Stock on an arms'-length basis pursuant to Rule 144 under the Securities Act of 1933. Currently, there are no executives or Board members with significant share ownership. Former Facebank CEO John Textor has the highest ownership share at 9.0%, with the current directors and executive officers collectively owning 26.3% of shares. Should any activist investors seek to influence the management of the company, they would need to own a prohibitively high portion of outstanding shares to do so.

**Figure 24: Shares and Voting Control**

| | Following the Offering | | |
| --- | --- | --- | --- |
| | Common Stock % of outstanding | Series AA Preferred % of outstanding | Combined Voting Power (%) |
| *Directors and Officers* | | | |
| David Gandler | 3.21% | 4.99% | 3.62% |
| Edgar Bronfman, Jr. | 5.88% | 8.40% | 6.34% |
| John Textor | 12.42% | - | 8.96% |
| Alexander Bafer | 5.04% | - | 3.64% |
| Daniel Leff | 1.19% | 8.33% | 2.94% |
| All executive officers and directors as a group (12 persons) | 29.37% | 24.99% | 26.30% |
| | | | |
| *5% Beneficial Owners Not Named Above* | | | |
| Entities affiliated with The Walt Disney Company | - | 10.50% | 2.92% |
| Entities affiliated with A-Fund II, LP | - | 5.31% | 1.48% |
| Entities Affiliated with AMC Networks Ventures LLC | - | 5.69% | 1.58% |
| Entities Affiliated with Bullingham Holdings, LLC | - | 5.24% | 1.46% |
| Entities Affiliated with Northzone VIII L.P. | - | 11.09% | 3.68% |
| Entities Affiliated with Comcast Corporation | - | 11.81% | 3.68% |
| Entities Affiliated with Viacom International Inc. | - | 9.69% | 2.70% |
| Entities Affiliated with FBNK Finance S.A.R.L. | 7.38% | - | 5.33% |

| | Shares | % of Shares | % of Voting Power |
| --- | --- | --- | --- |
| **Common Stock** | 65,507,209 | 67% | 72.2% |
| **Series AA Preferred Stock** | 31,556,906 | 33% | 27.8% |
| | 97,064,115 | | |

*Source(s): Company filings, Wedbush Securities, Inc.*



## Segments Overview

### Subscription Revenue

Subscription revenue is comprised of monthly subscriber fees, feature upgrades, premium add-ons, and channel add-ons. We expect growth to accelerate over the next few years, at least, as fuboTV attracts new customers with an expanding and highly compelling content profile, particularly to avid sports fans. fuboTV will have room to grow subscription ARPU by expanding its channel line-up and upselling existing subscribers. Our subscription revenue estimates assume an annual price increase of $5 on the base plan and on the family plan in 2021 and 2022. We conservatively assume that the average number of add-ons remains relatively constant going forward, though add-ons may increase as offerings are expanded. We believe fuboTV's content lineup today is robust and particularly compelling at its competitive price point (see Figure 42).

**Figure 25: Annual Subscription Revenue and Growth Rate, 2018 – 2023E (in Millions)**



*Source(s): Company filings, Wedbush Securities, Inc.*

fuboTV has four primary plans subscribers can choose from, coupled with included features.

**Figure 26: fuboTV Primary Plans and Features**

|  | Standard Plan | Family Plan | Elite | fubo Latino |
|---|---|---|---|---|
| **Price** | $59.99 | $64.99 | $79.99 | $29.99 |
| **Channels** | 100 | 115 | 162 | 32 |
| **Features** | cloud DVR 100 hrs | cloud DVR 250 hrs | cloud DVR 1000 hrs | cloud DVR 250 hrs |
|  | 2 screens at once | 3 screens at once | 5 screens at once | 2 screens at once |
|  |  |  | fubo Extra - 47 entertainment channels |  |

*Source(s): Company filings, Wedbush Securities, Inc.*

At present fuboTV only offers two premium add-on options – Showtime and AMC Premiere. We expect the company to add several more over time, similar to its peers Amazon Prime, The Roku Channel, and Apple TV+.

**WEDBUSH**

**Figure 27: fuboTV Feature Upgrades and Premium Add-On Channels**

| Feature Upgrades | | | |
|---|---|---|---|
| **Cloud DVR 250** | **Cloud DVR 1000** | **Family Share** | **Family Share Max** |
| $9.99 | $16.99 | $5.99 | $9.99 |

| Premium Add-Ons | |
|---|---|
| **Showtime** | **AMC Premiere** |
| $10.99 | $4.99 |

*Source(s): Company filings, Wedbush Securities, Inc.*

fuboTV's channel add-ons are a draw for many subscribers, with its "Sports Plus with NFL RedZone" add-on ranking as its most popular. Sports Plus add-ons typically spike in the third quarter, in congruence with the beginning of the NFL and NCAA football seasons.

**Figure 28: fuboTV Channel Add-Ons**

| Channel Add-Ons | | | |
|---|---|---|---|
| **Sports Plus with NFL RedZone** | **fubo Cycling** | **fubo Extra** | **Adventure Plus** |
| $10.99 | $11.99 | $5.99 | $6.99 |
| Top NCAA games | Giro d'Italia | Extra content | Driving, Extreme Sports |
| NFL RedZone from NFL Network | Flanders Classic | for the family | Outdoor Adventure Sports |
| More prime channels | More prime channels | More prime channels | More prime channels |
| **International Sports Plus** | **Latino Plus** | **RIA Italia** | **TV5MONDE** |
| $6.99 | $19.99 | $7.99 | $9.99 |
| International Soccer | Best Live Sports | Serie A, Coppa Italia | French TV, Sports |
| Other international sports | Top Entertainment | News/Entertainment | Films, News, Lifestyle |
| | **Portuguese Plus** | **Entretenimiento Plus** | |
| | $14.99 | $4.99 | |
| | Sports, News | Music, Movies | |
| | Entertainment | Lucha Underground | |

*Source(s): Company filings, Wedbush Securities, Inc.*

fuboTV's channel add-ons and features are all highly accretive, with margins substantially higher than base plans at 20 – 100%, according to the company. We assume features are at the high-end of that range and premium channel add-ons are at the lower end. We expect fuboTV to expand offerings by language and/or region, as that is a relatively easy way to drive incremental revenue at a favorable margin rate.

We have modeled subscription ARPU of $53.83 in 2020, or 10% higher year-over-year, expanding another 12% year-over-year in 2021 to $60.55. We modeled 8% year-over-year growth to $65.61 in 2022 and another 3% year-over-year growth in 2023 to $67.39.

**WEDBUSH**

**Figure 29: Subscription ARPU, 2018 – 2023E**



*Source(s): Company filings, Wedbush Securities, Inc.*

### Advertising Revenue

Advertising revenue, while still less than 10% of total revenue as of 2019, is fuboTV's fastest growing segment. We have modeled advertising revenue at roughly 20% of total revenue by 2023, in line with fuboTV's long-term goal for revenue mix. This estimate is given with the caveat that we have not yet included any revenue contribution from wagering in our model. As fuboTV expands its subscriber base and live TV content offerings, particularly sports, advertisers are rapidly onboarding.  As the population increasingly cuts the cord and moves to OTT platforms, advertisers are seeking ways to connect to these important audiences. Still, the OTT ad space remains underpenetrated relative to viewership levels, especially when compared to the traditional payTV space. As ad dollars in the TV industry continue to shift toward OTT, fuboTV should be a primary beneficiary given its overweight offering of live TV content compared to other vMVPDs (few want to watch sports delayed, to avoid situations where they have to avoid game scores prior to viewing).

**Figure 30: Annual Advertising Revenue and Revenue Growth Rate, 2018 – 2023E (in Millions)**



*Source(s): Company filings, Wedbush Securities, Inc.*

fuboTV can also expand advertising revenue by improving its CPMs, which the company states are currently under market value when compared to OTT streaming aggregators who advertise, like Roku via The Roku Channel. fuboTV's engagement trends are positive and have accelerated

**WEDBUSH**

meaningfully during the pandemic (from 120 to 140 monthly content hours per MAU), despite the dearth of sports content in the early months of quarantine. Surely subscriber additions dropped precipitously during that time, but a substantial subset of existing subscribers did not churn out and instead increased time spent watching entertainment and news on the fuboTV platform. As many parts of the country re-opened in Q3, engagement moderated as many people spent less time at home, but did not fall drastically due to the come-back of sports.

**Figure 31: Monthly Content Hours Watched per Monthly Active User, Q1:18 – Q3:20**



*Source(s): Company filings, Wedbush Securities, Inc.*

**Figure 32: Advertising ARPU, 2018 – 2023E**



*Source(s): Company filings, Wedbush Securities, Inc.*

According to MAGNA, the traditional linear TV advertising market in the U.S. was $61 billion in 2019 and is expected to decrease by roughly 10% in 2020 to $54 billion. In contrast, digital advertising in the U.S. was $127 billion in 2019 and is expected to grow by 3% in 2020 to $130 billion. We think this general shift is urging advertisers to reallocate their budgets toward digital in a meaningful way, particularly as shifting societal norms have accelerated toward digital during the COVID pandemic. We think the confluence of these trends, coupled with fuboTV's ability to conduct highly targeted advertising campaigns, will increasingly drive advertisers toward fuboTV's offering in the coming quarters and years.



**Other Revenue**

As relayed by fuboTV, the global sports wagering market is estimated to grow to $155 billion by 2024. At present, the company has a negligible market share but, in our view, a massive opportunity to take share of the burgeoning domestic market. fuboTV is in the very early stage of adding sports wagering capabilities. These capabilities will be aligned with the wide variety of sporting events offered on fuboTV, driving increased engagement of the sporting events, potentially driving an acceleration of new subscribers, while substantially expanding fuboTV's ability to monetize each subscriber. On top of its basic subscription package, fuboTV offers its subscribers premium subscription packages, has highly valuable, live sports advertising inventory, while wagering adds yet another layer of potential monetization on existing subscribers. For existing subscribers who have the desire to participate in wagering, fuboTV's platform will be a compelling choice simply because a billing relationship already exists, so the largest hurdle of "pulling out the wallet" is not an issue. Furthermore, fuboTV will be able to market to nearly every current, former, and trial subscriber and easily onboard them with their existing billing details. According to the company, that adds up to 6.3 million potential subscribers compared to fuboTV's current active subscriber base of 455,000 as of Q3:20.

fuboTV took a big step toward this end goal with its recent acquisition of Balto Sports. While fuboTV spent a non-material sum for this acquisition, and do not expect it to be directly accretive, the Balto team have experience in the wagering space on the front-end, and can help fuboTV with the building blocks of this new venture. Management has stated that they anticipate bringing the company's first wagering service to market by the second half of 2021. We expect a slow start to the business with high initial costs as the company navigates state-by-state legal differences, with the likelihood of a consistently changing environment until sports wagering becomes legal federally. Still, once fuboTV is able to onboard enough subscribers to its service and reaches a critical mass, which should provide the company with an ongoing, high-margin new revenue stream to add to its already-impressive growth profile, and a virtuous cycle in that it increases engagement which should drive advertising ARPU ever higher.



## Financial Overview

### Overview of Revenue

At its core, fuboTV's growth strategy is to accelerate subscriber acquisition by growing its content portfolio, then upselling its existing subscribers with premium content and capabilities. Like many OTT providers that feature ads, fuboTV expects to expand its advertising inventory and believes it has plenty of room to raise CPMs due to its platforms' high engagement levels (140 monthly hours per MAU) and premium content offerings. fuboTV is also in the very early stages of building a sports wagering business, which we think has the potential for a sizeable addressable market as the U.S. is just beginning to legalize wagering in several states. Once the company has a solid foothold in each of its segments domestically, we expect management to begin its foray into Europe and other international markets. We have modeled out revenue through 2023, with growth expected in all of fuboTV's various key metrics and within its segments (wagering and international expansion is not yet included in our estimates as the timing and contribution from upcoming acquisitions remains unclear). On a consolidated basis, we expect revenue to grow 69% year-over-year in 2020 to $248 million, with another 75% annual growth in 2021 to reach $435 million. We modeled 2022 consolidated revenue of $727 million, or 67% year-over-year growth, and 2023 consolidated revenue of $1,128 million, or 55% year-over-year growth. With wagering incremental to our current estimates, there is significant upside potential for Other Revenue. While we expect that to launch in 2H:21, it is less clear how soon the segment can contribute meaningfully to revenue growth and profitability.

**Figure 33: Revenue by Segment, 2018 – 2023E (in Millions)**



*Source(s): Company filings, Wedbush Securities, Inc.*



**Overview of Expenses**

While fuboTV's expenses have so far significantly outweighed its revenue, its largest expense category, Subscriber Related Expenses, is trending downward as a percentage of consolidated revenue, and should be roughly break-even with revenue in 2020. We expect Subscriber Related Expense margin to continue trending down over time and expect the other expense categories to remain roughly flat on a dollar basis while their margins decline sharply over the next three years. We have modeled fuboTV to reach profitability in 2023 on an EBITDA and EPS basis, although we believe they could achieve this in 2022 with enough subscriber scale and strict expense management.

**Figure 34: Consolidated Expenses, Annual 2018 – 2023E (in Millions)**



*Source(s): Company filings, Wedbush Securities, Inc.*

**Figure 35: Consolidated Expense Margins (on Consolidated Revenue), Annual 2018 – 2023E (in Millions)**

*Source(s): Company filings, Wedbush Securities, Inc.*

**Subscriber Related Expenses**

Subscriber Related Expenses mainly represent affiliate distribution rights and other distribution costs related to content streaming. We expect 2020 Subscriber Related Expenses of $246 million, up 22% year-over-year, increasing another 58% year-over-year in 2021 to $387 million. We expect 2022 expenses of $555 million, up 43% year-over-year, increasing another 40% year-over-year in 2023 to $776 million. Generally, content provider distribution costs are incurred on a per subscriber basis and are recognized when programming is distributed to subscribers. Therefore, we believe these expenses will continually increase as fuboTV expands its subscriber base and adds major network groups, however margins should consistently improve as existing content contract renewals allow better terms. Additionally, while fuboTV has been bogged down by various contracts with minimum guarantees, most of these have been reduced and the company has been able to recoup these. The contracts with minimum guarantees are fully expensed on the income statement, but have by and large been renegotiated with better terms or fuboTV has been able to write off the majority of its minimum guarantee shortfalls. The last contract with minimum guarantees left on fuboTV's books will end at the end of 2021, and as the company scales, it will have significantly more leverage to negotiate better contracts deals and will continually drop underperforming content while removing underperforming channels from its base package. These factors should all drive better margins over time.

**Figure 36: Subscriber Related Expenses, Margin, Annual 2018 – 2023E (in Millions)**



*Source(s): Company filings, Wedbush Securities, Inc.*

**Broadcasting and Transmission Expenses**

Broadcasting and Transmission Expenses mainly consist of the cost to acquire a signal, transcode, store, and retransmit it to subscribers. We expect 2020 Broadcasting and Transmission expenses of $41 million, up 23% year-over-year, and falling 1% year-over-year in 2021 to $40 million. We expect 2022 expenses of $40 million, flat year-over-year, and increasing 43% year-over-year in 2023 to $58 million. We believe these costs will increase marginally as fuboTV expands its channel line-up and draws higher viewership hours.

**WEDBUSH**

**Figure 37: Broadcasting and Transmission Expenses, Margin, Annual 2018 – 2023E (in Millions)**



*Source(s): Company filings, Wedbush Securities, Inc.*

### Sales and Marketing Expenses

Sales and Marketing Expenses mainly consist of payroll, benefits, rent and utilities, stock-based compensation, agency costs, advertising campaigns and branding initiatives. We expect 2020 Sales and Marketing expenses of $56 million, up 50% year-over-year, increasing another 9% year-over-year in 2021 to $61 million. We expect 2022 expenses of $84 million, up 37% year-over-year, and increasing 41% year-over-year in 2023 to $118 million. We believe these costs will increase marginally as fuboTV continues to invest in acquiring subscribers and grows headcount.

**Figure 38: Sales and Marketing Expenses, Margin, Annual 2018 – 2023E (in Millions)**



*Source(s): Company filings, Wedbush Securities, Inc.*

### Technology and Development Expenses

Technology and Development Expenses mainly consist primarily of payroll and related costs, benefits, rent and utilities, stock-based compensation, technical services, software expenses, and hosting expenses. We expect 2020 Technology and Development expenses of $42 million, up 41% year-over-year, increasing another 24% year-over-year in 2021 to $53 million. We expect

**WEDBUSH**

2022 expenses of $59 million, up 12% year-over-year, and increasing 9% year-over-year in 2023 to $64 million. We believe these costs will increase marginally as fuboTV continues to invest in its proprietary technology platform, new software, and increased headcount.

**Figure 39: Technology and Development Expenses, Margin, Annual 2018 – 2023E (in Millions)**



*Source(s): Company filings, Wedbush Securities, Inc.*

**General and Administrative Expenses**

General and Administrative Expenses mainly consist of payroll, benefits, rent and utilities, stock-based compensation, corporate insurance, office expenses, professional fees, as well as travel, meals, and entertainment costs. We expect 2020 General and Administrative expenses of $40 million, up 85% year-over-year, increasing another 17% year-over-year in 2021 to $47 million. We expect 2022 expenses of $48 million, up 1% year-over-year, and increasing another 1% year-over-year in 2023 to $48 million. We believe these costs will be driven up by headcount expansion.

**Figure 40: General and Administrative Expenses, Margin, Annual 2018 – 2023E (in Millions)**



*Source(s): Company filings, Wedbush Securities, Inc.*



## Competitive Landscape

**Figure 41: fuboTV Competitors, by Segment**



*Source(s): Company filings, NPD Group, Wedbush Securities, Inc.*

**Live TV (mVPD)**

fuboTV faces steep competition from a combination of well-established and emerging mVPD players. This includes AT&T, a well-established telecom titan that can leverage its deep-pocketed financial resources, technology infrastructure, and extensive set of customer and industry relationships to offer subscribers an affordable and enticing package through its TV Now service. AT&T TV Now also offers premium features like HBO MAX, Spanish add-ons, and access to 60 live channels on its base plan relating to sports, news, and entertainment – compared to just 100 channels at fuboTV on its base plan. Hulu is another strong competitor that can use its relationships with parent-owner Disney and its biggest equity holder, NBCUniversal, to offer bundled Hulu, Disney+, and ESPN+ content. YouTube TV likewise provides fierce competition, offering popular channels (PBS, BET, Comedy Central, MTV, and Nickelodeon), league networks (NFL, NBA, and MLB), and unlimited DVR storage versus fuboTV's limited offering of 100 free hours on its base plan (more on its premium plans).

**Figure 42: fuboTV Peer Group and Offerings**

| | fuboTV | YoutubeTV | AT&T TV Now | Hulu + Live TV* | Sling TV |
|---|---|---|---|---|---|
| Retail Price | $59.99 | $64.99 | $80.00 | $54.99 | $30.00 |
| Total Channels | 100 | 85 | 60 | 65 | 50 |
| Cloud DVR Storage | 100 | Unlimited | 500 Hours | 50 Hours | 10 Hours |
| Device Streams | 2 | 3 | 3 | 2 | 3 |
| No Annual Contract | ✓ | ✓ | ✓ | ✓ | ✓ |

*Note: Hulu's live plan (with limited ads) will increase to $64.99 per month on December 18, 2020.*
*Source(s): Company filings, NPD Group, Wedbush Securities, Inc.*

Sling TV, the first live TV streaming service launched in February 2015, appeals to customers looking for low cost live TV services ($30 for 50 channels), but offers limited local channels and

**WEDBUSH**

only 1 device stream for its sports package. Lastly, Philo ranks as the lowest cost provider offering 60 channels for just $20 a month. As a caveat, Philo does not carry local or sports channels, or Turner networks. In summary: competition is tough. To differentiate itself from its peers, fuboTV offers a variety of high-quality content offerings in news, entertainment, and particularly within live sports where it retains its greatest competitive advantage. This explains why 90% of fuboTV subscribers view live and 91% watch sports.  Additionally, the company is regularly first-to-market with new product features, such as 4K streams, multi-viewing, and enhanced DVR capabilities, creating a premium viewing experience unmatched by its peers. According to nScreenMedia, fuboTV holds a 4% market share in terms of U.S. vMVPD subscribers as of the third quarter of 2020, a figure we estimate to roughly represent the company's share of the domestic market in dollars.

**Figure 43: U.S. vMVPD Market Share, by Subscribers, 3Q:20**

Total: 11.6 million subscribers

| Hulu Live | Youtube TV | Sling TV | Philo | AT&T TV Now | FuboTV |
| --- | --- | --- | --- | --- | --- |
| 36% | 26% | 21% | 7% | 6% | 4% |

*Source(s): nScreenMedia, Wedbush Securities, Inc.*

**On-Demand TV (mVPD)**

In addition to live TV services, fuboTV also provides on-demand TV content, which faces competition from peers including Netflix, Amazon Prime, Hulu, Peacock, Apple TV+, HBO Now/Max, and several smaller niche services.  Some of these subscription services have created a sizeable moat with original content, and with such a variety of options, many consumers now must be selective in choosing services. As fuboTV specializes in sports, for avid sports fans it has a significant competitive advantage compared to pure entertainment subscription services. With that said, most OTT content subscribers opt for multiple services to consume original or specialized content, churning out as needed and sometimes switching between services. We would expect most fuboTV subscribers to also subscribe to one or more of its on-demand entertainment competitors.

**Advertising**

Within its advertising segment, fuboTV competes with traditional linear TV players, social media, radio, and other vMVPDs. Some of these players, like AT&T, have greater resources to devote to promoting their brand through various mediums. FuboTV competes for advertising dollars by offering customers a premium sports center and differentiated advertising capabilities via its proprietary technology platform. This platform captures and leverages +21 billion monthly data

**WEDBUSH**

points to enhance user experience, drive engagement, and surface highly relevant advertising content in a seamless manner that has helped drive a 3Q20 average CPM of $20+.

**Sports Wagering**

Strategically, FuboTV believes entering the sports wagering market is a smart business decision for three reasons. First, fuboTV is able to lower its user acquisition costs by leveraging a rapidly growing subscriber base of +450,000 members, a lower vid cost of acquisition for video versus online sports betting (as high as $371 – 406 for DraftKings), and a billing relationship with 6.3 million US subscribers and trialists that signed up from June 2017 to September 2020. Second, fuboTV can realize significant cross-selling opportunities by introducing sports betting to a platform that holds highly-engaged sports viewers (140 monthly viewing hours) and access to over 50,000 sports events, including all major betting events (Super Bowl, World Cup, Kentucky Derby). Lastly, introducing sports betting market to fuboTV viewers represents an opportunity to significantly boost video viewership, as bettors watch 19 times more NFL games a season than non-bettors, according to Nielson. Greater viewership, in turn, results in more monetization, engagement, and ultimately better subscriber retention. Recently, the company officially entered the space when it acquired Balto Sports, a Y Combinator company that develops tools for users to organize and play fantasy sports games. FuboTV first plans to launch a free-to-play game by combining its proprietary technology with Balto's contest automation software, and then layering on real money wagering in regulated markets. According to Zion Market Research as relayed by fuboTV, the global sports wagering market is estimated to grow to $155 billion by 2024. At present, fuboTV has a negligible market share but, in our view, a massive opportunity to take share of the burgeoning domestic market.

# WEDBUSH

**Figure 44: Pricing for Various Over-the-Top ("OTT") Streaming Options**

| | Service | Monthly U.S. Prices | Plan |
|---|---|---|---|
| **Plan Comparisons Across Select SVOD and AVOD Services** | | | |
| Paid Live-TV | AT&T TV Now | $183.00 | Premier: 140+ channels |
| | | $135.00 | Ultimate: 125+ channels |
| | | $124.00 | Xtra: 105+ channels |
| | | $110.00 | Choice: 85+ channels |
| | | $93.00 | Entertainment: 65+ channels |
| | | $86.00 | Optimo Más: 90+ channels |
| | | $80.00 | Max: 60+ channels (includes HBO MAX and Cinemax) |
| | | $55.00 | Plus: 45+ channels |
| | fuboTV | $79.99 | Elite: 162 channels, 130+ events in 4K |
| | | $64.99 | Family: 115 channels, 130+ events in 4K |
| | | $59.99 | Standard: 100 channels, 130+ events in 4K |
| | | $29.99 | fubo Latino: 32 channels, 100+ sporting events |
| | Hulu | $60.99 | 65+ channels (no ads) |
| | | $54.99 | 65+ channels (limited commercials) |
| | Sling TV | $45.00 | Orange + Blue: 53 channels |
| | | $30.00 | Sling Orange: 33 channels |
| | | $30.00 | Sling Blue: 45 channels |
| | YouTube | $64.99 | YouTube TV: 85+ channels |
| SVOD | Amazon Video | $12.99 | Prime membership |
| | | $9.92 | Prime membership upon signing up for $119/year plan |
| | | $8.99 | Prime membership (video only) |
| | Apple TV+ | $4.99 | Original Apple content and limited licensed content |
| | Cinemax | $9.99 | Premium Add-on to any base TV subscription |
| | Disney+ | $12.99 | Disney+, Hulu (ad-supported), and ESPN+ bundled content |
| | | $6.99 | Disney+ content (Pixar, Marvel, Star Wars, and National Geographic, and limited Fox content like the Simpsons) |
| | | $5.83 | Disney+ content upon signing up for $69.99/year plan |
| | HBO | $14.99 | HBO: Standalone subscription to stream HBO on demand |
| | | $14.99 | HBO Max: Includes all of HBO, as well as WarnerMedia |
| | Hulu | $11.99 | Non-live content (no ads) |
| | | $5.99 | Non-live content (limited commercials) |
| | | $4.99 | Non-live content (limited commercials) with the $59.99/year plan |
| | Netflix | $17.99 | Four-screen ultra-high definition streaming |
| | | $13.99 | Two-screen high definition streaming |
| | | $8.99 | Single-screen standard definition streaming |
| | Peacock | $9.99 | NBCUniversal content & live sports (no ads) |
| | | $4.99 | NBCUniversal content and live sports (limited ads) |
| | Showtime | $10.99 | Showtime content (no ads) |
| | Starz | $8.99 | Starz content (no ads) |
| | Youtube | $11.99 | YouTube Premium: offline video and music (no ads) |
| AVOD | IMDB Freedive | Ad-supported | Accessible via IMDB.com or any Fire TV device |
| | Peacock | Ad-supported | NBCUniversal content and live sports |
| | Pluto | Ad-supported | 250+ channels of Viacom-originals and licensed content |
| | Sony Crackle | Ad-supported | 22,000 television episodes and 10,800 movies, including originals |
| | The Roku Channel | Ad-supported | 115+ live channels relating to news, lifestyle, and sports |
| | tubitv | Ad-supported | +20,000 movies and television shows |

*Note: Hulu's live plans (limited ads and no-ads) will increase to $64.99 and $70.99, respectively, on December 18, 2020. Source(s): Company filings, Wedbush Securities, Inc.*

**WEDBUSH**

**Figure 45: Key Events Timeline**



*Source(s): Company filings, Wedbush Securities, Inc.*


**WEDBUSH**

# Financial Statements

## Income Statement

**fuboTV**

| Income Statement ($s, 000's) | 2018 FY | Mar-19 Q1:19 | Jun-19 Q2:19 | Sep-19 Q3:19 | Dec-19 Q4:19 | 2019 FY | Mar-20 Q1:20 | Jun-20 Q2:20 | Sep-20 Q3:20 | Dec-20 Q4:20E | 2020 FY | Mar-21 Q1:21E | Jun-21 Q2:21E | Sep-21 Q3:21E | Dec-21 Q4:21E | 2021 FYE | 2022 FYE | 2023 FYE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subscription | 70,112 | 26,627 | 26,166 | 32,581 | 47,929 | 133,303 | 46,388 | 39,511 | 53,433 | 81,767 | 221,099 | 82,025 | 67,403 | 85,025 | 141,648 | 376,101 | 610,652 | 933,817 |
| Advertising | 4,131 | 1,871 | 2,528 | 2,972 | 5,079 | 12,450 | 4,122 | 4,323 | 7,520 | 9,836 | 25,801 | 7,631 | 10,026 | 21,054 | 19,179 | 57,890 | 115,142 | 193,255 |
| Other | 577 | 118 | 176 | 237 | 246 | 777 | 537 | 338 | 249 | 246 | 1,370 | 537 | 338 | 249 | 246 | 1,370 | 1,370 | 1,370 |
| **Net Revenue** | **74,820** | **28,616** | **28,870** | **35,791** | **53,253** | **146,530** | **51,047** | **44,172** | **61,202** | **91,849** | **248,270** | **90,193** | **77,766** | **106,328** | **161,073** | **435,361** | **727,164** | **1,128,442** |
| Subscriber related expenses | 98,894 | 43,495 | 45,623 | 50,928 | 61,402 | 201,448 | 58,001 | 53,087 | 61,228 | 73,479 | 245,795 | 74,409 | 68,046 | 95,695 | 148,993 | 387,143 | 555,207 | 775,892 |
| Broadcasting and transmission | 24,373 | 7,236 | 7,120 | 7,014 | 11,733 | 33,103 | 9,230 | 9,492 | 9,778 | 12,378 | 40,878 | 9,900 | 8,925 | 9,545 | 12,043 | 40,413 | 40,413 | 57,671 |
| Sales and marketing | 47,478 | 5,884 | 6,165 | 14,069 | 11,127 | 37,245 | 7,713 | 7,577 | 22,269 | 18,370 | 55,929 | 11,274 | 9,721 | 15,949 | 24,161 | 61,105 | 83,749 | 118,302 |
| Technology and development | 19,909 | 6,936 | 6,964 | 5,222 | 10,879 | 30,001 | 8,327 | 9,551 | 10,727 | 13,802 | 42,407 | 10,203 | 12,927 | 13,320 | 16,151 | 52,601 | 58,833 | 63,827 |
| General and administrative | 11,121 | 2,182 | 2,310 | 5,670 | 11,769 | 21,931 | 3,104 | 17,338 | 8,270 | 11,769 | 40,481 | 11,794 | 11,819 | 11,844 | 11,869 | 47,328 | 47,728 | 48,128 |
| Depreciation and amortization | 440 | 119 | 5,158 | 5,273 | 47,044 | 57,594 | 135 | 14,417 | 14,413 | 14,413 | 43,378 | 14,413 | 14,413 | 14,413 | 14,413 | 57,652 | 57,652 | 57,652 |
| Impairment of intangible assets and goodwill | | | | | | 0 | | | | 236,681 | 236,681 | | | | | | | |
| **Operating expenses - GAAP** | **202,215** | **65,852** | **73,340** | **88,176** | **153,954** | **381,322** | **86,510** | **111,462** | **363,366** | **144,211** | **705,549** | **131,994** | **125,850** | **160,767** | **227,630** | **646,241** | **843,582** | **1,121,471** |
| **Operating expenses - Non-GAAP** | **202,215** | **65,852** | **73,340** | **88,176** | **153,954** | **381,322** | **86,510** | **111,462** | **363,366** | **144,211** | **705,549** | **131,994** | **125,850** | **160,767** | **227,630** | **646,241** | **843,582** | **1,121,471** |
| **Operating Income - GAAP** | **(127,395)** | **(37,236)** | **(44,470)** | **(52,385)** | **(100,701)** | **(234,792)** | **(35,463)** | **(67,290)** | **(302,164)** | **(52,363)** | **(457,280)** | **(41,801)** | **(48,084)** | **(54,438)** | **(66,557)** | **(210,880)** | **(116,417)** | **6,971** |
| **Operating Income - Non-GAAP** | **(127,395)** | **(37,236)** | **(44,470)** | **(52,385)** | **(100,701)** | **(234,792)** | **(35,463)** | **(67,290)** | **(47,470)** | **(31,645)** | **(181,868)** | **(21,083)** | **(27,366)** | **(33,720)** | **(45,839)** | **(128,008)** | **(33,545)** | **89,843** |
| Interest expense and financing cost | (2,445) | (647) | (454) | (482) | (12,402) | (13,985) | (493) | (13,325) | (2,203) | (1,703) | (17,724) | (1,703) | (1,703) | (1,703) | (1,703) | (6,812) | (6,812) | (6,812) |
| Interest income | 0 | | | 0 | 0 | 0 | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Loss on extinguishment of debt | (4,171) | 102 | | 0 | 0 | 102 | | | 1,321 | 1,321 | 2,642 | 1,321 | 1,321 | 1,321 | 1,321 | 5,284 | 5,284 | 5,284 |
| Gain on sale of assets | 0 | | | 0 | 0 | 0 | | | 7,631 | 7,631 | 15,262 | 7,631 | 7,631 | 7,631 | 7,631 | 30,524 | 30,524 | 30,524 |
| Unrealized gain in equity method investment | 0 | | | 0 | 0 | 0 | | 2,614 | 0 | 0 | 2,614 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Loss on deconsolidation of Nexway | 0 | | | (1,094) | (1,824) | (2,918) | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Change in fair value of liabilities | 4,697 | | 2,014 | 830 | 2,175 | 5,019 | | 2,528 | 4,644 | 4,644 | 11,816 | 4,644 | 4,644 | 4,644 | 4,644 | 18,576 | 18,576 | 18,576 |
| Other expense | 0 | | | (1,230) | 1,281 | 51 | | (27,763) | 583 | 583 | (26,597) | 583 | 583 | 583 | 583 | 2,332 | 2,332 | 2,332 |
| Total other income (expense) | (1,919) | (545) | 1,560 | (1,976) | (10,770) | (11,731) | (493) | (35,946) | 11,976 | 12,476 | (11,987) | 12,476 | 12,476 | 12,476 | 12,476 | 49,904 | 49,904 | 49,904 |
| **Net income (loss) before income taxes** | **(129,314)** | **(37,781)** | **(42,910)** | **(54,361)** | **(111,471)** | **(246,523)** | **(35,956)** | **(103,236)** | **(290,188)** | **(39,887)** | **(469,267)** | **(29,325)** | **(35,608)** | **(41,962)** | **(54,081)** | **(160,976)** | **(66,513)** | **56,875** |
| Income Tax Benefit / (Expense) | 2 | (2) | 1,037 | 1,028 | 12,979 | 15,042 | (2) | 3,481 | 16,071 | 7,578 | 27,128 | 6,745 | 8,190 | 9,651 | 12,439 | 37,024 | 15,298 | (13,081) |
| **Net income, before non-controlling interest** | **(129,312)** | **(37,783)** | **(41,873)** | **(53,333)** | **(98,492)** | **(231,481)** | **(35,958)** | **(99,755)** | **(274,117)** | **(32,308)** | **(442,138)** | **(22,580)** | **(27,418)** | **(32,311)** | **(41,642)** | **(123,952)** | **(51,215)** | **43,794** |
| Net income attributable to non-controlling interest | 0 | | (2,182) | 128 | 4,834 | 2,780 | | 682 | 0 | | 682 | | | | | 0 | 0 | 0 |
| Deemed dividends | 0 | | | (385) | (213) | (598) | | | 0 | | 0 | | | | | 0 | 0 | 0 |
| **Net income - GAAP** | **(129,312)** | **(37,783)** | **(41,873)** | **(53,590)** | **(93,871)** | **(229,299)** | **(35,958)** | **(99,073)** | **(274,117)** | **(32,308)** | **(441,456)** | **(22,580)** | **(27,418)** | **(32,311)** | **(41,642)** | **(123,952)** | **(51,215)** | **43,794** |
| **Net income - Non-GAAP** | **(129,312)** | **(37,783)** | **(41,873)** | **(53,718)** | **(98,705)** | **(232,079)** | **(35,958)** | **(99,755)** | **(72,710)** | **(32,308)** | **(240,731)** | **(22,580)** | **(27,418)** | **(32,311)** | **(41,642)** | **(123,952)** | **(51,215)** | **43,794** |
| **EPS, diluted - GAAP** | **($5.25)** | **($1.53)** | **($1.92)** | **($2.18)** | **($3.81)** | **($9.40)** | **($1.46)** | **($2.83)** | **($6.20)** | **($0.68)** | **($11.65)** | **($0.47)** | **($0.57)** | **($0.68)** | **($0.87)** | **($2.60)** | **($1.07)** | **$0.31** |
| **EPS, diluted - Non-GAAP** | **($5.25)** | **($1.53)** | **($1.82)** | **($2.18)** | **($4.01)** | **($9.52)** | **($1.46)** | **($2.85)** | **($1.65)** | **($0.68)** | **($6.35)** | **($0.47)** | **($0.57)** | **($0.68)** | **($0.87)** | **($2.60)** | **($1.07)** | **$0.31** |
| Shares outstanding, basic | 24,636 | 24,636 | 22,964 | 24,636 | 24,636 | 24,386 | 24,636 | 35,045 | 44,200 | 47,700 | 37,895 | 47,700 | 47,700 | 47,700 | 47,700 | 47,700 | 47,700 | 47,700 |
| Shares outstanding, diluted | | 24,636 | 22,964 | 24,636 | 24,636 | 24,386 | 24,636 | 35,045 | 44,200 | 47,700 | 83,965 | 139,839 | 139,839 | 139,839 | 139,839 | 139,839 | 139,839 | 139,839 |
| **Adjusted EBITDA** | | | | | | **(165,200)** | | | **(47,470)** | **(37,637)** | **(220,138)** | **(27,909)** | **(32,747)** | **(37,640)** | **(46,971)** | **(145,268)** | **(72,531)** | **22,478** |

**Margins**

| | 2018 FY | Mar-19 Q1:19 | Jun-19 Q2:19 | Sep-19 Q3:19 | Dec-19 Q4:19 | 2019 FY | Mar-20 Q1:20 | Jun-20 Q2:20 | Sep-20 Q3:20 | Dec-20 Q4:20E | 2020 FY | Mar-21 Q1:21E | Jun-21 Q2:21E | Sep-21 Q3:21E | Dec-21 Q4:21E | 2021 FYE | 2022 FYE | 2023 FYE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subscriber related expenses | | 152.0% | 158.0% | 142.3% | 115.3% | 137.5% | 113.6% | 120.2% | 100.0% | 80.0% | 99.0% | 82.5% | 87.5% | 90.0% | 92.5% | 88.9% | 76.4% | 68.8% |
| Broadcasting and transmission | | 25.3% | 24.7% | 19.6% | 22.0% | 22.6% | 18.1% | 21.5% | 16.0% | 13.5% | 16.5% | 11.0% | 11.5% | 9.0% | 7.5% | 9.3% | 5.6% | 5.1% |
| Sales and marketing | | 20.6% | 21.4% | 39.3% | 20.9% | 25.4% | 15.1% | 17.2% | 36.4% | 20.0% | 22.5% | 12.5% | 12.5% | 15.0% | 15.0% | 14.0% | 11.5% | 10.5% |
| Technology and development | | 24.2% | 24.1% | 14.6% | 20.4% | 20.5% | 16.3% | 21.6% | 17.5% | 15.0% | 17.1% | 11.3% | 16.6% | 12.5% | 10.0% | 12.1% | 8.1% | 5.7% |
| General and administrative | | 7.6% | 8.0% | 15.8% | 22.1% | 15.0% | 6.1% | 39.3% | 13.5% | 12.8% | 16.3% | 13.1% | 15.2% | 11.1% | 7.4% | 10.9% | 6.6% | 4.3% |
| Operating Margin - GAAP | | (130.1%) | (154.0%) | (146.4%) | (189.1%) | (160.2%) | (69.5%) | (152.3%) | (493.7%) | (57.0%) | (184.2%) | (46.3%) | (61.8%) | (51.2%) | (41.3%) | (48.4%) | (16.0%) | 0.6% |
| **Operating Margin - Non-GAAP** | | **(130.1%)** | **(154.0%)** | **(146.4%)** | **(189.1%)** | **(160.2%)** | **(69.5%)** | **(152.3%)** | **(77.6%)** | **(34.5%)** | **(73.3%)** | **(23.4%)** | **(35.2%)** | **(31.7%)** | **(28.5%)** | **(29.4%)** | **(4.6%)** | **8.0%** |
| **Adjusted EBITDA Margin** | | **0.0%** | **0.0%** | **0.0%** | **0.0%** | **(112.7%)** | **0.0%** | **0.0%** | **(77.6%)** | **(41.0%)** | **(88.7%)** | **(30.9%)** | **(42.1%)** | **(35.4%)** | **(29.2%)** | **(33.4%)** | **(10.0%)** | **2.0%** |
| Tax Rate | | (0.0%) | 2.4% | 1.9% | 11.6% | 6.1% | (0.0%) | 3.4% | 19.0% | 19.0% | 5.8% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% |
| Net Margin - GAAP | | (132.0%) | (152.6%) | (149.7%) | (176.3%) | (156.5%) | (70.4%) | (224.3%) | (447.9%) | (35.2%) | (177.8%) | (25.0%) | (35.3%) | (30.4%) | (25.9%) | (28.5%) | (7.0%) | 3.9% |
| **Net Margin - Non-GAAP** | | **(132.0%)** | **(145.0%)** | **(150.1%)** | **(185.4%)** | **(158.4%)** | **(70.4%)** | **(225.8%)** | **(118.8%)** | **(35.2%)** | **(97.0%)** | **(25.0%)** | **(35.3%)** | **(30.4%)** | **(25.9%)** | **(28.5%)** | **(7.0%)** | **3.9%** |

**Year-over-year growth**

| | 2018 FY | Mar-19 Q1:19 | Jun-19 Q2:19 | Sep-19 Q3:19 | Dec-19 Q4:19 | 2019 FY | Mar-20 Q1:20 | Jun-20 Q2:20 | Sep-20 Q3:20 | Dec-20 Q4:20E | 2020 FY | Mar-21 Q1:21E | Jun-21 Q2:21E | Sep-21 Q3:21E | Dec-21 Q4:21E | 2021 FYE | 2022 FYE | 2023 FYE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subscription | | | | | | 90.1% | 74.2% | 51.0% | 64.0% | 70.6% | 65.9% | 76.8% | 70.6% | 59.1% | 73.2% | 70.1% | 62.4% | 52.9% |
| Advertising | | | | | | 201.4% | 120.3% | 71.0% | 153.0% | 93.7% | 107.2% | 85.1% | 131.9% | 180.0% | 95.0% | 124.4% | 98.9% | 67.8% |
| Other | | | | | | 34.7% | 355.1% | 92.1% | 5.0% | 0.0% | 76.3% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Net revenue** | | | | | | **95.8%** | **78.4%** | **53.0%** | **71.0%** | **72.5%** | **69.4%** | **76.7%** | **76.1%** | **73.7%** | **75.4%** | **75.4%** | **67.0%** | **55.2%** |
| Subscriber related expenses | | | | | | | 33.4% | 16.4% | 20.2% | 19.7% | 22.0% | 28.3% | 28.2% | 56.3% | 102.8% | 57.5% | 43.4% | 39.7% |
| Broadcasting and transmission | | | | | | | 27.6% | 33.3% | 39.4% | 5.5% | 23.5% | 7.3% | (6.0%) | (2.4%) | (2.7%) | (1.1%) | 0.0% | 42.7% |
| Sales and marketing | | | | | | | 31.1% | 22.9% | 58.3% | 65.1% | 50.2% | 46.2% | 28.3% | (28.4%) | 31.5% | 9.3% | 37.1% | 41.3% |
| Technology and development | | | | | | | 20.1% | 37.1% | 105.4% | 26.9% | 41.4% | 22.5% | 35.3% | 24.2% | 17.0% | 24.0% | 11.8% | 8.5% |
| General and administrative | | | | | | | 42.3% | 650.7% | 45.9% | 0.0% | 84.6% | 280.0% | (31.8%) | 43.2% | 0.8% | 16.9% | 0.8% | 0.8% |
| Depreciation and amortization | | | | | | | 13.4% | 179.5% | 173.3% | (69.4%) | (24.7%) | 10576.3% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Impairment of intangible assets and goodwill | | | | | | | | | | | | | | | | | | |
| **Total operating expenses** | | | | | | | **31.4%** | **52.0%** | **312.1%** | **(6.3%)** | **85.0%** | **52.6%** | **12.9%** | **(55.8%)** | **57.8%** | **(8.4%)** | **30.5%** | **32.9%** |
| **Operating Income - GAAP** | | | | | | | **(4.8%)** | **51.3%** | **476.8%** | **(48.0%)** | **94.8%** | **17.9%** | **(28.5%)** | **(82.0%)** | **27.1%** | **(53.9%)** | **(44.8%)** | **(106.0%)** |
| **Operating Income - Non-GAAP** | | | | | | | **(4.8%)** | **51.3%** | **(9.4%)** | **(68.6%)** | **(22.5%)** | **(40.5%)** | **(59.3%)** | **(29.0%)** | **44.9%** | **(29.6%)** | **(73.8%)** | **(367.8%)** |
| Interest expense and financing cost | | | | | | | (23.8%) | 2835.0% | 357.1% | (86.3%) | 26.7% | 245.4% | (87.2%) | (22.7%) | 0.0% | (61.6%) | 0.0% | 0.0% |
| **Net income (loss) before income taxes** | | | | | | | **(4.8%)** | **140.6%** | **433.8%** | **(64.2%)** | **90.4%** | **(18.4%)** | **(65.5%)** | **(85.5%)** | **35.6%** | **(65.7%)** | **(58.7%)** | **(185.5%)** |
| **Net income - GAAP** | | | | | | | **(4.8%)** | **124.9%** | **411.5%** | **(65.6%)** | **92.5%** | **(37.2%)** | **(72.3%)** | **(55.6%)** | **28.9%** | **(71.9%)** | **(58.7%)** | **(185.5%)** |
| **Net income - Non-GAAP** | | | | | | | **(4.8%)** | **138.2%** | **35.4%** | **(67.3%)** | **3.7%** | **(37.2%)** | **(72.5%)** | **(55.6%)** | **28.9%** | **(48.5%)** | **(58.7%)** | **(185.5%)** |
| **Adjusted EBITDA** | | | | | | | | | | | **33.3%** | | | **(20.7%)** | **24.8%** | **(34.0%)** | **(50.1%)** | **(131.0%)** |

*Sources: Company reports and Wedbush Securities estimates.*



**Balance Sheet**

**fuboTV**

| Balance Sheet ($s, 000's) | 2019 FY | Mar-20 Q1:20 | Jun-20 Q2:20 | Sep-20 Q3:20 | Dec-20 Q4:20E | 2020 FYE | Mar-21 Q1:21E | Jun-21 Q2:21E | Sep-21 Q3:21E | Dec-21 Q4:21E | 2021 FYE | Mar-22 Q1:22E | Jun-22 Q2:22E | Sep-22 Q3:22E | Dec-22 Q4:22E | 2022 FYE | 2023 FYE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash | 7,624 | 8,040 | 6,737 | 38,864 | 216,964 | 216,964 | 244,800 | 232,628 | 240,554 | 349,272 | 349,272 | 301,295 | 325,798 | 345,820 | 501,171 | 501,171 | 820,278 |
| Accounts receivable, net | 8,904 | 5,831 | 4,112 | 6,975 | 9,185 | 9,185 | 8,499 | 5,684 | 9,991 | 12,886 | 12,886 | 13,448 | 8,455 | 15,246 | 19,005 | 19,005 | 25,160 |
| Prepaid and other current assets | 1,445 | 976 | 2,839 | 12,177 | 2,492 | 2,492 | 1,724 | 4,998 | 21,156 | 4,371 | 4,371 | 2,982 | 8,349 | 35,286 | 7,162 | 7,162 | 10,667 |
| **Total current assets** | **17,973** | **14,847** | **13,688** | **58,016** | **228,641** | **228,641** | **255,023** | **243,311** | **271,701** | **366,529** | **366,529** | **317,725** | **342,602** | **396,352** | **527,338** | **527,338** | **856,106** |
| Property and equipment, net | 335 | 2,042 | 1,933 | 1,840 | 2,427 | 2,427 | 3,014 | 3,601 | 4,188 | 4,775 | 4,775 | 5,362 | 5,949 | 6,536 | 7,123 | 7,123 | 9,471 |
| Restricted cash | 0 | 1,333 | 1,330 | 1,275 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Financial assets at fair value | 1,965 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Intangible Assets, Net | 116,646 | 0 | 340,785 | 238,440 | 238,440 | 238,440 | 238,440 | 238,440 | 238,440 | 238,440 | 238,440 | 238,440 | 238,440 | 238,440 | 238,440 | 238,440 | 238,440 |
| Goodwill | 227,763 | 0 | 710,962 | 493,847 | 493,847 | 493,847 | 493,847 | 493,847 | 493,847 | 493,847 | 493,847 | 493,847 | 493,847 | 493,847 | 493,847 | 493,847 | 493,847 |
| Right-of-use assets | 3,519 | 0 | 5,152 | 4,886 | 4,886 | 4,886 | 4,886 | 4,886 | 4,886 | 4,886 | 4,886 | 4,886 | 4,886 | 4,886 | 4,886 | 4,886 | 4,886 |
| Other non-current assets | 24 | 397 | 403 | 1,009 | 1,009 | 1,009 | 1,009 | 1,009 | 1,009 | 1,009 | 1,009 | 1,009 | 1,009 | 1,009 | 1,009 | 1,009 | 1,009 |
| **Total non-current assets** | **350,252** | **3,772** | **1,060,565** | **741,297** | **740,609** | **740,609** | **741,196** | **741,783** | **742,370** | **742,957** | **742,957** | **743,544** | **744,131** | **744,718** | **745,305** | **745,305** | **747,653** |
| **TOTAL ASSETS** | **368,225** | **18,619** | **1,074,253** | **799,313** | **969,250** | **969,250** | **996,219** | **985,094** | **1,014,071** | **1,109,486** | **1,109,486** | **1,061,269** | **1,086,733** | **1,141,070** | **1,272,643** | **1,272,643** | **1,603,759** |
| Accounts Payable | 36,373 | 51,687 | 109,404 | 61,679 | 74,579 | 74,579 | 64,817 | 134,564 | 168,384 | 257,657 | 257,657 | 126,317 | 239,454 | 275,821 | 340,347 | 340,347 | 440,599 |
| Accrued expenses | 20,402 | 84,358 | 0 | 37,363 | 45,178 | 45,178 | 105,787 | 46,182 | 55,377 | 84,736 | 84,736 | 184,845 | 107,463 | 118,279 | 178,173 | 178,173 | 323,362 |
| Due to related parties | 665 | 14,811 | 60,180 | 85,847 | 85,847 | 85,847 | 85,847 | 85,847 | 85,847 | 85,847 | 85,847 | 85,847 | 85,847 | 85,847 | 85,847 | 85,847 | 85,847 |
| Notes payable | 4,090 | 10,000 | 16,542 | 5,884 | 5,884 | 5,884 | 5,884 | 5,884 | 5,884 | 5,884 | 5,884 | 5,884 | 5,884 | 5,884 | 5,884 | 5,884 | 5,884 |
| Notes payable - related parties | 368 | 0 | 539 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 |
| Convertible notes, net of $710 discount as of 12/31/19 | 1,358 | 0 | 4,407 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Shares settled liability | 1,000 | 0 | 0 | 43 | 43 | 43 | 43 | 43 | 43 | 43 | 43 | 43 | 43 | 43 | 43 | 43 | 43 |
| Deferred revenue | 0 | 8,809 | 8,855 | 15,424 | 18,650 | 18,650 | 11,047 | 10,891 | 22,860 | 34,980 | 34,980 | 15,781 | 15,206 | 31,869 | 48,007 | 48,007 | 64,667 |
| Profit share liability | 1,971 | 0 | 2,119 | 2,119 | 2,119 | 2,119 | 2,119 | 2,119 | 2,119 | 2,119 | 2,119 | 2,119 | 2,119 | 2,119 | 2,119 | 2,119 | 2,119 |
| Warrant liabilities | 24 | 0 | 40,638 | 28,085 | 28,085 | 28,085 | 28,085 | 28,085 | 28,085 | 28,085 | 28,085 | 28,085 | 28,085 | 28,085 | 28,085 | 28,085 | 28,085 |
| Derivative liability | 376 | 0 | 163 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Long term borrowings - current portion | 0 | 5,625 | 8,154 | 9,696 | 9,696 | 9,696 | 9,696 | 9,696 | 9,696 | 9,696 | 9,696 | 9,696 | 9,696 | 9,696 | 9,696 | 9,696 | 9,696 |
| Current portion of lease liability | 815 | 0 | 970 | 903 | 903 | 903 | 903 | 903 | 903 | 903 | 903 | 903 | 903 | 903 | 903 | 903 | 903 |
| Other liabilities | 0 | 167 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total current liabilities** | **67,442** | **175,457** | **251,971** | **247,078** | **271,019** | **271,019** | **314,262** | **324,250** | **379,233** | **509,986** | **509,986** | **459,556** | **494,735** | **558,581** | **699,138** | **699,138** | **961,240** |
| Deferred income tax | 30,879 | 0 | 90,794 | 9,428 | 9,428 | 9,428 | 9,428 | 9,428 | 9,428 | 9,428 | 9,428 | 9,428 | 9,428 | 9,428 | 9,428 | 9,428 | 9,428 |
| Lease liability | 2,705 | 1,174 | 4,189 | 3,997 | 3,997 | 3,997 | 3,997 | 3,997 | 3,997 | 3,997 | 3,997 | 3,997 | 3,997 | 3,997 | 3,997 | 3,997 | 3,997 |
| Long term borrowings | 43,982 | 18,007 | 19,197 | 25,905 | 14,905 | 14,905 | 14,905 | 14,905 | 14,905 | 14,905 | 14,905 | 14,905 | 14,905 | 14,905 | 14,905 | 14,905 | 14,905 |
| Other long-term liabilities | 41 | 0 | 1 | 3,968 | 3,968 | 3,968 | 3,968 | 3,968 | 3,968 | 3,968 | 3,968 | 3,968 | 3,968 | 3,968 | 3,968 | 3,968 | 3,968 |
| **Total non-current liabilities** | **77,607** | **19,181** | **114,181** | **43,298** | **32,298** | **32,298** | **32,298** | **32,298** | **32,298** | **32,298** | **32,298** | **32,298** | **32,298** | **32,298** | **32,298** | **32,298** | **32,298** |
| **Total liabilities** | **145,049** | **194,638** | **366,152** | **290,376** | **303,317** | **303,317** | **346,560** | **356,548** | **411,531** | **542,284** | **542,284** | **491,854** | **527,033** | **590,879** | **731,436** | **731,436** | **993,538** |
| Series D preferred stock | 462 | 0 | 208 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Series AA preferred stock | 0 | 247,241 | 566,124 | 566,124 | 566,124 | 566,124 | 566,124 | 566,124 | 566,124 | 566,124 | 566,124 | 566,124 | 566,124 | 566,124 | 566,124 | 566,124 | 566,124 |
| Common stock | 3 | 2 | 4 | 5 | 183,005 | 183,005 | 183,005 | 183,005 | 183,005 | 183,005 | 183,005 | 183,005 | 183,005 | 183,005 | 183,005 | 183,005 | 183,005 |
| Additional paid-in capital | 257,002 | 12,955 | 302,116 | 385,030 | 391,335 | 391,335 | 397,640 | 403,945 | 410,250 | 416,555 | 416,555 | 422,860 | 429,165 | 435,470 | 441,775 | 441,775 | 466,995 |
| Accumulated deficit | (56,123) | (436,217) | (176,761) | (458,632) | (490,940) | (490,940) | (513,520) | (540,938) | (573,250) | (614,892) | (614,892) | (618,984) | (635,004) | (650,818) | (666,107) | (666,107) | (622,313) |
| Non-controlling interest | 22,602 | 0 | 16,410 | 16,410 | 16,410 | 16,410 | 16,410 | 16,410 | 16,410 | 16,410 | 16,410 | 16,410 | 16,410 | 16,410 | 16,410 | 16,410 | 16,410 |
| Accumulated other comprehensive loss | (770) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total stockholders' equity** | **222,714** | **(176,019)** | **707,893** | **508,937** | **665,934** | **665,934** | **649,659** | **628,546** | **602,539** | **567,202** | **567,202** | **569,415** | **559,700** | **550,191** | **541,207** | **541,207** | **610,221** |
| **TOTAL LIABILITIES AND STOCKHOLDERS' DEFICIT** | **368,225** | **18,619** | **1,074,253** | **799,313** | **969,250** | **969,250** | **996,219** | **985,094** | **1,014,071** | **1,109,486** | **1,109,486** | **1,061,269** | **1,086,733** | **1,141,070** | **1,272,643** | **1,272,643** | **1,603,759** |

*Sources: Company reports and Wedbush Securities estimates.*

**WEDBUSH**

**Statement of Cash Flows**

**fuboTV**

| Statement of Cash Flows ($s, 000's) | Mar-19 Q1:19 | Jun-19 Q2:19 | Sep-19 Q3:19 | Dec-19 Q4:19 | 2019 FY | Mar-20 Q1:20 | Jun-20 Q2:20 | Sep-20 Q3:20 | Dec-20 Q4:20E | 2020 FYE | Mar-21 Q1:21E | Jun-21 Q2:21E | Sep-21 Q3:21E | Dec-21 Q4:21E | 2021 FYE | 2022 FYE | 2023 FYE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net income (loss) | (37,783) | 31,551 | (6,909) | (93,871) | (107,012) | (35,958) | (120,140) | (247,966) | (32,308) | (436,372) | (22,580) | (27,418) | (32,311) | (41,642) | (123,952) | (51,215) | 43,794 |
| **Net cash provided by (used in) operating activities** | | | | | | | | | | | | | | | | | |
| Depreciation and amortization | 119 | 10,197 | 5,273 | 47,044 | 62,633 | 135 | 19,502 | 14,413 | 14,413 | 48,463 | 14,413 | 14,413 | 14,413 | 14,413 | 57,652 | 57,652 | 57,652 |
| Stock-based compensation | 376 | (376) | 0 | 0 | 0 | 368 | 17,408 | 6,305 | 6,305 | 30,386 | 6,305 | 6,305 | 6,305 | 6,305 | 25,220 | 25,220 | 25,220 |
| Impairment expense intangibles | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 88,059 | | 88,059 | | | | | 0 | 0 | 0 |
| Impairment expense goodwill | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 148,622 | | 148,622 | | | | | 0 | 0 | 0 |
| Issuance of common stock | 0 | 0 | 114 | | 114 | 0 | 0 | 0 | | 0 | | | | | 0 | 0 | 0 |
| Non-cash expense, issuance of warrants & common stock | 0 | 0 | 0 | 0 | 0 | 0 | 2,208 | 1 | | 2,209 | | | | | 0 | 0 | 0 |
| Loss on deconsolidation of Nexway | 0 | 0 | 0 | 0 | 0 | 0 | 8,564 | 0 | | 8,564 | | | | | 0 | 0 | 0 |
| Common stock issued in connection with note payable | 0 | 0 | 0 | 0 | 0 | 0 | 67 | 0 | | 67 | | | | | 0 | 0 | 0 |
| Gain (loss) on extinguishment of debt | (102) | 0 | 0 | | (102) | 0 | 0 | 9,827 | | 9,827 | | | | | 0 | 0 | 0 |
| Loss on issuance of common stock & warrants | 0 | 0 | 0 | 0 | 0 | 0 | 50,806 | (37,299) | | 13,507 | | | | | 0 | 0 | 0 |
| Gain on sale of assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (7,631) | | (7,631) | | | | | 0 | 0 | 0 |
| Amortization of debt discount | 11 | 443 | 47 | | 501 | 11 | 10,970 | 1,290 | | 12,271 | | | | | 0 | 0 | 0 |
| Deferred income tax benefit | 0 | (2,206) | (1,028) | | (3,234) | 0 | (4,519) | (16,070) | | (20,589) | | | | | 0 | 0 | 0 |
| Change in fair value of liabilities | 0 | (4,619) | (830) | | (5,449) | 0 | (2,264) | (4,643) | | (6,907) | | | | | 0 | 0 | 0 |
| Unrealized gain on equity mthod investments | 0 | 0 | 0 | | 0 | 0 | (2,614) | 0 | | (2,614) | | | | | 0 | 0 | 0 |
| Amortization of right-of-use assets | 0 | 26 | 20 | | 46 | 0 | 167 | 267 | | 434 | | | | | 0 | 0 | 0 |
| Accrued interest on note payable | 0 | 295 | 262 | | 557 | 0 | 246 | (2) | | 244 | | | | | 0 | 0 | 0 |
| Foreign currency loss | 0 | 0 | 0 | | 0 | 0 | 1,010 | 0 | | 1,010 | | | | | 0 | 0 | 0 |
| Non-cash interest expense | 132 | (132) | 0 | | 0 | 0 | 0 | 0 | | 0 | | | | | 0 | 0 | 0 |
| Other adjustments | 0 | 0 | (636) | | (636) | 0 | (31) | (25) | 0 | (56) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Change in operating assets and liabilities, net of acq'ns** | | | | | | | | | | | | | | | | | |
| Accounts receivable | (958) | 958 | 3,620 | (8,904) | (5,284) | (26) | 818 | (2,863) | (2,210) | (4,281) | 686 | 2,815 | (4,307) | (2,895) | (3,701) | (6,119) | (6,155) |
| Prepaid expenses and other current assets | (146) | 131 | (1,445) | (85) | (1,545) | (77) | (537) | (9,944) | 9,685 | (873) | 768 | (3,274) | (16,157) | 16,785 | (1,878) | (2,792) | (3,505) |
| Accounts payable | 2,533 | (2,074) | 2,360 | (17,973) | (15,154) | 20,318 | (19,519) | 7,082 | 12,900 | 20,781 | (9,762) | 69,747 | 33,820 | 89,273 | 183,078 | 82,690 | 100,252 |
| Accrued expenses | 10,467 | (10,467) | 617 | 0 | 617 | 922 | (922) | (11,569) | 7,815 | (3,754) | 60,609 | (59,605) | 9,194 | 29,359 | 39,559 | 93,436 | 145,190 |
| Due from related parties | 0 | 0 | 0 | (335) | (335) | 0 | 10,889 | 25,700 | | 36,589 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Deferred revenue, other | (155) | 257 | 0 | 0 | 102 | (698) | 744 | 6,569 | 3,226 | 9,841 | (7,603) | (155) | 11,969 | 12,120 | 16,330 | 13,026 | 16,660 |
| Lease liabilitiy | 0 | (26) | (20) | (1,965) | (2,011) | 0 | (162) | (259) | | (421) | | | | | 0 | 0 | 0 |
| **Net cash provided by (used in) operating activities** | **(25,506)** | **23,958** | **2,805** | **(77,449)** | **(76,192)** | **(15,005)** | **(27,309)** | **(30,136)** | **19,825** | **(52,625)** | **42,836** | **2,829** | **22,926** | **123,718** | **192,308** | **211,898** | **379,108** |
| | | | | | | | | | | | | | | | | | |
| Purchases of property and equipment | (12) | 3 | 9 | 0 | 0 | (29) | (41) | (33) | (15,000) | (15,103) | (15,000) | (15,000) | (15,000) | (15,000) | (60,000) | (60,000) | (60,000) |
| Advance to fuboTV pre-merger | 0 | 0 | 0 | | 0 | 0 | (10,000) | 0 | | (10,000) | | | | | 0 | 0 | 0 |
| Acquisiton of fuboTVs pre-merger cash/CE/RC | 0 | 0 | 0 | | 0 | 0 | 9,373 | 0 | | 9,373 | | | | | 0 | 0 | 0 |
| Sale of assets | 0 | 655 | 0 | | 655 | 0 | 0 | (619) | | (619) | | | | | 0 | 0 | 0 |
| Investments in assets | 0 | (1,000) | (50) | | (1,050) | 0 | 0 | 0 | | 0 | | | | | 0 | 0 | 0 |
| Acquisitions, net of cash paid | 0 | 0 | 2,300 | | 2,300 | 0 | 0 | 0 | | 0 | | | | | 0 | 0 | 0 |
| Purchase of intangible assets | 0 | 0 | (250) | | (250) | 0 | 0 | 0 | | 0 | | | | | 0 | 0 | 0 |
| Payments for leasehold improvements | 0 | 0 | (9) | | (9) | 0 | 0 | 0 | | 0 | | | | | 0 | 0 | 0 |
| Lease security deposit | 0 | (20) | (1) | | (21) | 0 | 0 | 0 | | 0 | | | | | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | 0 | | | | | 0 | 0 | 0 |
| **Net cash used in investing activities** | **(12)** | **(362)** | **1,999** | **0** | **1,625** | **(29)** | **(668)** | **(652)** | **(15,000)** | **(16,349)** | **(15,000)** | **(15,000)** | **(15,000)** | **(15,000)** | **(60,000)** | **(60,000)** | **(60,000)** |
| | | | | | | | | | | | | | | | | | |
| Proceeds from sale of common stock & warrants | 0 | 2,264 | 652 | | 2,916 | 0 | 28,926 | 68,216 | | 97,142 | | | | | 0 | 0 | 0 |
| Proceeds from exercise of stock options | 2 | (2) | 0 | | 0 | 18 | (18) | 324 | | 324 | | | | | 0 | 0 | 0 |
| Proceeds from issuance of convertible notes | 16,150 | (16,150) | 275 | | 275 | 0 | 3,003 | 0 | | 3,003 | | | | | 0 | 0 | 0 |
| Repayments of convertible notes | 0 | (523) | 0 | | (523) | 0 | (1,140) | (2,773) | | (3,913) | | | | | 0 | 0 | 0 |
| Proceeds from issuance of Series D preferred stock | 49,705 | (49,705) | 450 | | 450 | 0 | 203 | 0 | 0 | 203 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Redemption of Series D preferred stock | 0 | 0 | 0 | | 0 | 0 | (611) | (272) | | (883) | | | | | 0 | 0 | 0 |
| Proceeds from loans | 0 | 0 | 0 | | 0 | 10,000 | 13,649 | 10,000 | (11,000) | 22,649 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Repayments of notes payable | (5,000) | 5,000 | 0 | | 0 | (1,250) | 0 | (12,893) | | (14,143) | | | | | 0 | 0 | 0 |
| Repayments of short term borrowings | 0 | 0 | 0 | | 0 | 0 | (8,407) | 0 | 0 | (8,407) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Proceeds from sale of subsidiary's common stock | 0 | 0 | 65 | | 65 | 0 | 0 | 0 | | 0 | | | | | 0 | 0 | 0 |
| Proceeds from IPO | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 183,000 | 183,000 | | | | | 0 | 0 | 0 |
| Repayments to related parties notes | 0 | 0 | 410 | | 410 | 0 | 0 | 0 | | 0 | | | | | 0 | 0 | 0 |
| Repayments of notes payable related party | 0 | 0 | (259) | | (259) | 0 | 0 | (333) | | (333) | | | | | 0 | 0 | 0 |
| Repayment to related parties | 0 | (109) | (242) | | 0 | 0 | (300) | (28) | | (328) | | | | | 0 | 0 | 0 |
| Other | 0 | 410 | (410) | | 0 | 0 | (619) | 619 | | 0 | | | | | 0 | 0 | 0 |
| **Net cash used in financing activities** | **60,857** | **(58,815)** | **941** | **0** | **3,334** | **8,768** | **34,686** | **62,860** | **172,000** | **278,314** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| | | | | | | | | | | | | | | | | | |
| Effect of exchange rate changes on cash & equivalents | | | | | 0 | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | | | | | | |
| Cash - beginning of period | 15,911 | 31 | 31 | 5,896 | 15,911 | 15,639 | 7,624 | 8,067 | 40,139 | 15,639 | 216,964 | 244,800 | 232,628 | 240,554 | 216,964 | 349,272 | 501,171 |
| Net increase (decrease) in cash | 35,339 | 120 | 5,865 | (77,449) | (36,125) | (6,266) | 443 | 32,072 | 176,825 | 201,164 | 27,836 | (12,171) | 7,926 | 108,718 | 132,308 | 151,898 | 319,108 |
| **Cash - end of period** | **51,250** | **151** | **5,896** | **(71,553)** | **(20,214)** | **9,373** | **8,067** | **40,139** | **216,964** | **216,964** | **244,800** | **232,628** | **240,554** | **349,272** | **349,272** | **501,171** | **820,278** |
| | | | | | | | | | | | | | | | | | |
| Free Cash Flow | (25,506) | 22,958 | 2,755 | (77,449) | (77,242) | (15,005) | (27,309) | (30,136) | 19,825 | (52,625) | 42,836 | 2,829 | 22,926 | 123,718 | 192,308 | 211,898 | 379,108 |
| Free Cash Flow per Share | ($1.04) | $1.00 | $0.11 | ($3.14) | ($3.17) | ($0.61) | ($0.78) | ($0.22) | $0.14 | ($0.63) | $0.31 | $0.02 | $0.16 | $0.88 | $1.38 | $1.52 | $2.71 |

*Sources: Company reports and Wedbush Securities estimates.*



**Valuation**

Our price target is based on a ~4.5x EV-to-Revenue multiple on our 2023 revenue estimate.

**Risks to the Attainment of Our Price Target and Rating:**

Risks to the attainment of our share price target and rating include lack of financial visibility; intensified competition in any of its categories; changes in consumer preferences, particularly, a shift toward Pay TV bundles for sports or away from any major sports generally; technology development and deployment; dependence on its content partners, professional and collegiate sports leagues, and other partnerships; macroeconomic factors; and legal, regulatory, and security risk, among other factors.

**Analyst Certification**

We, Michael Pachter, Alicia Reese and Matthew Breda, certify that the views expressed in this report accurately reflect our personal opinions and that we have not and will not, directly or indirectly, receive compensation or other payments in connection with our specific recommendations or views contained in this report.

**Mentioned Companies**

| Company | Rating | Price | Target |
|---|---|---|---|
| Amazon.com | OUTPERFORM | $3,156.97 | $3,900.00 |
| Alphabet | OUTPERFORM | $1,752.26 | $1,850.00 |
| Netflix | UNDERPERFORM | $522.42 | $235.00 |
| Roku Inc | NEUTRAL | $324.32 | $225.00 |

**Investment Rating System:**

OUTPERFORM: Expect the total return of the stock to outperform relative to the median total return of the analyst's (or the analyst's team) coverage universe over the next 6-12 months.

NEUTRAL: Expect the total return of the stock to perform in-line with the median total return of the analyst's (or the analyst's team) coverage universe over the next 6-12 months.

UNDERPERFORM: Expect the total return of the stock to underperform relative to the median total return of the analyst's (or the analyst's team) coverage universe of the next 6-12 months.

The Investment Ratings are based on the expected performance of a stock (based on anticipated total return to price target) relative to the other stocks in the analyst's coverage universe (or the analyst's team coverage).*

| Rating distribution (as of December 15, 2020) | Investment Banking Relationships (as of December 15, 2020) |
|---|---|
| OUTPERFORM: 62.89% NEUTRAL: 35.31% UNDERPERFORM: 1.80% | OUTPERFORM: 10.25% NEUTRAL: 1.46% UNDERPERFORM: 0.00% |

The Distribution of Ratings is required by FINRA rules; however, WS' stock ratings of Outperform, Neutral, and Underperform most closely conform to Buy, Hold, and Sell, respectively. Please note, however, the definitions are not the same as WS' stock ratings are on a relative basis.

The analysts responsible for preparing research reports do not receive compensation based on specific investment banking activity. The analysts receive compensation that is based upon various factors including WS' total revenues, a portion of which are generated by WS' investment banking activities.

**Company Specific Disclosures**

1. WS makes a market in the securities of fuboTV, Amazon.com, Alphabet, Netflix and Roku Inc.
3. WS co-managed a public offering of securities for fuboTV within the last 12 months.
5. WS provided fuboTV with investment banking services within the last 12 months.
7. WS expects to receive compensation for investment banking services from fuboTV within the next 3 months.

**Price Charts**

**WEDBUSH**



**fuboTV Rating History as of 12-14-2020**
powered by: BlueMatrix

Outperform (OP); Neutral (N); Underperform (UP); Not Rated (NR)

**Amazon.com Rating History as of 12-14-2020**
powered by: BlueMatrix

OP:$1,750.00 02/02/2018
OP:$1,800.00 04/27/2018
OP:$2,100.00 07/27/2018
OP:$2,000.00 02/01/2019
OP:$2,350.00 04/26/2019
OP:$2,000.00 10/25/2019
OP:$2,325.00 01/31/2020
OP:$2,750.00 04/22/2020
OP:$3,050.00 06/24/2020

OP:$3,500.00 07/27/2020
OP:$3,700.00 07/31/2020
OP:$3,900.00 10/30/2020

Outperform (OP); Neutral (N); Underperform (UP); Not Rated (NR)







**WEDBUSH**



**Roku Inc Rating History as of 12-14-2020**

powered by: BlueMatrix

| I:N:$71.00 | OP:$73.00 | I:N:$73.00 | OP:$65.00 | N:$55.00 | N:$65.00 | N:$105.00 | N:$115.00 | N:$86.00 | N:$136.00 |
|---|---|---|---|---|---|---|---|---|---|
| 09/18/2018 | 10/01/2018 | 10/01/2018 | 11/01/2018 | 02/22/2019 | 05/09/2019 | 06/24/2019 | 02/14/2020 | 03/23/2020 | 05/08/2020 |

| N:$160.00 | N:$220.00 | N:$225.00 |
|---|---|---|
| 08/06/2020 | 11/02/2020 | 11/06/2020 |

— Closing Price    — Price Target

Outperform (OP); Neutral (N); Underperform (UP); Not Rated (NR)

Wedbush disclosure price charts are updated within the first fifteen days of each new calendar quarter per FINRA regulations. Price charts for companies intiated upon in the current quarter, and rating and target price changes occurring in the current quarter, will not be displayed until the following quarter. Additional information on recommended securities is available on request.

Disclosure information regarding historical ratings and price targets is available: Research Disclosures

*WS changed its rating system from (Strong Buy/ Buy/ Hold/ Sell) to (Outperform/ Neutral/ Underperform) on July 14, 2009.

Applicable disclosure information is also available upon request by contacting the Research Department at (212) 833-1375, by email to leslie.lippai@wedbush.com. You may also submit a written request to the following: Wedbush Securities, Attn: Research Department, 142 W 57th Street, New York, NY 10019.

## <u>OTHER DISCLOSURES</u>

The information herein is based on sources that we consider reliable, but its accuracy is not guaranteed. The information contained herein is not a representation by this corporation, nor is any recommendation made herein based on any privileged information. This information is not intended to be nor should it be relied upon as a complete record or analysis: neither is it an offer nor a solicitation of an offer to sell or buy any security mentioned herein. This firm, Wedbush Securities, its officers, employees, and members of their families, or any one or more of them, and its discretionary and advisory accounts, may have a position in any security discussed herein or in related securities and may make, from time to time, purchases or sales thereof in the open market or otherwise. The information and expressions of opinion contained herein are subject to change without further notice. The herein mentioned securities may be sold to or bought from customers on a principal basis by this firm. Additional information with respect to the information contained herein may be obtained upon request.

Wedbush Securities does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see pages 3–7 of this report for analyst certification and important disclosure information.



## Equity Research

### CONSUMER AND RETAIL

**Consumer Data Analytics**
Jen Redding | (212) 344-2386 | jen.redding@wedbush.com

**Footwear & Apparel**
Christopher Svezia | (212) 938-9922 | christopher.svezia@wedbush.com

**Hardlines Retail**
Seth Basham | (212) 938-9954 | seth.basham@wedbush.com

**Homebuilders/Building Products**
Jay McCanless | (212) 833-1381 | jay.mccanless@wedbush.com

**Leisure**
James Hardiman | (212) 833-1362 | james.hardiman@wedbush.com

**Restaurants**
Nick Setyan | (213) 688-4519 | nick.setyan@wedbush.com

### TMT

**Enterprise Software**
Dan Ives | (212) 344-2073 | dan.ives@wedbush.com

**Digital Media**
Michael Pachter | (213) 688-4474 | michael.pachter@wedbush.com

**Digital Media**
Nick McKay | (213) 688-4343 | nick.mckay@wedbush.com

**Payments/IT Services**
Moshe Katri | (212) 938-9947 | moshe.katri@wedbush.com

**SMID Internet**
Ygal Arounian | (212) 938-9929 | ygal.arounian@wedbush.com

**Hardware**
Matt Bryson | (617) 695-6302 | matthew.bryson@wedbush.com

### HEALTHCARE

**Biotechnology**
David Nierengarten, Ph.D. | (415) 274-6862 | david.nierengarten@wedbush.com

**Biotechnology**
Robert Driscoll, Ph.D. | (415) 274-6863 | robert.driscoll@wedbush.com

**Emerging Pharmaceuticals**
Liana Moussatos, Ph.D. | (415) 263-6626 | liana.moussatos@wedbush.com

**Biotechnology**
Laura Chico, Ph.D. | (212) 668-9868 | laura.chico@wedbush.com

### FINANCIAL INSTITUTIONS GROUP

**Mid-Cap Banks**
David Chiaverini | (212) 938-9934 | david.chiaverini@wedbush.com

**Regional Banks**
Peter Winter | (212) 938-9941 | peter.winter@wedbush.com

**Specialty Finance**
Henry Coffey | (212) 833-1382 | henry.coffey@wedbush.com

### RESEARCH MANAGEMENT

**Kevin Merritt, CFA**
Director of Research
kevin.merritt@wedbush.com
(212) 938-9949

**Kirsten Fraunces**
EVP, Head of Capital Markets
kirsten.fraunces@wedbush.com
(213) 688-4404

### COMMODITY AGRICULTURE RESEARCH

**Al Kluis**
Kluis Commodity Advisors
info@kluiscommodityadvisors.com
(888) 345-2855

### FIXED INCOME FUTURE & RATES RESEARCH

**Arthur Bass**
Managing Director
Arthur.Bass@Wedbush.com
(212) 259-6582

### CORPORATE ACCESS

**Anita Minassian**
VP, Corporate Access
equitycorporateaccess@wedbush.com
(213) 688-4419

**Sophia Dao**
Associate, Corporate Access
equitycorporateaccess@wedbush.com
(213) 688-4380

### TRADING

**Consumer/Financials**
Bryan Lonsinger | (212) 938-9925 | bryan.lonsinger@wedbush.com

**Healthcare**
Sahak Manualian | (213) 688-4533 | sahak.manuelian@wedbush.com

**TMT**
Joel Kulina | (212) 938-2056 | joel.kulina@wedbush.com

### WEDBUSH OFFICES

**LOS ANGELES**
1000 Wilshire Boulevard
Los Angeles, CA 90017
(213) 688-8000

**NEW YORK**
142 W 57th Street
New York, NY 10019
(212) 938-9920

**SAN FRANCISCO**
2 Embarcadero Center, Suite 600
San Francisco, CA 94111
(415) 273-7300

**BOSTON**
265 Franklin Street
Boston, MA 02110
(617) 832-3700

**CHICAGO**
141 W. Jackson Boulevard, Suite 1710A
Chicago, IL 60604
(312) 786-1930

**www.wedbush.com**