# Exhibit F

# Needham

December 22, 2020
**PRICE TARGET & ESTIMATE CHANGE**

**Internet, Entertainment & Consumer**
# fuboTV Inc. (FUBO)

**LAURA MARTIN, CFA & CMT**
(917) 373-3066
lmartin@needhamco.com

**DAN MEDINA**
(626) 893-2925
dmedina@needhamco.com

| RATING | PRICE TARGET | PRICE | 52-WEEK RANGE |
|---|---|---|---|
| BUY | **$60.00**<br>*from $30.00* | **$49.48** | **$5.00 - $51.64** |

## Raising FUBO's PT on 2021 Upside Drivers

**FUBO TV has nearly quintupled since its October 7, 2020 initial listing on the NYSE (vs S&P 500 up 7% over the same period). We believe FUBO will continue to have strong upside momentum into 2021 owing to: a) FUBO is taking share from competitors; b) its Hisense partnership lowers SAC; c) upside from sports betting; d) OTT multiple expansion; e) short covering; and, f) CTV upside.**

**We believe these growth drivers suggest upside to consensus estimates in 2021. In addition, FUBO's inexpensive valuation compared with its OTT comps suggests value multiple expansion in 2021.**

**Finally, we strongly disagree with a key near-term Bear thesis for FUBO relating to the impact of shares entering FUBO's float when the lock-up ends on 1/1/21.**

Included in this note:

- We raise our 2021 revenue estimate by 5% (to $460mm from $439mm) and our 2022 revenue estimate by 3% (to $750mm from $730mm).

- We raise our 12-month price target to $60/share, from $30/share.

- We highlight key upside value drivers for FUBO during 2021, including (in the order discussed): a) FUBO's market share gains vs several vMVPD competitors; b) FUBO's sports button is now installed on Hisense's VIDAA TVs sold at Walmart this Christmas; c) recent steps FUBO has taken to add a wagering revenue stream within 12 months; d) 12mm shares short (2 days avg trading volume) creates a built-in demand for FUBO shares; and e) several strong CTV upside fundamental drivers.

- From a valuation POV, we calculate that FUBO has 62% upside to other streaming and CTV comps in our coverage universe.

- We address a key near term Bear thesis on FUBO relating to the lock-up that ends on 1/1/21. Based on the strategic position of these share owners, we do not expect this to be a large source of new public shares for FUBO during 1Q21, for reasons discussed below.

### KEY DATA

| | |
|---|---|
| **Market Cap (MM)** | **$3,343.0** |
| Price (12/21/2020) | $49.48 |
| 52-Week Range | $5.00 - $51.64 |
| Shares Outstanding | 67.56 |
| Avg. Daily Volume | 7,961,132.5 |
| Total Debt/Cap. | 4.79% |

### ESTIMATES

| FY (Dec) | 2020E | 2021E | 2022E |
|---|---|---|---|
| **EPS** | | | |
| Q1 | (0.88)A | - | - |
| Q2 | (2.83)A | - | - |
| Q3 | (1.65)A | - | - |
| Q4 | (1.37)E | - | - |
| Year | (6.73)E | (2.06)E | (0.91)E |
| *Previous* | *—* | *(2.26)E* | *(0.37)E* |

| Rev. (MM)($) | | | |
|---|---|---|---|
| Year | 246,337.0E | 460,169.0E | 749,854.0E |
| *Previous* | *—* | *439,940.0E* | *730,318.0E* |
| Growth Rev | 68.1% | 86.8% | 63.0% |

**RELEVANT DISCLOSURES BEGIN ON PAGE 17 OF THIS REPORT.**

# Needham

December 22, 2020

## *At a Glance*

### OUR INVESTMENT THESIS

We see FUBO as an inexpensive way for public investors to participate in the US consumer shift toward OTT and Streaming TV. FUBO is a skinny bundle (also known as a virtual MVPD) that markets itself as a "sports-first" linear TV replacement. FUBO offers over 110 channels of live linear TV that represent about 84% of a typical large bundle's TV viewing, at $60/month, about half the typical MVPD price. FUBO can also be disconnected and reconnected in any month.

While FUBO is focused on growing its installed base of subscribers, we are most excited about high-margin add-on new revenue streams such as up-sells, advertising, wagering, channel fees, etc. From a valuation POV, FUBO is inexpensive because it trades at about a 60% discount to other OTT peers in our coverage universe.

### BULL CASE ASSUMPTIONS

FUBO adds new subs faster, or at a lower SAC, than we expect. FUBO closes the valuation gap with NFLX, ROKU and other streaming investments faster than we assume. Sports-betting drives meaningful upside to FUBO's revenues faster, or at larger magnitude, than we now project. A larger company buys FUBO.

### OUR CASE ASSUMPTIONS

We assume that FUBO reaches 505,000 subs at 12/31/20 (up about 10% vs 455,000 subs at 9/30/20), and 646,000 subs (up nearly 30% y/y) by 12/30/21. We assume ad revenue grows from about 10% of total revenue in FY20 to nearly 15% of total revenue in FY21. We assume FUBO's total ARPU rises by more than 20% in FY21. At the current time, we include no sports-betting revenue in our model.

### BEAR CASE ASSUMPTIONS

Cable channel owners (like ESPN) raise their monthly channel fees so aggressively at contract renewal dates that FUBO can't ever make money. SAC costs rise. COVID-19 stops live sports for all of 2021. New revenue streams are slower to develop than we assume.

### PRICE PERFORMANCE



### KEY DATA

| | |
|---|---|
| **Market Cap (MM)** | **$3,343.0** |
| Price (12/21/2020) | $49.48 |
| 52-Week Range | $5.00 - $51.64 |
| Shares Outstanding | 67.56 |
| Avg. Daily Volume | 7,961,132.5 |
| Total Debt/Cap. | 4.79% |



## FUBO IS GAINING MARKET SHARE

Based on research out this week from Antenna, FUBO's market share had risen 2.5x in the past 24 months, to 5.0%. In contrast, AT&T's TV now and Sling TV have, together, lost 23 percentage points of market share over the same period. We believe FUBO's listing on the NYSE raised consumer awareness, which should lower FUBO's subscriber acquisition costs (CAC) going forward.



*Represents New Subscribers via Amazon Fire TV, Direct distribution, iTunes App Store, Google Play, and Roku, where applicable*

*Source: Antenna research, Dec 18, 2020.*

Although YouTubeTV and Hulu Live TV have both gained market share faster than FUBO over the past 2 years, we estimate that each of them lose significantly more money than FUBO despite the fact they each sell at a 8% higher price (at $65/month) than FUBO (at $60/month). Why? An average of 75% of FUBO's subs watch sports each month, vs 1/2 that level for YouTube and Hulu. Since sports linear channels charge the highest fees each month for every subscriber (whether or not they view the channel that month), FUBO's average "wasted" (ie, zero ROI) content cost is about 1/2 the level of other vMVPDs, we estimate.

## FUBO'S SPORTS BUTTON ON HISENSE TVS

At CES in Jan 2020, Hisense announced that FUBO would be its preferred sports partner for VIDAA TVs. On Dec 15, 2020, Hisense finally rolled out TVs (in time for Christmas) using the VIDAA operating system to Wal Mart. (Hisense also sells Roku-Hisense TVs through Wal Mart.) In the physical world, Hisense's VIDAA TV's are sold exclusively through Wal Mart and include a button on the remote control labeled "sports". When users push the sports button on the remote, it takes them to FUBO content, where conversion rates are 2x higher than normal subscription conversion rates, we estimate. FUBO did not pay anything to Hisense for this valuable subscriber acquisition channel, we believe.

After pressing the sports button, free trial subs plus paying FUBO subscribers may watch more than 110 sports, news and entertainment live TV channels plus stream over 30,000 movies and TV shows. In addition, FUBO subs get the latest news via local TV apps. Additionally, FUBO has integrated several of its most popular features into the VIDAA technology, such as:

![Needham] *Needham*

1. Browse: Users can flip through other channels while watching live video. They can also browse recommended sports, news and entertainment content - both live and on demand.

2. Record: This recently launched feature lets users DVR entire series, including upcoming episodes, with one click.

3. Manage Recordings: Users can monitor their available cloud DVR storage. All cloud DVR content is available until the user specifically deletes it.

4. User Profiles: Up to six users can personalize FUBO. Each user can create their own profile, favorite channels (which sets the order of how channels appear in the Electronic Program Guide) and DVR the content they want to watch.

## SPORTS BETTING UPSIDE

On Dec 4, 2020 FUBO acquired Balto Sports which develops contest automation software (ie, tools for users to organize and play fantasy sports games). We see Balto Sports as FUBO's first step into the online sports wagering. FUBO's second step is to launch a free to play mobile game to collect national data in 1H21. As its 3rd step, we expect FUBO to launch a wagering product by 4Q21 (12 months from now), using Balto's tech back end plus data.

Online sports wagering is expected to reach $155 billion by 2024, according to Zion Market Research. We expect FUBO to be a key beneficiary of this revenue stream over the next 3 years.

## SHORT INTEREST CREATES DEMAND FOR SHARES

FUBO's short interest grew from 769,000 shares at Oct 15th to 13mm shares at Nov 30, 2020, and then fell by 800,000 shares in the first 15 days of December to 12.2mm shares short at 12/15/20. Over the same time frame, average daily volume doubled from 2.0mm to 6.0mm, according to Bloomberg. This implies that FUBO's current short position represents about two days of average trading volume.



Source: Bloomberg, Needham & Company research.

## FUBO'S VALUATION MULTIPLE UPSIDE

As of Dec 18, 2020, FUBO was valued at a 62% discount to an average of the OTT Streaming companies we cover, as shown below:

**Needham**

December 22, 2020

## Needham & Company

Laura Martin, CFA & CMT (917.373.3066)          Dan Medina (626.893.2925)

### Valuation

## FUBO Multiple Expansion Upside to CTV and Streaming Comps

| | Company | Ticker | Share Price at 12/18/20 | EV/ '21 Revenue |
|---|---|---|---|---|
| 1 | Netflix | NFLX | $534 | 9.4 |
| 2 | The Trade Desk | TTD | $952 | 40.6 |
| 3 | Roku | ROKU | $341 | 19.3 |
| | **Average OTT Valuation Multiple** | | | **23.1** |
| | **FUBO EV/'21 Revs** | | | **14.2** |
| | FUBO 2021 Revs ($ in mm) | $460 | | |
| | FUBO Value, Based on Avg Streaming Comps | | | $10,630 |
| | Current FUBO EV | | | $6,546 |
| | **FUBO Upside** | | | **62%** |

*Sources: FUBO, Needham & Company research, FactSet, FirstCall.*

## PUSH BACK TO BEAR THESIS

The float of FUBO _could_ nearly double on 1/1/21. A key near-term bear thesis relating to FUBO is: as the lock up expires on 1/1/21, these shares will create excess supply of FUBO shares so it is wise to short shares going into this event. We respectfully disagree with this Bear thesis.

From page 123 of the S-1 filed in Oct 2020 (please see below), of the shares that become un-locked-up on 1/1/21:

1.  Management owns 26% of FUBO common, and we expect no shares sold from this group in 1Q21.

2.  The balance of the un-locked-up shares come primarily from a convertible preferred owned by DIS, AMC, CMCSA, DISCA, and VIAC. All are strategic owners of linear TV assets, and owing FUBO adds to their exposure to streaming assets at a time when OTT businesses are being revalued upward and CTV advertising is experiencing a strong upward acceleration. There isn't a better ROI on cash or a better strategic exposure for them than participating in a sports-first OTT through their FUBO ownership, in our view. We believe many of them will choose not to sell in 1Q21, after the FUBO lock-up expires.

3.  Even if we are wrong, FUBO's average volume has tripled in the past 2 months to 6.0mm shares per day, according to Bloomberg. By implication, even if 100% of the un-locked-up shares hit the market during 1Q21 (we'd give low odds), FUBO's high daily avg trading volume means it could absorb the new shares without meaningful downside risk to the share price, we believe.

Below we include the chart from S-1:

**Needham**

December 22, 2020

| | Prior to the Offering | | | | | Following the Offering | | |
| | Common Stock | | Series AA Preferred (1) | | Combined Voting Power (2) | Common Stock | Series AA Preferred (1) | Combined Voting Power (2) |
| | Number | % of outstanding | Number | % of outstanding | % | % of outstanding | % of outstanding | % |
|---|---|---|---|---|---|---|---|---|
| **Directors and Officers** | | | | | | | | |
| David Gandler | 2338954(3) | 3.35% | 1,575,817 (4) | 4.91% | 3.57% | 2.98% | 4.91% | 3.27% |
| Edgar Bronfman, Jr. | 3,649,725(5) | 5.15% | 2,650,628(6) | 8.25% | 5.98 % | 4.65% | 8.25% | 5.54% |
| John Textor | 8,194,455(7) | 12.14% | - | - | 8.79% | 10.44% | - | 7.87% |
| Alexander Bafer | 2,787,129(8) | 4.13% | - | - | 2.99% | 3.44% | - | 2.68% |
| Pär-Jörgen Pärson | 9,796(9) | * | - | - | * | * | - | * |
| Daniel Leff | 580,530(10) | *% | 2627,788(11) | 8.18% | 2.87% | *% | 8.18% | 2.57% |
| Henry Ahn | 9,212(12) | * | - | - | * | * | - | * |
| Ignacio Figueras | 7,348(13) | * | - | - | * | * | - | * |
| Laura Onopchenko | 5,717 (14) | * | - | - | * | *. | - | * |
| Jordan Fiksenbaum | 474,009 | *% | - | - | * | * | - | * |
| All executive officers and directors as a group (12 persons) | 20,331,990(15) | 27.43% | 3,965,448 | 12.35% | 21.20% | 25.90% | 12.35% | 20.31% |
| **5% Beneficial Owners Not Named Above** | | | | | | | | |
| Entities affiliated with The Walt Disney Company (16) | - | - | 3,315,006 | 10.32% | 2.85% | - | 10.32% | 2.55% |
| Entities affiliated with A-Fund II, LP (17) | - | - | 1,675,889 | 5.22% | 1.44% | - | 5.22% | 1.29% |
| Entities affiliated with AMC Networks Ventures LLC (18) | - | - | 1,796,747 | 5.59% | 1.54% | - | 5.59% | 1.38% |
| Entities affiliated with Bullingham Holdings, LLC (19) | - | - | 1,794,363 | 5.59% | 1.54% | - | 5.59% | 1.38% |
| Entities affiliated with Northzone VIII L.P. (20) | 554,016(21) | *% | 3,499,146 | 10.90% | 3.59% | * | 10.90% | 3.22% |
| Entities affiliated with Comcast Corporation (22) | - | - | 3,727,886 | 11.61% | 3.20% | - | 11.61% | 2.86% |
| Entities affiliated with Viacom International Inc. (23) | - | - | 3,057,364 | 9.52% | 2.62% | - | 9.52% | 2.35% |
| Entities affiliated with FBNK Finance S.A.R.L. (24) | 4,833,114 | 7.16% | - | - | 5.19% | 6.16% | - | 4.64% |
| Entities affiliated with Discovery, Inc. (25) | - | - | 2,574,587 | 8.02% | 2.21% | - | 8.02% | 1.98% |

\* Represents less than 1% of the total.

*Source: S-1 dated Oct 2020.*

## ACCELERATED SHIFT TO CTV

**Needham**

In 2021, we estimate that 15% of FUBO's total revenue will come from advertising, and that advertising will grow 150% y/y and represent FUBO's fastest growing revenue source. Of this, we estimate that over 95% of FUBO's ad revenue will come from CTV ads, which are ads delivered to a connected TV device inside the home. Finally, we believe that FUBO's ad revenue has 80% incremental margins, so excess advertising revenue growth delivers larger over-delivery of profits than revenue.

Below we highlight FUBO's key upside value drivers for its CTV ad business, including: a) political ad spending upside in 4Q20; b) accelerated linear cord-cutting during 2020, and 33mm streaming-only US homes; c) more streaming devices per home; d) $7B more upfront TV advertising available to CTV in 2021; and e) demographic shifts that force advertisers to adopt CTV faster.

FUBO generates revenue from both AVOD and SVOD, implying it is hedged regardless of which business model wins the Streaming Wars.

## IMPACT OF COVID-19

We believe the pandemic accelerated by 1-2 years trends that already benefited FUBO in 2019. Because FUBO generates virtually all of its revenue from connected TVs (CTV) and benefits from both advertising and subscription revenue streams, it is a hedged beneficiary of the following CTV trends:

1.  **Cord-Cutting**. The pandemic shut down live sports in 2Q20 and new production for most of 2Q20 and 3Q20. Less new content and the high price of linear TV bundles accelerated vMPVD bundle subscriptions like FUBO's and drove 33mm streaming-only homes.

2.  **Streaming.** Shelter at home orders accelerated adoption of streaming devices in new homes plus deepened streaming penetration per home through purchases of multiple connected TV sticks and TVs per home. Streaming hours viewed rose by 50% to 200% y/y, depending on the company. For identical content, not only are CTV viewing times longer but there is also more co-viewing, which is attractive to advertisers. FUBO's viewing generally skews about 15 years younger than linear TV, so FUBO's CPMs/pricing for ads are typically $20-$25, a meaningful premium to big bundle CPMs.

3.  **CTV Upside Economics in 4Q20** will be driven by political advertising. Several DSPs reported strong y/y political ad revs in 3Q20, and we expect political ad revs in the first 5 weeks of 4Q20 to be higher. We believe this rev stream will recur every 2 years for FUBO, thanks to targeting and scale.

4.  **CTV Upside Economics in 2021** will be driven by: 1) 32% rise in the installed base of CTV devices, pulling forward by 1-2 years the installed base of devices that can receive streaming content like FUBO; 2) no TV upfront market which adds $7B to advertising now available to CTV competitors over the next 12 months, nearly doubling total CTV ad revs of $8B in 2020; 3) favorable CTV demos shifts during COVID; and 4) 33mm homes that are streaming-only that advertisers must reach to grow their product's market share.

We include a detailed discussion of each of these FUBO value drivers below.

## 4Q20 - POLITICAL AD REV UPSIDE

Political ad campaigns require flexibility, targeting and scale as they have millions of time-sensitive dollars to put to work. Traditionally, local TV companies benefited most during election years, owing to their de-facto geographic targeting.

For the first time, CTV benefited from ad spending at scale in 2020. For example, CTV political ad spending increased nine-fold y/y, between April and September 2020, according to SpotX. Centro stated that CTV accounted for 25% of the programmatic political ad dollars that went over its platform between January 1 and October 5, 2020, up from only 5% in 2018. Trade Desk stated on its 3Q20 earnings call that "political ad spend steadily ramped up throughout 3Q30 and was particularly strong in the month of September and October". Our YouTube channel checks indicated that political ad demand was so strong at YouTube that it had trouble finding enough ad units to fill all of its political advertising demand.

We expect 4Q20 earnings estimates to over deliver for FUBO (and other CTV companies) owing to strong political advertising, and for political ad upside to be a key value driver every 2 years into the future, owing to its strong targeting capabilities and scaled reach.

## FUBO'S BIGGEST PROBLEM PRE-PANDEMIC

December 22, 2020

From a valuation point of view, streaming services like FUBO did not have a consumer adoption problem pre-COVID. Its core problem was the enormous gap between streaming monetization vs viewing hours. For example, in 2019, Magna Global estimated that streaming represented about 18% of total TV viewing but only 5% of TV advertising.



*Source: MAGNA Global 2019 Advertising Forecast, June 2019*

During the pandemic, this gap closed dramatically. CTV advertising revs will grow by 27% to $8.1B in 2020, while linear TV advertising will fall by 15% from $70B top $60B, according to eMarketer. Streaming hours will be about 18% of TV viewing (Nielsen) and advertising monetization will be about 14% in 2020 (eMarketer), effectively accelerating the gap closure by 3 years. We do not expect it to reverse.

Closing the monetization to viewing gap for CTV is the most important shift enabled by the pandemic in 2020, we believe. This structural pivot benefits FUBO from both an advertising and subscription revenue stream POV.

Owing to a 32% higher streaming device installed base, FUBO's upside revenue drivers in 2021 include: a) more MAUs; b) rising viewing hours/MAU; c) higher ad inventory sell-out ratios (from 70% today); d) higher ad CPMs; and e) splitting 30-second commercial spots into two 15-second spots, each sold at the same price as a 30-second commercial.

## $7B FROM UPFRONT MARKET GROWTH

The shift of US TV ad budgets toward CTV accelerated during COVID (our view) because the TV Upfronts were canceled in June 2020, so about $7B (according to eMarketer) more will be spent in the scatter TV market. Normally this $7B would NOT have been available to FUBO in 2021.

If FUBO's ads perform, its revenue should grow faster than our pre-COVID projections for many years. Also, COVID has put a premium value on flexibility for advertisers, and buying FUBO ads is far more flexible than TV upfront contracts that typically have 6-9-month commitments.

Finally, because many linear TV channels are bundling their CTV ad inventory with their linear TV ad inventory, 30% of upfront budgets went to CTV streaming inventory in 2020, up from 20% in 2019, according to Digiday. We expect marketers that use CTV targeting successfully this year will grow their budgets each year in the future, which drives upside to FUBO's ad revenues and margins.

## STREAMING HAS BEST DEMOS

Advertisers pay more for younger homes, and these are more likely to be CTV viewers. US CTV viewers in 2020 will total 45.7mm for Gen Z, 56.5mm for millennials, 48.5mm for Gen X, and 32.8mm for baby boomers, according to eMarketer.

Nielsen data by demo shows that streaming viewing hours grew by 73% over the past 2 years, suggesting that no advertiser can afford to ignore reaching its customers on streaming devices.



December 22, 2020



## STREAMING VIDEO SHARE OF TIME SPENT BY AGE

Source: Nielsen Total Audience Report Special Work from Home Edition, Nielsen Custom Streaming Meter Usage Report

## ACCELERATING INSTALLED BASE OF CTV HOMES

The installed base of CTVs is growing rapidly during COVID-19, which should drive higher monetization for FUBO. The installed base of US connected TVs grew by 32% y/y over the past 7 months, 2x faster than our pre-COVID estimates.

According to NPD data through October 2020, y/y growth of connected device sales in the US rose from 1% y/y pre-COVID to up 20%-60% in each week since COVID lock-downs went into effect. In aggregate, streaming players rose 32% y/y between March 5, 2020 and October 15, 2020. This is creating a larger TAM via a larger installed base for FUBO, which should driver faster revenue growth than expected (ie, will require upward estimate revisions) as advertising budgets rise.



*Source: NPD Data, November 2020.*

**Big Bundle Cord Cutting.** COVID shut down virtually all live sports during 2Q20, which accelerated big bundle cord-cutting. Less new content and the high price of linear TV accelerated disconnects to 2x pre-COVID projections. We project a 7% decline in big bundle linear TV homes in 2020 (about 2x faster than 2019 disconnects), offset somewhat by growth in vMPVDs subs. Growth in FUBO and other vMPVDs subscribers are offsetting a portion of the decline in big bundle subscriptions. For example, FUBO's sub adds during 3Q20 we much higher than pre-COVID estimates as all sports returned and consumers were tired of reruns, news and politics.

**Needham**



*Includes T, CMCSA, CHTR, ATUS, VZ, DISH, YouTube TV, Hulu TV, Fubo TV*

Streaming-only homes reached critical mass during 2020, suggesting that no advertiser can avoid CTV advertising going forward. Advertisers must use CTV to reach the 33mm homes that no longer subscribe to linear TV. Advertisers that want to reach consumers in these homes can reach them via FUBO.



T

## NEEDHAM ESTIMATES VS CONSENSUS



December 22, 2020

## Needham & Company, LLC.

Dan Medina (626.893.2925)
Laura Martin, CFA & CMT (917.373.3066)

**Figure 1  Our fuboTV Estimates vs Consensus**

| FYE Dec 31: | 1Q20A | 2Q20A | 3Q20A | 4Q20E | 2020E | 2021E | 2022E |
|---|---|---|---|---|---|---|---|
| **Revenue ($m)** | **$51,047** | **$44,172** | **$61,202** | **$89,916** | **$246,337** | **$460,169** | **$749,854** |
| Previous ($m) | $51,047 | $44,172 | $61,202 | $89,916 | $246,337 | $439,940 | $730,318 |
| Consensus as of 12/21/20 | | | | $87,400 | $244,800 | $437,600 | $732,100 |
| **Adj EBITDA ($m)** | **($23,591)** | **($41,949)** | **($47,470)** | **($42,076)** | **($155,086)** | **($66,672)** | **($19,923)** |
| Previous ($m) | - | - | ($47,470) | ($42,076) | ($155,085) | ($89,739) | ($2,453) |
| Consensus as of 12/21/20 | | | | ($41,600) | ($164,600) | ($116,000) | ($26,600) |
| **EPS** | **($0.88)** | **($2.83)** | **($1.65)** | **($1.37)** | **($6.73)** | **($2.06)** | **($0.91)** |
| Previous | - | - | ($1.65) | ($1.37) | ($6.73) | ($2.26) | ($0.37) |
| Consensus as of 12/21/20 | | | | ($0.83) | ($5.40) | ($2.19) | ($1.00) |
| **P/E** | | | | | NM | (24.0) | (54.2) |

Sources: Needham & Company, LLC estimates, Yahoo Finance, FactSet

## FY21 AND FY22 ESTIMATE REVISIONS

1.  **FY20.** We maintain our estimates of revenue of $246.3mm (up 68% y/y), Adjusted EBITDA Loss of $155.1mm (better than FY19PF Adjusted EBITDA Loss of $172.3mm), and EPS Loss of $6.73 (better that FY19PF Adj EPS Loss of $9.43).

2.  **FY21.** We raise our FY21 estimates to Revenues of $460.2mm (up 87% y/y and 5% above our previous estimate), Adjusted EBITDA Loss of $66.7mm (better than FY20E Adjusted EBITDA Loss of $155.1mm and 26% better than our previous estimate), and EPS Loss of $2.06 (better than FY20E Non-GAAP EPS Loss of $6.73 and 9% above our previous estimate).

3.  **FY22E**. We revise our FY22 estimates to Revenues of $749.9mm (up 66% y/y and 3% above our previous estimate), Adjusted EBITDA Loss of $19.9mm (better than FY21E Adjusted EBITDA Loss of $66.7mm and below our previous estimate of a loss of $2.5mm), and EPS Loss of $0.91 (better than FY 21E Loss of $2.06 and below our previous estimate of a loss of $0.37).

## NEEDHAM QUARTERLY ESTIMATES



December 22, 2020

**Needham & Company, LLC.**
Dan Medina (626.893.2925)
Laura Martin, CFA & CMT (917.373.3066)

**Figure 2 fuboTV Quarterly Financial Projections, FY20E**

| in thousands, except per share data | 3/31/20A | 6/30/20A | 9/30/20A | 12/31/20E | 2020E |
|---|---|---|---|---|---|
| **Revenues, Net** | | | | | |
| Subscriptions | $46,388 | $39,511 | $53,433 | $79,104 | $218,436 |
| Advertisements | $4,122 | $4,323 | $7,520 | $10,812 | $26,777 |
| Other | $537 | $338 | $249 | $0 | $1,124 |
| **Total Revenues** | **$51,047** | **$44,172** | **$61,202** | **$89,916** | **$246,337** |
| **Cost and Expenses** | | | | | |
| Subscriber Related Expenses | ($58,001) | ($53,087) | ($61,228) | ($76,429) | ($248,745) |
| *% of Revenue* | *114%* | *120%* | *100%* | *85%* | *101%* |
| **Gross Margin** | **($6,954)** | **($8,915)** | **($26)** | **$13,487** | **($2,408)** |
| *% of Revenue* | *-14%* | *-20%* | *0%* | *15%* | *-1%* |
| Broadcasting and Transmission | ($9,230) | ($9,492) | ($9,778) | ($12,139) | ($40,639) |
| *% of Revenue* | *18%* | *21%* | *16%* | *14%* | *16%* |
| Sales and Marketing | ($7,713) | ($7,577) | ($22,269) | ($28,773) | ($66,332) |
| *% of Revenue* | *15%* | *17%* | *36%* | *32%* | *27%* |
| Technology and Development | ($8,327) | ($9,551) | ($10,727) | ($10,340) | ($38,946) |
| *% of Revenue* | *16%* | *22%* | *18%* | *12%* | *16%* |
| General and Administrative | ($3,104) | ($17,338) | ($8,270) | ($8,992) | ($37,704) |
| *% of Revenue* | *6%* | *39%* | *14%* | *10%* | *15%* |
| Depreciation and Amortization | ($135) | ($14,417) | ($14,413) | ($14,413) | ($43,378) |
| Impairment of Intangible Assets and Goodwill | $0 | $0 | ($236,681) | $0 | ($236,681) |
| Total Operating Expenses | ($86,511) | ($111,462) | ($363,366) | ($151,085) | ($712,425) |
| **Income from Operations (Loss)** | **($35,464)** | **($67,290)** | **($302,164)** | **($61,169)** | **($466,088)** |
| *Operating Income Margin* | *-69%* | *-152%* | *-494%* | *-68%* | *-189%* |
| Other Income (Expense) | | | | | |
| Interest Expense and Financing Cost | ($493) | ($13,325) | ($2,203) | ($320) | ($16,341) |
| Loss of Deconsolidation of Nexway | $0 | $0 | $0 | $0 | $0 |
| Loss on Issuance of Notes, Bonds and Warrants | $0 | ($26,753) | $1,321 | $0 | ($25,432) |
| Change in Fair Value of Warrant Liabilities | $0 | $4,966 | $4,543 | $0 | $9,509 |
| Change in Fair Value of Subsidiary Warrant Liability | $0 | $18 | $0 | $0 | $18 |
| Change in Fair Value of Shares Settled Liability | $0 | ($1,485) | $0 | $0 | ($1,485) |
| Change in Fair Value of Derivative Liabilities | $0 | ($823) | $101 | $0 | ($722) |
| Change in Fair Value of Profit Share Liability | $0 | ($148) | $0 | $0 | ($148) |
| Unrealized Gain on Equity Method Investment | $0 | $2,614 | $0 | $0 | $2,614 |
| Other Expense/Gain on Sale of Assets | $0 | ($1,010) | $8,214 | $0 | $7,204 |
| Total Other (Expense) Income | ($493) | ($35,946) | $11,976 | ($320) | ($24,783) |
| | | | | | |
| Income (Loss) before Income Taxes | ($35,957) | ($103,236) | ($290,188) | ($61,489) | ($490,870) |
| Provision (Benefit) for Income Taxes | $2 | ($3,481) | ($16,071) | $250 | ($19,300) |
| **Net Income (Loss)** | **($35,959)** | **($99,755)** | **($274,117)** | **($61,739)** | **($471,570)** |
| Less: Net (Loss) Income Attributable to Non-Controlli | $0 | ($682) | $0 | $0 | ($682) |
| Net Loss Attributable to Controlling Interest | ($35,959) | ($99,073) | ($274,117) | ($61,739) | ($470,888) |
| Less: Deemed Dividend-Beneficial Conversion Feature | $0 | $0 | $0 | $0 | $0 |
| **Net Loss Attributable to Common Stockholders** | **($35,959)** | **($99,073)** | **($274,117)** | **($61,739)** | **($470,888)** |
| **Non-GAAP Net Income (Loss)** | **($35,959)** | **($99,073)** | **($72,710)** | **($61,739)** | |
| **EPS, Reported** | **($0.88)** | **($2.83)** | **($6.20)** | **($1.37)** | **($11.28)** |
| **EPS, Non-GAAP** | **($0.88)** | **($2.83)** | **($1.65)** | **($1.37)** | **($6.73)** |
| Primary Shares Out. | 40,793 | 35,045 | 44,200 | 45,000 | 41,260 |
| Diluted Shares Outstanding | 60,145 | 114,370 | 123,100 | 135,870 | 108,371 |

Sources: Company Reports, Needham & Company, LLC estimates.

**Needham**

December 22, 2020

## Needham & Company, LLC.
Dan Medina (626.893.2925)
Laura Martin, CFA & CMT (917.373.3066)

| FUBO TV GAAP Operating Metrics | 3/31/20A | 6/30/20A | 9/30/20A | 12/31/20E | 2020E |
|---|---|---|---|---|---|
| Paid Subscribers, EOP (000) | 287 | 286 | 455 | 505 | 505 |
| Q/Q Subs Added (000) | (28) | (1) | 169 | 50 | 189 |
| Q/Q Avg Subs (000) | 302 | 287 | 371 | 480 | 410 |
| Subscription Revenue/Avg Subs/Q | $153.83 | $137.80 | $144.19 | $164.80 | $532.26 |
| Advertising Revenue/Avg Subs/Q | $13.67 | $15.08 | $20.29 | $22.53 | $65.25 |
| GAAP Sub ARPU (Sub Revs/ Avg Subs/Month) | $49.62 | $49.42 | $48.06 | $54.93 | $133.06 |
| GAAP Ad ARPU (Ad Revs/Avg Sub/Month) | $4.55 | $5.37 | $6.76 | $7.51 | $16.31 |
| GAAP Total ARPU/Month | $54.17 | $54.79 | $54.83 | $62.44 | $149.38 |
| Total Content Hours Streamed (in mm) | 107.2 | 98.6 | 133.3 | 148.0 | 487.1 |
| Viewing Hours/MAU/Q | 363 | 420 | 363 | 390 | 1,536 |
| | | | | | |
| FUBO TV GAAP Operating Metrics | 3/31/20A | 6/30/20A | 9/30/20A | 12/31/20E | 2020E |
| Avg Subs Reported by FUBO (000) | 303 | 268 | 334 | 432 | 334 |
| Cash Net Bookings ($ mm) | $49.2 | $44.1 | $67.7 | $91.7 | $252.8 |
| Cash ARPU/Q | $162.48 | $164.37 | $203.10 | $230.38 | $230.38 |
| Cash Subscriber ARPU/Month | $49.62 | $49.42 | $59.94 | $68.45 | $56.86 |
| Cash Adv ARPU/Month | $4.54 | $5.37 | $7.76 | $8.34 | $6.50 |
| Cash Total ARPU/Month | $54.16 | $54.79 | $67.70 | $76.79 | $63.36 |
| Adjusted Contribution Margin (%) | 3.0% | 5.1% | 16.1% | 16.7% | 10.2% |

Sources: Company Reports, Needham & Company, LLC estimates.

## NEEDHAM ANNUAL ESTIMATES

**Needham**

December 22, 2020

**Needham & Company, LLC.**
*Dan Medina (626.893.2925)*
*Laura Martin, CFA & CMT (917.373.3066)*

*Figure 3 fuboTV Annual Income Statement Data, 2018PF-2022E*

| $ and shares thousands, except per share data | 2018PF | 2019PF | 19/18 | 2020E | 20/19 | 2021E | 21/20 | 2022E | 22/21 |
|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | |
| Subscriptions | $70,112 | $133,303 | 90% | $218,436 | 64% | $391,843 | 79% | $625,950 | 60% |
| Advertisements | $4,131 | $12,450 | 201% | $26,777 | 115% | $67,043 | 150% | $123,904 | 85% |
| Software Licenses, Net | $0 | $0 | | $0 | | $0 | | $0 | |
| Other | $577 | $777 | 35% | $1,124 | | $1,283 | | $0 | |
| **Total Revenues** | **$74,820** | **$146,530** | **96%** | **$246,337** | **68%** | **$460,169** | **87%** | **$749,854** | **63%** |
| **Cost and Expenses** | | | | | | | | | |
| Subscriber Related Expenses | ($98,894) | ($201,448) | -104% | ($248,745) | -23% | ($391,843) | -58% | ($625,950) | -60% |
| *% of Revenue* | 132% | 137% | | 101% | | 85% | | *83%* | |
| **Gross Margin** | **($24,074)** | **($54,918)** | **-128%** | **($2,408)** | **96%** | **$68,326** | | **$123,904** | **81%** |
| *% of Revenue* | **-32%** | **-37%** | | **-1%** | | **15%** | | *17%* | |
| Broadcasting and Transmission | ($24,373) | ($33,103) | -36% | ($40,639) | -23% | ($46,017) | -13% | ($43,726) | 5% |
| *% of Revenue* | 33% | 23% | | 16% | | 10% | | *6%* | |
| Sales and Marketing | ($47,478) | ($37,245) | -22% | ($66,332) | -78% | ($60,828) | 8% | ($57,126) | 6% |
| *% of Revenue* | 63% | 25% | | 27% | | 13% | | *8%* | |
| Technology and Development | ($19,909) | ($30,001) | -51% | ($38,946) | -30% | ($37,242) | 4% | ($39,053) | -5% |
| *% of Revenue* | 27% | 20% | | 16% | | 8% | | *5%* | |
| General and Administrative | ($11,121) | ($21,931) | | ($37,704) | | ($29,911) | | ($26,245) | |
| *% of Revenue* | -15% | -15% | | 15% | | 7% | | *4%* | |
| Depreciation and Amortization | ($440) | ($57,594) | | ($43,378) | 25% | ($44,487) | -3% | ($28,000) | 37% |
| Total Operating Expenses | ($202,215) | ($381,322) | -89% | ($712,425) | -87% | ($610,329) | 14% | ($820,099) | -34% |
| **Income from Operations (Loss)** | **($127,395)** | **($234,792)** | **-84%** | **($466,088)** | **-99%** | **($150,160)** | **68%** | **($70,245)** | **53%** |
| *Operating Income Margin* | *-170%* | *-160%* | | *-189%* | | *-33%* | | *-9%* | |
| Other Income (Expense) | | | | | | | | | |
| Interest Expense and Financing Cost | ($2,445) | ($13,985) | | ($16,341) | -17% | $0 | | ($1,278) | |
| Loss of Deconsolidation of Nexway | $0 | $0 | | $0 | | $0 | | $0 | |
| Gain (Loss) on Extinguishment of Debt | ($4,171) | $102 | | $0 | | $0 | | $0 | |
| Loss on Investment | $0 | ($2,918) | | $0 | | $0 | | $0 | |
| Loss on Issuance of Notes, Bonds and Warrants | $0 | $0 | | ($25,432) | | $0 | | $0 | |
| Change in Fair Value of Warrant Liabilities | $0 | $0 | | $9,509 | | $0 | | $0 | |
| Change in Fair Value of Subsidiary Warrant Liability | $0 | $4,504 | | $18 | | $0 | | $0 | |
| Change in Fair Value of Shares Settled Liability | $0 | $0 | | ($1,485) | | $0 | | $0 | |
| Change in Fair Value of Derivative Liabilities | $4,697 | $713 | | ($722) | | $0 | | $0 | |
| Change in Fair Value of Profit Share Liability | $0 | $0 | | ($148) | | $0 | | $0 | |
| Unrealized Gain on Equity Method Investment | $0 | $0 | | $2,614 | | $0 | | $0 | |
| Change in Fair Value of Panda Interests | $0 | ($198) | | $0 | | $0 | | $0 | |
| Other Expense | $0 | $51 | | $7,204 | | $20,000 | | $0 | |
| Total Other (Expense) Income | ($1,919) | ($11,731) | | ($24,783) | | $20,000 | | ($1,278) | |
| Income (Loss) before Income Taxes | ($129,314) | ($246,523) | -91% | ($490,870) | -99% | ($130,160) | 73% | ($71,523) | 45% |
| Provision (Benefit) for Income Taxes | ($2) | ($15,042) | | ($19,300) | | ($2,000) | | ($2,400) | |
| **Net Income (Loss)** | **($129,312)** | **($231,481)** | **-79%** | **($471,570)** | **-104%** | **($128,160)** | **73%** | **($69,123)** | **46%** |
| Less: Net (Loss) Income Attributable to Non-Controlling Interests | $0 | $2,780 | | ($682) | | $0 | | $0 | |
| Net Loss Attributable to Controlling Interest | ($129,312) | ($228,701) | -77% | ($470,888) | -106% | ($128,160) | 73% | ($69,123) | 46% |
| Less Deemed Dividend on Series D Preferred Stock | $0 | ($9) | | $0 | | $0 | | $0 | |
| Less Deemed Dividend-Beneficial Conversion Feature | $0 | ($589) | | $0 | | $0 | | $0 | |
| **Net Loss Attributable to Common Stockholders** | **($129,312)** | **($229,299)** | **-77%** | **($470,888)** | **-105%** | **($128,160)** | **73%** | **($69,123)** | **46%** |
| Foreign Currency Translation Adjustment | $0 | ($770) | | $0 | | $0 | | $0 | |
| **Comprehensive Loss** | **($129,312)** | **($230,069)** | **-78%** | **($470,888)** | **-105%** | **($128,160)** | **73%** | **($69,123)** | **46%** |
| **EPS, Reported** | **($28.85)** | **($9.43)** | **67%** | **($11.28)** | **-20%** | **($2.06)** | **82%** | **($0.95)** | **54%** |
| **EPS, Non-GAAP** | **($28.85)** | **($9.43)** | **67%** | **($6.73)** | **29%** | **($2.06)** | **69%** | **($0.91)** | **56%** |
| Primary Shares Out. | 4,482 | 24,386 | | 41,260 | | 62,500 | | 77,500 | |
| Diluted Shares Outstanding | | | | 108,371 | | 135,870 | | 135,870 | |

Sources: Company Reports, Needham & Company, LLC estimates.



December 22, 2020

**Needham & Company, LLC.**
*Dan Medina (626.893.2925)*
*Laura Martin, CFA & CMT (917.373.3066)*

| Per Subscriber Information/Margin Contribution Analysis | 2018PF | 2019PF | 19/18 | 2020E | 20/19 | 2021E | 21/20 | 2022E | 22/21 |
|---|---|---|---|---|---|---|---|---|---|
| Paid Subscribers, EOP | | | | 505 | | 646 | 28% | 964 | 49% |
| ARPU | $37.93 | $53.73 | | $149.38 | | $0.17 | -100% | $0.23 | 33% |
| ACPU | $40.59 | $55.37 | | $54.54 | | $63.88 | 17% | $57.00 | -11% |
| ACPU/User | ($2.66) | ($1.64) | | $4.17 | | $6.00 | | $9.00 | -50% |
| **Adjusted Contribution Margin (%)** | **-7%** | **-3%** | | **10%** | | **17%** | | **19%** | |

| Calculation of Adjusted EBITDA: | 2018PF | 2019PF | 19/18 | 2020E | 20/19 | 2021E | 21/20 | 2022E | 22/21 |
|---|---|---|---|---|---|---|---|---|---|
| Net Loss | ($129,312) | ($173,701) | -34% | ($471,570) | -171% | ($128,160) | 73% | ($69,123) | 46% |
| Depn & Amort | $440 | $616 | 40% | $43,378 | | $44,487 | 3% | $28,000 | -37% |
| Stock-based Compensation Expense | $952 | $1,511 | 59% | $34,081 | | $20,000 | -41% | $23,600 | 18% |
| One Time Non-Cash Operating Expenses | $0 | ($2,705) | | $2,674 | | $0 | | $0 | |
| Other Income (Expense) | $1,919 | $1,933 | 1% | $255,651 | | $0 | | $0 | |
| Provision (Benefit) for Income Taxes | ($2) | $9 | | ($19,300) | | ($3,000) | | ($2,400) | |
| **Adjusted EBITDA** | **($126,003)** | **($172,337)** | **-37%** | **($155,086)** | **10%** | **($66,672)** | **57%** | **($19,923)** | **70%** |
| Adjusted EBITDA Margin | -168% | -118% | | -63% | | -14% | | -3% | |

Sources: Company Reports, Needham & Company, LLC estimates.



December 22, 2020

## VALUATION (PRICE TARGET: $60.00)

- We raise our price target to $60 (from $30).

- Our price target is based on a 10-year DCF, where we use a WACC of 6.9%, and a long-term nominal GDP growth rate of 2%. The standard DCF is widely used on Wall Street because it is a rigorous bottom-up valuation of the enterprise based on discounting its long-term cash flows and removing the impact of non-cash accounting conventions.

- Our $60 price target embeds a 10-year EBITDA growth rate for FUBO of 82% annually and represents a 14.2x multiple of estimated FY21 Revenue.

## POTENTIAL UPSIDE DRIVERS

Accelerating consumer adoption of streaming alternatives, a broader installed base of Connected TVs during the pandemic, FUBO's sports focus, potential new revenue streams, proprietary viewer data, and upside pricing power are key upside value drivers, in our view.

## RISKS TO TARGET

Key risks to our price target include COVID-19 related delays or cancellations to live sporting events impacting FUBO's ability to grow and/or maintain subs, larger and more well capitalized streaming competition, and FUBO's ability to access content at a price that is profitable for FUBO.

**Needham**

December 22, 2020

### ANALYST CERTIFICATION

I, Laura Martin hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company (ies) and its (their) securities. I, also certify that I, have not been, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

### RATINGS DISTRIBUTIONS FOR NEEDHAM & COMPANY, LLC

|  | % of companies under coverage with this rating | % for which investment banking services have been provided for in the past 12 months |
|---|---|---|
| **Strong Buy** | 2 | 29 |
| **Buy** | 73 | 27 |
| **Hold** | 24 | 1 |
| **Underperform** | < 1 | 0 |
| **Rating Suspended** | < 1 | 100 |
| **Restricted** | < 1 | 0 |

Needham & Company, LLC employs a rating system based on the following:

Strong Buy: A security, which at the time the rating is instituted, we expect to outperform the average total return of the broader market as well as the securities in the analyst's coverage universe over the next 12 months.

Buy: A security, which at the time the rating is instituted, we expect to outperform the average total return of the broader market over the next 12 months.

Hold: A security, which at the time the rating is instituted, we expect to perform approximately in line with the average total return of the broader market over the next 12 months.

Underperform: A security, which at the time the rating is instituted, we expect to underperform the average total return of the broader market over the next 12 months.

Rating Suspended: We have suspended the rating and/or price target, if any, for this security, because there is not a sufficient fundamental basis for determining a rating or price target. The previous rating and price target, if any, are no longer in effect and should not be relied upon. This rating also includes the previous designation of "Under Review".

Restricted: Needham & Company, LLC policy and/or applicable law and regulations preclude certain types of communications, including an investment recommendation, during the course of Needham & Company, LLC's engagement in an investment banking transaction and in certain other circumstances.

For disclosure purposes, in accordance with FINRA requirements, please note that our Strong Buy and Buy ratings most closely correspond to a "Buy" recommendation. When combined, 74% of companies under coverage would have a "Buy" rating and 27% have had investment banking services provided within the past 12 months. Hold ratings mostly correspond to a "Hold/Neutral" recommendation; while our Underperform rating closely corresponds to the "Sell" recommendation required by the FINRA.

Our rating system attempts to incorporate industry, company and/or overall market risk and volatility. Consequently, at any given point in time, our investment rating on a security and its implied price appreciation may not correspond to the stated 12-month price target. For valuation methods used to determine our price targets and risks related to our price targets, please contact your Needham & Company, LLC salesperson for a copy of the most recent research report.

Price charts and rating histories for companies under coverage and discussed in this report are available at http://www.needhamco.com/. You may also request this information by writing to: Needham & Company, LLC, Attn: Compliance/Research, 250 Park Ave., New York, NY 10177

By issuing this research report, each Needham & Company, LLC analyst and associate whose name appears within this report hereby certifies that (i) the recommendations and opinions expressed in the research report accurately reflect the research analyst's and associate's personal views about any and all of the subject securities or issuers discussed herein and (ii) no part of the research analyst's or associate's compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst or associate in the research report.

### DISCLOSURES

The Firm has managed or co-managed a public offering of securities for the subject company fuboTV Inc. in the past 12 months.

The Firm and/or its affiliate have received compensation for investment banking services from the subject company fuboTV Inc. in the past 12 months.

The subject company fuboTV Inc. currently is or during the 12-month period preceding the date of distribution of this research was a client of the Firm and received investment banking services.

The research analyst and research associate have received compensation based upon various factors, including quality of research, investor client feedback, and the Firm's overall revenues, which includes investment banking revenues for the following: fuboTV Inc., Disney (Walt) Co., Discovery, Inc. (Cl A), Alphabet Inc. Class A, Netflix, Inc., Roku, Inc., theTradeDesk, Inc. and ViacomCBS Inc.Class B

The Firm, at the time of publication, makes a market in the subject companies Discovery, Inc. (Cl A), Alphabet Inc. Class A, Netflix, Inc., Roku, Inc., theTradeDesk, Inc. and ViacomCBS Inc.Class B .



December 22, 2020

This report is for informational purposes only and does not constitute a solicitation or an offer to buy or sell any securities mentioned herein. Information contained in this report has been obtained from sources believed to be reliable, but Needham & Company, LLC makes no representation as to its accuracy or completeness, except with respect to the Disclosure Section of the report. Any opinions expressed herein reflect our judgment as of the date of the materials and are subject to change without notice. The securities discussed in this report may not be suitable for all investors and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. Investors must make their own investment decisions based on their financial situations and investment objectives. The value of income from your investment may vary because of changes in interest rates, changes in the financial and operational conditions of the companies and other factors. Investors should be aware that the market price of securities discussed in this report may be volatile. Due to industry, company and overall market risk and volatility, at the securities current price, our investment rating may not correspond to the stated price target. Additional information regarding the securities mentioned in this report is available upon request. © Copyright 2019, Needham & Company, LLC, Member FINRA, SIPC.