**Exhibit J**

Initiating FUBO with Sell Rating and $8 Target Price / LightShed Partners



MENU                                    👤 MY ACCOUNT

# Initiating FUBO with Sell Rating and $8 Target Price

DECEMBER 23, 2020  ~  RICHARD GREENFIELD, BRANDON ROSS AND MARK KELLEY

    



We are initiating coverage of FUBO with a Sell rating and $8 one-year price target, based on a 7.5x multiple of 2025 advertising contribution margin discounted back at 15% for four years. Fubo (NYSE-$52.59) may be the most compelling short we have ever identified in our career as analysts. Over the past few months, we have seen numerous examples of companies with valuations that defy logic. We understand the broader market dynamics at play with "cheap money" and an exuberant retail investor. However, the run-up in Fubo shares is just plain egregious, in our view.

Earlier this week on CNBC (link), Fubo co-Founder and CEO, David Gandler, tried to explain why "investors" are so excited about Fubo. He said the company

> "sits at the intersection of three megatrends: the first is the secular decline of television viewers, the second is the shift of TV ad dollars to connected devices and third the fact that Fubo airs over 50,000 sporting events on its platform, we also sit at the intersection of wagering"

Dissecting the quote:

**1) Secular Decline of Television Viewing is a Negative for Fubo:**

The good news for Fubo is that with 78 million MVPD/vMVPD subscribers today, Fubo's TAM appears quite large compared to its current 455,000 subscriber base. Within the ~78 million subscribers today, we estimate nearly 12 million vMVPD and 66 million facilities-based MVPD subscribers. There is likely to be share shift to vMVPD's such as Fubo away from facilities based MVPDs.

But that's where the good news ends. The overall subscriber universe is shrinking. Thus far in 2020, we estimate the industry has lost 2.5 mm total subscribers, down about 5-6% y/y. This is a secular trend, not a one year phenomenon. Over the next five years, we expect total MVPD/vMVPD subs to fall to ~55 million subs – losing around 5mm subs per year on average, with an ultimate bottoming somewhere between 40-50 million subscribers. Already, all new, buzzworthy general entertainment content ex-sports is launched on streaming, not inside the bundle. This will accelerate with a dramatic ramp in content for Disney+, Hulu, HBO Max, AppleTV+, Peacock, Amazon Prime Video, plus the coming launch of Discovery+ and Paramount+. The MVPD/vMVPD subscription will eventually be only for die-hard sports fans, and to a lesser degree those that love cable news. However, that assumes major sports stay within the bundle and that major sports networks like ESPN do not attempt to go DTC (*Disney has already intimated that it is a matter of when, not if ESPN goes DTC*). In other words, the bottom is far, far below 40 million.

In the meantime, with sports the key reason to subscribe, Fubo bills itself as the ideal solution for sports fans, as does Hulu Live and YouTube TV. Unfortunately, that is simply not true. All three are far cheaper than their facilities-based MVPD peers with superior user experiences (including portability), but for die-hard sports fans NONE are ideal solutions. All three have dropped a majority of RSNs over the past year and Fubo does not even have carry the Turner networks, which hold significant rights for the NBA, March Madness and postseason MLB.

In addition, a pure sports bundle has been impossible to create. The vMVPDs have all realized that they still need cross-subsidization of a broader array of programming that has a far better efficiency (viewership/cost) than sports alone (even as general entertainment viewership is largely elsewhere). This explains why you have seen vMVPDs carry AMC, Viacom and Discovery over the past couple of years. Plus, large programming groups that own sports rights continue to force bundling with other networks. The end result has been increasingly bloated bundles of content and dramatic step-ups in retail consumer prices.

With the understanding the sub universe is going to dramatically shrink, the next question is what share vMVPDs will ultimately have. We believe half if not more of the multichannel subscriber base will require a facilities-based MVPD that actually meets the needs of die-hard sports fans. Even if vMVPDs add additional networks (and cost), the facilities-based MVPDs will still benefit from the power of inertia (longevity of subscribers) and the value subscribers find in bundling broadband (fixed/wireless) with video.

At best we believe that leaves half of the 45 million subs for the vMPVDs as a cheaper replacement to facilities-based MVPDs. That implies that the vMVPD universe could double from 11.5 million subs today. With YouTube TV, Hulu Live and Sling at nearly 10 million subs today, we would assume those three could nearly double. Could Fubo grow to 2 million subs over five years? It's possible, but it will probably take longer than five years. But growing to 5-10 million feels unrealistic given their starting point and lack of product differentiation. If the entire vMVPD universe is going to grow by 11 million subs over the next 6-7 years, it's hard to believe that Fubo with ~500K subs could comprise the 41% of vMVPD net adds required to get to 5mm subs, let alone capture 86% of the growth to get to 10 million subs.

Even if Fubo gets to 2+ million subscribers in 2025, we need to look at profitability. And, the standalone video business is simply not very profitable. In the case of the wired MVPDs, this is less relevant, with bundled broadband (fixed/wireless) the drivers of profitability. vMVPDs have no other source of revenue beyond potentially higher advertising revenue, which we'll address shortly. Assuming no revenue outside of subscription fees , we believe Fubo will be at best a zero gross margin business in maturity; the combination of programming costs, marketing costs, tech and G&A will offset ARPU. In our model, we actually do not even have subscription revenue covering all those costs by 2025, but let's be generous and assume it actually happens.

In turn, the future of Fubo is based on whether they can utilize their growing sub base to generate positive contribution margin away from the core subscription video ARPU. They center this story around connected television advertising revenue and sports betting. We are deeply skeptical of the magnitude of both revenue streams.

## 2) Connected TV Ad Dollars Growing Rapidly, but Offset by Viewership Headwinds

Fubo currently generates about $7 of advertising revenue/sub/month. The bull story is that it can grow to $20+/sub/month in the future. Net of commissions/costs of 15%, this would yield $17 of advertising contribution margin/sub/month, which annualizes to ~$200 per sub.

The benchmark often cited is that facilities-based MVPDs generate ~$10/sub/month of ad revenue with largely untargeted advertising (albeit that has improved meaningfully in the past few years, especially at Comcast). That said, Hulu Live, leveraging not just its vMVPD subs base but also its 30+ million SVOD subscribers (2/3 of which are ad-supported), is only generating ~$10/Hulu Live sub/month from highly targeted advertising. Hulu has invested heavily in ad-tech and sales infrastructure just to get to its current rate. Hard to believe Fubo can drive ad ARPU to $20+/sub/month without substantial investment in advertising technology and sales impacting the net benefit from the growth of those revenues.

With 2 million subs in five years with ad ARPU at $20/sub/month, that would imply that $28 million of annual run-rate ad revenue can grow to $480 million. Even if we ignore likely higher than expected advertising costs, reaching $480 million in ad sales by 2025 (*$400 million net, using the aforementioned 85%*) feels like a stretch when you think of how TV viewership is changing. Beyond the aforementioned acceleration of cord-cutting, viewership of linear TV is collapsing with the only reason to turn on linear TV increasingly for sports and news. Not to mention, news viewership is going to be down sharply over the next few years (compared to the President Trump era) and sports viewership has seen steep declines even as sports has come back during the pandemic (as LightShed's Brandon Ross discussed here). Rapidly dropping linear TV viewership as eyeballs shift to SVOD/AVOD/FAST viewing reduces the long-term connected TV advertising opportunity at Fubo and its vMVPD peers (*increasing pressure on CPMs to grow as viewership falls*).

To make advertising prospects even dimmer for Fubo, now consider that more and more sports content is shifting from cable TV to broadcast TV. It is increasingly consensus that Monday Night Football will shift to ABC in 2022. That matters for Fubo as MVPDs/vMVPDs only get 2 minutes of advertising per hour to sell on cable networks and must "retransmit" broadcast feeds as is – meaning no 2 minutes of advertising to resell on broadcast channels. In turn, the more sports content that shifts to broadcast TV and/or DTC streaming, the less sports-driven advertising inventory Fubo will have to monetize.

Lastly, while many try to compare Fubo to Roku, that is apples and oranges. Roku makes money whether you watch Fubo or Pluto and as a gatekeeper (link), and appears increasingly well-positioned to demand a share of subscription revenues even if advertising dries up long-term; none of that exists for Fubo or other vMVPDs, as linear TV viewership falls, the advertising headwinds they face grow.

We suspect Fubo's ad revenue/sub/month will ultimately be far greater than $10/sub/month over the next five years, but $20 feels overly aggressive (*we are currently modeling a generous $17/sub/month by 2025*).

### 3) Sports Betting is a Fantasy.

Fubo has yet to explain how they plan to make money from sports betting beyond they have a substantial number of sports fans that subscribe to their vMPVD service. They acquired a failed free-to-play start-up called Balto (*which had no product or revenue or even a website*). Investors began to view Fubo as the next FanDuel and DraftKings for no reason other than management has been talking up the long-term potential of sports betting without specifics.

First, with only half a million subscribers spread out across the country, with many in states that have not legalized gambling, Fubo is at a huge disadvantage vs. its sports betting peers.

Second, sports betting is about local scale in markets that have legalized sports betting. Even if Fubo has two million subscribers in five years spread out across the country, its scale in individual states will be tiny. In addition, Fubo has no obvious casino partner that would facilitate its access to states that have legalized gaming (not even clear that they can gain access to a skin in key existing legalized sports betting/iGaming markets).

Third, sports betting on TV screens, the primary place Fubo is consumed, presents major regulatory and consumer issues. Even if Fubo partners with a sportsbook, it may need to go through extensive regulatory review to enable betting on its platform. Even more problematic is that betting on TV screens in a family living room creates substantial risk that underage bettors could gain access. Even if Fubo is willing to take that risk, it is highly likely Fubo would be required to log out users from sports betting functionality every 15 minutes – akin to what happens on mobile devices today. However, logging you out of your TV is a far bigger consumer hassle than logging you out on your phone (whenever we get logged out of a TV Everywhere app on our big screen devices, it drives us crazy).

If Fubo's sports betting opportunity is more about being an affiliate driving people to sportsbooks like Fanduel or DraftKings, the revenue opportunity would appear quite small. Given the apparent sports fan focused nature of Fubo's subscriber base today and in the future, we suspect most of their subscribers that would bet are already betting on a major sports betting platforms such as Fanduel and DraftKings.

Case 1:21-cv-01412-ALC   Document 35-10   Filed 09/10/21   Page 7 of 12

For all of the reasons above, we believe the sports betting opportunity at Fubo is irrelevant to its revenues over the next five years and has become dramatically overhyped within Fubo's valuation.

## One More Thing: What About Exclusive Sports Rights?

Fubo was recently asked about buying exclusive sports rights to differentiate itself from its vMVPD peers (see Voices of Wall Street interview embedded to the right at the 14:52 mark) and leads investors to believe it's possible. With only $240 million or so in cash on Fubo's balance sheet with the company burning cash quarterly, we find it hard to fathom how they could buy any meaningful



sports rights without a multi-billion dollar equity offering first. Any meaningful rights package costs hundreds of millions of dollars per year, money Fubo simply does not have.

On the flipside, we do believe it is possible that one of Fubo's peers such as YouTube TV buys a major sports rights package such as Sunday Ticket (utilizing its current subscriber base that is over 3 million and the balance sheet scale of Google). A major sports rights acquisition by one of Fubo's peers could substantially damage Fubo's long-term subscriber prospects and make the 2 million subscribers in five years impossible to attain.

## Our History with Fubo

Investors in Fubo today need to understand how the story has flip-flopped and changed so significantly over the past four years. The constantly evolving nature of Fubo and its substantial underperformance compared to its original subscriber goals make it difficult to have confidence in the current management story. Gandler does deserve tremendous credit. He is not only scrappy and incredibly driven to succeed, he has pivoted constantly to not only stay alive, but create value for his investors. To be honest, prior to the Facebank transaction earlier this year, we were not sure Fubo would even survive 2020 as it was unable to raise capital given the lack of investor confidence in the vMPVD unit economics/business model. Turning Fubo into an $8.5

billion company currently, that broke $10 billion in value earlier this week, is nothing short of amazing.

We met Fubo TV Founder and CEO, David Gandler, back in February 2016. Having worked in local cable TV ad sales and then helping build Korean content streaming platform Dramafever, Gandler believed the time was right to disrupt the multichannel video market by launching a vMVPD (*DISH had announced the launch of Sling at CES in 2015*). What impressed us most about Gandler was how he was rethinking what the bundle needed to look like and how he believed Fubo could operate with a far leaner cost structure than its peers.

Unfortunately, Fubo has evolved from what was a truly unique product to more of a me-too product that is largely undifferentiated from its peers beyond a few regional sports networks in markets like NY or Boston.

In early 2016, Fubo was a $9.99/month service focused largely on soccer (headlined by recent Univision agreement) with 15 employees having raised $3 million in capital. Fubo talked openly about not wanting all content like their MVPD peers to differentiate themselves. By mid-2016, they had 70,000 subscribers and were talking about how they would ultimately need to add programming with survey work showing that a $40-$50 price point was the sweet spot for subscriber acquisition vs. the facilities-based MVPD universe. Interestingly, Fubo was talking about the potential to have over 1 million subscribers by year-end 2018 in early 2016, whereas today it is less than half of that.

In October 2017, we interviewed Gandler at our Media Disruptors Event embedded below. At that point, he talked about a service that cost $40-$45, but did not have the Disney/ESPN networks, nor the Turner networks. Much of the conversation focused on the importance of local content, particularly the RSNs with the view that sports was tribal and that Fubo was about focusing on the passionate local sports fan and sacrificing national sports content from TBS/TNT/ESPN/ESPN2. Most interesting was how he talked down Hulu Live, which launched in beta in May 2017. Hulu Live has now grown to over 4 million subscribers. Worth noting that Gandler also talks about how other services pay lip service to being sports-focused, but are really general entertainment services. When you look at Fubo today (channel line-up here), it effectively looks just like Hulu Live and YouTube TV, both of which use a similar pitch aimed at sports fans. Fubo has sports for sure, but it now has MTV, Discovery, FX, Disney Channel, Fox News, etc.



## Media Disruptors Conference Presents FuboTV
from **LightShed Partners**



41:19

Today, Fubo costs $65/sub/month, in-line with YouTube TV and Hulu Live and has had to drop the Sinclair-owned regional sports networks and the Turner networks (which it added in 2018), to make room for the Disney/ESPN family of networks (that likely cost Fubo upwards of $19/sub/month including retrans for ABC).

Effectively, the Fubo local sports story has been transformed into a national sports and general entertainment service that looks similar to other vMVPDs and has less sports content than its facilities-based, albeit more expensive, MVPD peers.

## Valuation

Coming into 2020, we thought Fubo was worth hundreds of millions at best, not billions. With our model showing less than $100 million of Adjusted EBITDA in 2025, even a 20x multiple on 2025 EBITDA only yields $2 billion or $12-$13/share four years out, implying a mid-single digit net present value (discounting back at 15%). *Note: We are using 158 million shares to account for 25-26 million of options and warrants to realize a fully-diluted share count.*

Alternatively, let's put our entire valuation focus on advertising revenue (as some do for Roku). It feels nearly impossible to have any confidence that $28 million of ad revenue today can turn into the $369 million we have in our model for 2025, let alone the $480 million we talked about in the management bull case using $20/sub/month. *Note: we'll assume subscription ARPU and added*

Case 1:21-cv-01412-AJC   Document 35-10   Filed 09/10/21   Page 10 of 12

*feature ARPU nets out all other costs, albeit our model still shows negative adjusted EBITDA ex-advertising even in 2025.*

Using our model's aforementioned $369 million of advertising revenue in 2025 (2 million subs at $17/sub/month of ad revenues) with a 85% net to Fubo, yields advertising contribution margin of $310 million in 2025. With $310 mm of advertising contribution margin in 2025, let's put a 5x multiple, yielding $1.5 billion of value in 2025 whereas a 10x multiple yields $3.1 billion in 2025. Discount that back at 15% given the lack of visibility and confidence we have in those forecasts yields a one-year target price of $5-$11 compared to the current stock price of $53. Given our lack of confidence that subscription ARPU can offset costs beyond advertising in 2025 and the risk to the 2 million subscriber target, we could actually argue for a higher discount rate than 15%.

For simplicity, we are going to use a $8 one-year target (midpoint of the 5-10x multiple), which yields 85% downside from current levels. In turn, we are initiating coverage with a Sell rating.

***If you would like a copy of our model, please e-mail us and we'll send you a copy.***

<u>**Risks to Valuation and Price Target**</u>

1. Fubo is able to grow subscribers signficantly above our forecast of 2 million by 2025.
2. Fubo is able to grow advertising revenue to far above $20/sub/month by 2025.
3. Fubo is able to bring down the price of programming or drop programming without losing subscribers or impacting subscriber growth.
4. Fubo figures out a way to generate meaningful revenue from sports betting.
5. Fubo is acquired by one of its vMVPD peers who looks to accelerate consolidation.

## Related

Initiating coverage of Sprint with a Sell rating

Case 1:21-cv-01412-ALC   Document 35-10   Filed 09/10/21   Page 11 of 12





We are initiating coverage of Sprint with a Sell rating and a $3.00 price target because we believe investors may have become too optimistic about

June 1, 2010

Similar post

## Lowering Fubo Target to $6.50 as Sports Betting Fantasy Dilutes Shareholders

January 19, 2021

Similar post

## FuboTV is a Money Losing vMVPD, FuboTV is not Roku nor FanDuel; Sell Now

December 27, 2020

Similar post



### Richard Greenfield

 Twitter    LinkedIn

*View all posts by Richard*



### Brandon Ross

Twitter    LinkedIn

*View all posts by Brandon*

### Mark Kelley

Twitter

*View all posts by Mark*

‹ PREVIOUS
*WATCH: Is Disney Creating the Flexibility to Pivot Movies to Disney+ Day and Date?*

NEXT ›
*FuboTV is a Money Losing vMVPD, FuboTV is not Roku nor FanDuel; Sell Now*

## Search

| Search … | SEARCH |

## Recent Blogs

New NFL Deals: The End of the (Multichannel TV) Bundle as We Know It March 19, 2021

As Sports Betting and Linear TV Collide, Latency is the #1 Challenge March 16, 2021

Ten Questions For AT&T's Investor Day March 11, 2021

10 Questions For T-Mobile's Investor Day March 10, 2021

AMC (Theaters) Shares Dramatically Overvalued; Initiating with SELL, 1c Target March 10, 2021

## Archives

Select Month ⌄

powered by:  Analyst Hub
A Compliance Driven Research Platform