**Exhibit K**

Case 1:21-cv-01412-ALC   Document 35-11   Filed 09/10/21   Page 2 of 6

Why not connect with Facebook or LinkedIn so you can log in quickly next time?   ✖



MENU                                                       👤 MY ACCOUNT

# FuboTV is a Money Losing vMVPD, FuboTV is not Roku nor FanDuel; Sell Now

DECEMBER 27, 2020 ~ RICHARD GREENFIELD, BRANDON ROSS AND MARK KELLEY

    

Over the past 20 years, the multichannel video business has gone from a great high margin business to an awful one. The industry incumbents are still there mostly for bundling benefits, and virtual MVPDs without other strategic objectives have pulled back.



Since the first vMVPD launched in 2015 (Sling), many have entered the space, but the end result is the same: little-to-no profitability regardless of scale, largely undifferentiated product offerings and no leverage vs. content owners that have must-have programming (*who are squeezing MVPDs/vMVPDs as their distribution and viewership/advertising collapses*). Even the vMVPD ad campaigns look similar as you can see embedded above right. There is no special sauce at FUBO which can turn the fundamentally flawed MVPD/vMVPD business into a good one, especially as it lacks scale and other products to bundle. The company has told a story which has been embraced by an army of retail investors. However, Fubo is not Netflix, Fubo is not Flutter/FanDuel, DraftKings nor even Penn/Barstool Sports, Fubo is not Roku and Fubo is not

Case 1:21-cv-01412-ALC   Document 35-11   Filed 09/10/21   Page 3 of 6

Trade Desk. Fubo is simply just another virtual multichannel video programming distributor (vMVPD) facing the same obstacles and financial challenges as every other vMVPD.

Management spin and buzzwords cannot change the flawed underlying multichannel video business model. In reality, Fubo was a failed venture backed company that had no access to capital in January 2020 and has turned itself into a $7 billion market company (*158 million fully diluted shares*) through investment bank analyst cheerleading magic and the recent euphoria created by unsophisticated retail investors. It is worth noting that since the exponential run in Fubo shares since October 2020, we have yet to talk to an institutional investor that believes in the Fubo story at this valuation. Neither do the media companies that received Fubo shares as part of carriage negotiations. We believe all of these companies, (Disney/Comcast/Discovery/Viacom/AMC) are highly likely to start selling shortly after the expiration of the coming lock-up on 12/30/2020. What scares us most, though, is that Fubo is now hoping those same retail investors can provide liquidity to bail out early investors and infuse new capital to accelerate marketing spend so they can keep the story "spinning."

**Bottom Line:** if vMVPDs were an amazing growth opportunity as Fubo's investor base believes, Google, Disney, AT&T, and DISH would be dramatically accelerating their marketing spend at their vMVPDs. Not to mention, facilities-based MVPDs such as Comcast and Charter would be aggressively entering the space. Unfortunately for Fubo, the business they are in is simply not a good business. Fubo investors should be rushing for the exit with the stock dramatically overvalued at current levels as we detailed here: *Initiating FUBO with Sell Rating and $8 Target Price*.

<u>These are Fubo's True Competitors</u> (Comps)

- **Comcast and Charter:** 19 and 15 million video subscribers, respectively. Each of their video businesses has collapsed over the past decade with the entire investment story centered on high margin broadband. In fact, they now refer to themselves as connectivity businesses, given how poor the economics of video are now.
- **DirecTV/AT&T Now:** 18 million video subscribers, with subs down over 25% in the past two years with the vMVPD portion AT&T Now purposefully falling from 1.8 million subscribers to under 700,000 due to the lack of profitability of the vMVPD business model.
- **YouTube TV:** 3 million video subscribers, doubling in the past year but with little to no profitability. We believe Google is in the vMVPD business to on-board advertisers into the broader YouTube ecosystem, not because the vMVPD biz is a good business in and of itself.

Case 1:21-cv-01412-ALC   Document 35-11   Filed 09/10/21   Page 4 of 6

- **Hulu Live:** 4 million video subscribers, up 60% in the past year with little to no profitability. We believe the only reason Disney remains in the vMVPD business is because it boosts the subscriber count of its broadcast and cable networks properties and provides a licensing fee backstop in carriage negotiations.
- **Sling:** the original vMVPD launched by DISH, hit over 2 million subscribers in 2017 and is only at 2.5 million subscribers today as management realized the economics of the vMVPD business were not as compelling as they had hoped (too many unwanted channels were forced into the bundle by programmers).
- **Sony Vue:** shuttered at the end of 2019, after reaching over 700,000 subscribers because the business did not make money and had no path to profitability.

---

## Related



### Initiating FUBO with Sell Rating and $8 Target Price

December 23, 2020
Similar post



### Why the vMVPD Biz Model is Broken

January 4, 2021
Similar post



### What Do Fatter, More Expensive "Skinny Bundles" Mean for the Media Industry?

July 1, 2020
Similar post



**Richard Greenfield**

 Twitter    in
LinkedIn

*View all posts by Richard*



**Brandon Ross**

 Twitter    in
LinkedIn

*View all posts by Brandon*

Case 1:21-cv-01412-ALC Document 35-11 Filed 09/10/21 Page 5 of 6

## Mark Kelley

🐦 Twitter

*View all posts by Mark*

---

‹ PREVIOUS
*Initiating FUBO with Sell Rating and $8 Target Price*

NEXT ›
*Radius: A New Kind Of 5G Infrastructure Play. Initiate With Buy*

---

## Search

| Search … | SEARCH |

## Recent Blogs

New NFL Deals: The End of the (Multichannel TV) Bundle as We Know It March 19, 2021

As Sports Betting and Linear TV Collide, Latency is the #1 Challenge March 16, 2021

Ten Questions For AT&T's Investor Day March 11, 2021

10 Questions For T-Mobile's Investor Day March 10, 2021

AMC (Theaters) Shares Dramatically Overvalued; Initiating with SELL, 1c Target March 10, 2021

## Archives

Select Month

fuboTV (fubo 44-18) Sell is a Money-Losing vMVPD, fuboTV is not Roku nor FanDuel, Sell Now – LightShed Partners

