# Exhibit N

Balto | Contest automation software targeting the $150B sports betting market | Y Combinator



[About](#)[Companies](#)[Library](#)[People](#)[Continuity](#)[Investors](#)[Startup School](#)[Jobs](#)[SAFE](#)[Blog](#)
Apply for **W2022** batch.[Apply](#)

**About**



Y W19
Acquired

# Balto

## Contest automation software targeting the $150B sports betting market

Our product significantly reduces the amount of time and manual labor necessary for those that are tasked with managing these contests. We give them the easiest tools to manage, track, and communicate with 100s or 1,000s of players.

🔗 [http://playbalto.com](http://playbalto.com)



Balto
Founded:
Team Size:5
Location:San Francisco

**Active Founders**

Case 1:21-cv-01412-ALC   Document 35-14   Filed 09/10/21   Page 3 of 4



Spencer Cassidy
[Balto](#)



Joel Karacozoff
[Balto](#)



Nicky Montana
[Balto](#)



- [About](#)
- [Contact](#)
- [Careers](#)
- [Press](#)
- [Privacy & Terms](#)
- [Security](#)

Case 1:21-cv-01412-ALC    Document 35-14    Filed 09/10/21    Page 4 of 4

- **Make something people want.**

[Apply](#)