**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:   6/30/2023

**In re FuboTV Inc. Securities Litigation.**

**21-cv-01412 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

The Court is in receipt of the parties' pre-motion conference letters concerning Defendants' anticipated motion to dismiss the second amended complaint. ECF Nos. 46-47. The parties are hereby **ORDERED** to submit a joint letter providing the Court with a proposed briefing schedule on or by **July 7, 2023.**

**SO ORDERED.**

Dated:    **June 30, 2023**
           **New York, New York**

_____
         **ANDREW L. CARTER, JR.**
         **United States District Judge**

1