**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE FUBOTV INC. SECURITIES LITIGATION | Case No. 1:21-cv-01412 (ALC) (JLC)<br><br>**DECLARATION OF KATHRYN K. GEORGE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT PURSUANT TO RULE 12(B)(6)**<br><br>**ORAL ARGUMENT REQUESTED** |

I, Kathryn K. George, declare as follows:

1.      I am a partner with the firm Latham & Watkins LLP, counsel for Defendants fuboTV Inc. ("fuboTV"), David Gandler, Edgar M. Bronfman, Jr., and Simone Nardi ("Defendants") in this litigation.

2.      I am licensed to practice law in the State of Illinois and have been admitted *pro hac vice* by this Court.  I have personal knowledge of the facts stated in this Declaration and, if called upon, could and would testify competently thereto.

3.      I make this declaration in support Defendants' Motion to Dismiss the Second Amended Class Action Complaint Pursuant to Rules 12(b)(6).

4.      Attached hereto as Exhibit A is a true and correct copy of excerpts of FaceBank Group, Inc.'s Form 10-K for the period ended December 31, 2019, filed with the United States Securities and Exchange Commission (the "SEC") on May 29, 2020.

5.      Attached hereto as Exhibit B is a true and correct copy of excerpts of fuboTV Inc.'s Amendment No. 3 to Form S-1, Registration Statement, filed with the SEC on October 5, 2020.

6.      Attached hereto as Exhibit C is a true and correct copy of a press release entitled, "fuboTV Acquires Balto Sports as First Step Into Online Sports Wagering Market," dated December 1, 2020.

7.      Attached here to as Exhibit D is a true and correct copy of a Wedbush Securities report entitled, "fuboTV (FUBO) Initiating with OP, $40 PT, 'Sports-First' Positions Co to Capture Cord-Cutters," dated December 15, 2020.

8.      Attached hereto as Exhibit E is a true and correct copy of the Yahoo! Finance Historical Data page for May 20, 2020 to April 1, 2021 for fuboTV Inc. (FUBO), *available at* https://finance.yahoo.com/quote/FUBO/history?p=FUBO, last accessed July 31, 2023.

1

9.      Attached hereto as Exhibit F is a true and correct copy of a Needham report entitled, "Raising FUBO's PT on 2021 Upside Drivers," dated December 22, 2020.

10.     Attached hereto as Exhibit G is a true and correct copy of a Kerrisdale Capital report entitled, "fuboTV Inc. (FUBO) Requiem for a Stream," dated December 30, 2020.

11.     Attached hereto as Exhibit H is a true and correct copy of a BMO Capital Markets report entitled, "Downgrade to Market Perform Despite Higher Target," dated December 22, 2020.

12.     Attached hereto as Exhibit I is a true and correct copy of a Lightshed Partners report entitled, "Initiating FUBO with Sell Rating and $8 Target Price," dated December 23, 2020.

13.     Attached hereto as Exhibit J is a true and correct copy of a press release entitled, "fuboTV Announces Q3 2020 Results," dated November 10, 2020.

14.     Attached hereto as Exhibit K is a true and correct copy of the transcript of the Q3 2020 earnings call for fuboTV Inc., held on November 10, 2020.

15.     Attached hereto as Exhibit L is a true and correct copy of excerpts of fuboTV Inc.'s Form 10-K for the period ended December 31, 2020, filed with the SEC on March 25, 2021.

16.     Attached hereto as Exhibit M is a true and correct copy of excerpts of fuboTV Inc.'s Form 10-K for the period ended December 31, 2021, filed with the SEC on March 1, 2022.


I declare under penalty of perjury under that the foregoing is true and correct.

 Executed August 1, 2023, in Chicago, Illinois.


_____
Kathryn K. George

2