# Exhibit C

# fuboTV Acquires Balto Sports as First Step Into Online Sports Wagering Market

**TV** ir.fubo.tv/news/news-details/2020/fuboTV-Acquires-Balto-Sports-as-First-Step-Into-Online-Sports-Wagering-Market/default.aspx

12/01/2020

NEW YORK--(BUSINESS WIRE)-- fuboTV Inc. (NYSE: FUBO), the leading sports-first live TV streaming platform, has acquired Balto Sports, marking the company's first move into the online sports wagering market.

Terms of the deal were not disclosed.

Balto Sports is a Y Combinator company that develops tools for users to organize and play fantasy sports games. fuboTV intends to leverage its own proprietary technology along with Balto's contest automation software to launch a free to play gaming offering.

In connection with the deal, Balto's team will join fuboTV and will be instrumental in driving the company's expansion into both free to play gaming and online sports wagering. The online sports wagering market is expected to reach $155 billion by 2024 according to Zion Market Research.

Additional announcements will be forthcoming.

David Gandler, co-founder and CEO, fuboTV, commented, "As we said in our third quarter earnings announcement last month, fuboTV sees the online wagering space as complementary to our sports-first live TV streaming platform. We believe there are significant synergies between consumers who enjoy wagering and our subscribers who enjoy streaming live sports, creating a flywheel opportunity. As we've previously expressed, one of our goals with wagering is to expand our total available market (TAM) by developing another important revenue stream for fuboTV, as we are doing with our growing ad sales business.

"The acquisition of Balto Sports will enable us to build a first class, free to play experience that brings consumers the best games around live sports. From there, we see a natural progression to layer on real money wagering in regulated markets complementing fuboTV's live streaming video for a highly engaging user experience within our platform. We will be strategic in our approach to wagering as we consider and evaluate different opportunities and will adjust our plans accordingly. We're excited to launch sports wagering, integrate it into our core offerings and deliver what we believe will be a truly groundbreaking live TV streaming platform to consumers."

**About fuboTV**

fuboTV (NYSE: FUBO) is the leading sports-first live TV streaming platform offering subscribers access to tens of thousands of live sporting events annually as well as leading news and entertainment content. fuboTV's base package, fubo Standard, features a broad mix of 100+ channels, including 43 of the top 50 Nielsen-ranked networks across sports, news and entertainment (Primetime A18-49).

Continually innovating to give subscribers a premium viewing experience they can't find with cable TV, fuboTV is regularly first-to-market with new product features and was the first virtual MVPD to stream in 4K.

fuboTV merged with FaceBank Group in April 2020 to create a leading digital entertainment company, combining fuboTV's direct-to-consumer live TV streaming platform for cord-cutters with FaceBank's technology-driven IP in sports, movies and live performances.

**Cautionary Note Regarding Forward-Looking Statements**

This press release contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Forward-looking statements are neither historical facts nor assurances of future performance. Instead, they are based on the current beliefs, expectations and assumptions of fuboTV and on information currently available to fuboTV. The forward-looking statements in this press release represent fuboTV's views as of the date of this press release. These statements may include, but are not limited to, statements regarding future events or future financial and operating performance and fuboTV's plans for, and the anticipated benefits of, and new strategic partnerships. Although fuboTV believes the expectations reflected in such forward-looking statements are reasonable, fuboTV can give no assurance that such expectations will prove to be correct. Forward-looking statements may involve known and unknown risks, uncertainties and other factors that may cause fuboTV's actual results, performance or achievements to be materially different from those expressed or implied by the forward-looking statements. Accordingly, readers are cautioned not to place undue reliance on these forward-looking statements. Except as required by applicable law, fuboTV does not plan to publicly update or revise any forward-looking statements contained herein, whether as a result of any new information, future events, changed circumstances or otherwise. No representations or warranties (expressed or implied) are made about the accuracy of any such forward-looking statements. Important factors that could cause fuboTV's actual results to differ materially are detailed from time to time in the reports fuboTV files with the Securities and Exchange Commission, copies of which are available on the Securities and Exchange Commission's website at www.sec.gov and are available from fuboTV without charge. However, new risk factors and uncertainties may emerge from time to time, and it is not possible to predict all risk factors and uncertainties.

View source version on businesswire.com:
https://www.businesswire.com/news/home/20201201006185/en/

**fuboTV Investors and Media**

**Media:**

3/3

Jennifer L. Press
jpress@fubo.tv

Katie Minogue
kminogue@fubo.tv

**Investors**:
The Blueshirt Group for fuboTV
ir@fubo.tv
Source: fuboTV Inc.

**Multimedia Files:**