# Exhibit E

Finance Home    Watchlists    My Portfolio    Markets    News    Videos    Yahoo Finance Plus Y+    Screeners    •••

## fuboTV Inc. (FUBO)
NYSE - Nasdaq Real Time Price. Currency in USD

Follow    Visitors trend  2W ↑  10W ↑  9M ↑

Quote Lookup

**3.3700** +0.5600 (+19.9288%)
At close: 04:00PM EDT
**3.4100** +0.0400 (+1.1869%)
After hours: 5:54PM EDT

Summary    Company Insights Y+    Chart    Conversations    Statistics    **Historical Data**    Profile    Financials    Analysis    Options    Holders    Sustainability

AT&T fiber
No price increase at 12 months
No equipment fees
No data caps
Learn more
Ltd. avail./areas.

Time Period: May 19, 2020 - Apr 01, 2021 ⌄    Show: Historical Prices ⌄    Frequency: Daily ⌄

Apply

Currency in USD                                                ↓ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|------|------|------|-----|--------|-------------|--------|
| Apr 01, 2021 | 23.7300 | 24.0100 | 22.2200 | 22.4400 | 22.4400 | 18,646,000 |
| Mar 31, 2021 | 22.6600 | 22.8200 | 21.2440 | 22.1200 | 22.1200 | 15,666,100 |
| Mar 30, 2021 | 21.0000 | 22.7800 | 20.3800 | 21.7500 | 21.7500 | 18,815,100 |
| Mar 29, 2021 | 22.0100 | 22.4720 | 20.7000 | 21.0600 | 21.0600 | 20,016,800 |
| Mar 26, 2021 | 26.0000 | 26.6700 | 20.6900 | 21.8800 | 21.8800 | 31,745,100 |
| Mar 25, 2021 | 25.8400 | 27.0500 | 25.1200 | 25.8900 | 25.8900 | 9,651,700 |
| Mar 24, 2021 | 29.5500 | 30.5800 | 26.7500 | 26.8500 | 26.8500 | 7,031,500 |
| Mar 23, 2021 | 31.4000 | 31.4700 | 29.1320 | 30.0900 | 30.0900 | 7,454,300 |
| Mar 22, 2021 | 31.6800 | 32.1400 | 30.5950 | 31.5300 | 31.5300 | 4,646,300 |
| Mar 19, 2021 | 29.9000 | 32.2700 | 28.8100 | 31.4200 | 31.4200 | 9,792,000 |
| Mar 18, 2021 | 30.7600 | 31.8530 | 29.8000 | 30.2100 | 30.2100 | 5,308,700 |
| Mar 17, 2021 | 30.1700 | 32.4610 | 29.4000 | 32.0500 | 32.0500 | 8,511,600 |
| Mar 16, 2021 | 34.7100 | 34.7200 | 31.3900 | 31.9600 | 31.9600 | 8,130,500 |
| Mar 15, 2021 | 32.0800 | 34.3500 | 31.5620 | 33.4300 | 33.4300 | 9,719,700 |
| Mar 12, 2021 | 31.4300 | 33.2400 | 30.7100 | 32.3100 | 32.3100 | 7,226,200 |
| Mar 11, 2021 | 31.3400 | 34.1400 | 30.5100 | 33.6500 | 33.6500 | 11,110,800 |
| Mar 10, 2021 | 30.4100 | 32.0000 | 29.6500 | 30.0500 | 30.0500 | 11,625,500 |
| Mar 09, 2021 | 28.6600 | 29.7400 | 28.0150 | 28.9100 | 28.9100 | 10,543,400 |
| Mar 08, 2021 | 29.7400 | 31.1700 | 26.8000 | 27.3100 | 27.3100 | 11,769,900 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

Finance Home    Watchlists    My Portfolio    Markets    News    Videos    Yahoo Finance Plus 🅥    Screeners    •••

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Mar 05, 2021 | 31.2100 | 31.9600 | 26.1300 | 29.9600 | 29.9600 | 19,312,100 |
| Mar 04, 2021 | 34.0900 | 35.5000 | 27.4000 | 32.1100 | 32.1100 | 30,394,400 |
| Mar 03, 2021 | 37.7000 | 37.7300 | 34.0000 | 34.1400 | 34.1400 | 28,315,500 |
| Mar 02, 2021 | 43.2100 | 43.2800 | 39.3300 | 41.8900 | 41.8900 | 26,124,800 |
| Mar 01, 2021 | 37.2500 | 38.7800 | 36.2600 | 38.7800 | 38.7800 | 7,665,300 |
| Feb 26, 2021 | 35.2100 | 36.6600 | 33.3020 | 35.3000 | 35.3000 | 9,902,200 |
| Feb 25, 2021 | 38.8500 | 40.8000 | 33.9900 | 34.9100 | 34.9100 | 12,202,900 |
| Feb 24, 2021 | 39.2400 | 39.8000 | 36.2100 | 39.4100 | 39.4100 | 9,760,600 |
| Feb 23, 2021 | 35.9500 | 39.6400 | 33.0000 | 38.9300 | 38.9300 | 18,396,200 |
| Feb 22, 2021 | 41.9400 | 42.8500 | 40.3800 | 40.8200 | 40.8200 | 11,497,000 |
| Feb 19, 2021 | 43.1300 | 44.6400 | 42.2000 | 42.9500 | 42.9500 | 10,209,300 |
| Feb 18, 2021 | 44.4900 | 45.4600 | 41.6940 | 42.2300 | 42.2300 | 11,417,300 |
| Feb 17, 2021 | 44.7600 | 46.3000 | 43.0000 | 45.9600 | 45.9600 | 12,287,600 |
| Feb 16, 2021 | 46.4700 | 47.2800 | 42.3580 | 43.2800 | 43.2800 | 13,061,000 |
| Feb 12, 2021 | 43.1700 | 47.0000 | 42.8540 | 46.6600 | 46.6600 | 10,922,300 |
| Feb 11, 2021 | 45.3200 | 46.2000 | 42.8000 | 43.8900 | 43.8900 | 8,813,200 |
| Feb 10, 2021 | 47.8300 | 49.5000 | 43.5000 | 45.8500 | 45.8500 | 13,050,200 |
| Feb 09, 2021 | 46.0000 | 48.7800 | 44.5100 | 46.7500 | 46.7500 | 13,359,800 |
| Feb 08, 2021 | 47.3600 | 47.7900 | 45.3000 | 46.3200 | 46.3200 | 13,589,300 |
| Feb 05, 2021 | 51.2000 | 51.4990 | 48.3300 | 48.7800 | 48.7800 | 10,585,500 |
| Feb 04, 2021 | 50.8000 | 54.2400 | 49.9700 | 51.0500 | 51.0500 | 18,595,800 |
| Feb 03, 2021 | 49.0100 | 50.5000 | 47.5000 | 49.1000 | 49.1000 | 11,207,500 |
| Feb 02, 2021 | 50.8500 | 51.3100 | 47.1200 | 48.4600 | 48.4600 | 20,959,400 |
| Feb 01, 2021 | 47.4200 | 52.4000 | 44.3000 | 52.4000 | 52.4000 | 44,140,500 |
| Jan 29, 2021 | 45.3900 | 46.3500 | 40.5000 | 42.2500 | 42.2500 | 30,110,900 |
| Jan 28, 2021 | 49.8200 | 49.8800 | 39.8500 | 39.8500 | 39.8500 | 33,709,000 |
| Jan 27, 2021 | 47.6300 | 57.4700 | 44.5500 | 46.7500 | 46.7500 | 58,664,900 |
| Jan 26, 2021 | 41.9300 | 44.2500 | 38.6300 | 43.9200 | 43.9200 | 27,880,700 |
| Jan 25, 2021 | 40.3200 | 44.7800 | 36.1000 | 40.9800 | 40.9800 | 49,556,000 |
| Jan 22, 2021 | 34.2000 | 38.1000 | 33.2800 | 37.7200 | 37.7200 | 33,514,400 |
| Jan 21, 2021 | 31.6800 | 36.0000 | 31.3600 | 35.5000 | 35.5000 | 52,462,700 |
| Jan 20, 2021 | 31.5700 | 32.4900 | 30.0600 | 30.1500 | 30.1500 | 18,514,400 |
| Jan 19, 2021 | 32.4100 | 32.5000 | 29.5200 | 30.7400 | 30.7400 | 22,078,700 |
| Jan 15, 2021 | 35.1000 | 36.2000 | 31.7000 | 32.1300 | 32.1300 | 23,996,500 |
| Jan 14, 2021 | 36.0700 | 36.8700 | 32.5200 | 35.6200 | 35.6200 | 32,913,000 |
| Jan 13, 2021 | 38.2900 | 40.4000 | 34.5100 | 35.8000 | 35.8000 | 53,521,100 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Jan 12, 2021 | 31.1200 | 36.9000 | 29.5500 | 36.4800 | 36.4800 | 77,881,200 |
| Jan 11, 2021 | 26.1200 | 28.9400 | 26.0710 | 27.1900 | 27.1900 | 13,128,100 |
| Jan 08, 2021 | 28.9700 | 29.4000 | 26.0100 | 27.3100 | 27.3100 | 20,750,200 |
| Jan 07, 2021 | 28.3600 | 30.1300 | 27.2200 | 28.3700 | 28.3700 | 26,136,800 |
| Jan 06, 2021 | 28.0900 | 29.1900 | 25.6110 | 27.1700 | 27.1700 | 37,259,200 |
| Jan 05, 2021 | 27.7100 | 30.7700 | 26.7700 | 27.3300 | 27.3300 | 75,896,300 |
| Jan 04, 2021 | 28.2300 | 28.2400 | 23.1700 | 24.2400 | 24.2400 | 61,923,500 |
| Dec 31, 2020 | 30.6500 | 30.6500 | 27.3500 | 28.0000 | 28.0000 | 63,933,900 |
| Dec 30, 2020 | 37.7000 | 38.9900 | 32.2500 | 33.3100 | 33.3100 | 53,676,200 |
| Dec 29, 2020 | 39.8200 | 39.9400 | 36.1200 | 38.7400 | 38.7400 | 19,207,000 |
| Dec 28, 2020 | 39.8200 | 41.4700 | 36.5000 | 38.9400 | 38.9400 | 29,363,200 |
| Dec 24, 2020 | 50.5300 | 50.5500 | 42.8200 | 44.1800 | 44.1800 | 26,307,200 |
| Dec 23, 2020 | 56.0800 | 57.8700 | 52.5000 | 52.5900 | 52.5900 | 20,005,500 |
| Dec 22, 2020 | 55.6000 | 62.2900 | 52.5000 | 62.0000 | 62.0000 | 35,624,100 |
| Dec 21, 2020 | 42.1400 | 51.6400 | 39.8930 | 49.4800 | 49.4800 | 32,580,300 |
| Dec 18, 2020 | 35.9900 | 40.1800 | 35.9300 | 39.2500 | 39.2500 | 19,681,600 |
| Dec 17, 2020 | 30.2200 | 35.8700 | 29.6000 | 35.3200 | 35.3200 | 20,238,400 |
| Dec 16, 2020 | 27.6000 | 31.1000 | 26.9300 | 29.7000 | 29.7000 | 11,907,700 |
| Dec 15, 2020 | 27.6500 | 27.6500 | 26.0300 | 26.4700 | 26.4700 | 3,030,700 |
| Dec 14, 2020 | 28.5000 | 28.9800 | 25.5500 | 27.1500 | 27.1500 | 4,362,500 |
| Dec 11, 2020 | 28.5000 | 29.2700 | 26.5470 | 27.5800 | 27.5800 | 6,048,300 |
| Dec 10, 2020 | 28.6900 | 29.9900 | 28.1100 | 28.9000 | 28.9000 | 4,778,900 |
| Dec 09, 2020 | 29.0000 | 32.7300 | 27.7700 | 29.7900 | 29.7900 | 8,054,000 |
| Dec 08, 2020 | 27.4000 | 29.6540 | 27.1740 | 29.0000 | 29.0000 | 4,198,900 |
| Dec 07, 2020 | 27.8900 | 29.7600 | 27.0000 | 27.6000 | 27.6000 | 6,890,800 |
| Dec 04, 2020 | 27.2000 | 27.2800 | 26.0600 | 27.0000 | 27.0000 | 4,697,300 |
| Dec 03, 2020 | 26.7500 | 28.3000 | 26.3000 | 26.9000 | 26.9000 | 5,095,100 |
| Dec 02, 2020 | 28.5000 | 29.2100 | 26.0300 | 27.4000 | 27.4000 | 10,348,700 |
| Dec 01, 2020 | 28.0800 | 28.3000 | 26.5950 | 26.7400 | 26.7400 | 4,985,200 |
| Nov 30, 2020 | 27.9100 | 28.6600 | 26.9000 | 27.7000 | 27.7000 | 5,449,100 |
| Nov 27, 2020 | 25.9000 | 27.4200 | 25.6000 | 27.1000 | 27.1000 | 3,969,300 |
| Nov 25, 2020 | 24.5100 | 25.5700 | 23.0000 | 25.2600 | 25.2600 | 5,733,100 |
| Nov 24, 2020 | 27.6100 | 27.6100 | 22.7500 | 24.8500 | 24.8500 | 7,313,100 |
| Nov 23, 2020 | 24.8700 | 27.9000 | 24.3800 | 25.7500 | 25.7500 | 8,390,300 |
| Nov 20, 2020 | 22.8000 | 24.5000 | 22.8000 | 23.6500 | 23.6500 | 5,186,400 |
| Nov 19, 2020 | 22.1300 | 22.4800 | 19.8500 | 22.2000 | 22.2000 | 4,372,000 |

*Close price adjusted for splits.     **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

Finance Home    Watchlists    My Portfolio    Markets    News    Videos    Yahoo Finance Plus 🅿️    Screeners    •••

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Nov 18, 2020 | 22.2000 | 23.8800 | 20.5300 | 20.8300 | 20.8300 | 8,127,800 |
| Nov 17, 2020 | 18.3000 | 22.4400 | 18.3000 | 21.6600 | 21.6600 | 12,244,900 |
| Nov 16, 2020 | 15.7200 | 18.7100 | 15.6500 | 18.5900 | 18.5900 | 4,695,200 |
| Nov 13, 2020 | 15.1200 | 16.5700 | 14.9600 | 15.3200 | 15.3200 | 4,474,900 |
| Nov 12, 2020 | 16.4000 | 16.6500 | 14.8700 | 15.4200 | 15.4200 | 4,767,400 |
| Nov 11, 2020 | 20.0000 | 20.3500 | 15.9500 | 16.0300 | 16.0300 | 12,615,300 |
| Nov 10, 2020 | 14.5500 | 15.7500 | 14.4000 | 15.6500 | 15.6500 | 3,234,700 |
| Nov 09, 2020 | 14.9600 | 15.2600 | 14.3500 | 14.6500 | 14.6500 | 1,381,100 |
| Nov 06, 2020 | 15.2000 | 15.3500 | 14.2900 | 14.9200 | 14.9200 | 1,935,100 |
| Nov 05, 2020 | 14.6000 | 15.6100 | 14.5990 | 14.7800 | 14.7800 | 1,506,800 |
| Nov 04, 2020 | 15.4500 | 15.5300 | 14.0500 | 14.2800 | 14.2800 | 1,853,700 |
| Nov 03, 2020 | 14.0600 | 15.6900 | 14.0000 | 14.9300 | 14.9300 | 3,191,000 |
| Nov 02, 2020 | 14.2200 | 14.7000 | 13.5500 | 13.8000 | 13.8000 | 1,624,600 |
| Oct 30, 2020 | 13.5000 | 13.9500 | 13.1800 | 13.4900 | 13.4900 | 1,994,000 |
| Oct 29, 2020 | 13.9500 | 14.6900 | 13.5600 | 13.6400 | 13.6400 | 2,276,300 |
| Oct 28, 2020 | 13.0000 | 14.2000 | 12.4000 | 13.7300 | 13.7300 | 2,570,600 |
| Oct 27, 2020 | 13.4600 | 14.0400 | 13.1000 | 13.8000 | 13.8000 | 1,945,000 |
| Oct 26, 2020 | 13.2500 | 14.1900 | 13.1800 | 13.7300 | 13.7300 | 2,275,400 |
| Oct 23, 2020 | 12.9900 | 13.6400 | 12.6100 | 13.4900 | 13.4900 | 2,790,300 |
| Oct 22, 2020 | 12.1500 | 12.4700 | 11.4400 | 12.4000 | 12.4000 | 1,581,600 |
| Oct 21, 2020 | 12.2000 | 12.2000 | 12.2000 | 12.2000 | 12.2000 | - |
| Oct 20, 2020 | 12.2000 | 12.2000 | 12.2000 | 12.2000 | 12.2000 | - |
| Oct 19, 2020 | 12.6500 | 13.2000 | 11.9200 | 11.9700 | 11.9700 | 3,725,600 |
| Oct 16, 2020 | 11.3800 | 12.5000 | 10.7900 | 12.0100 | 12.0100 | 5,577,300 |
| Oct 15, 2020 | 9.4500 | 10.7900 | 9.2600 | 10.7900 | 10.7900 | 4,971,200 |
| Oct 14, 2020 | 10.1800 | 10.2800 | 9.3200 | 9.3200 | 9.3200 | 1,545,500 |
| Oct 13, 2020 | 9.8000 | 9.8490 | 9.0600 | 9.7100 | 9.7100 | 3,427,400 |
| Oct 12, 2020 | 10.2500 | 10.3000 | 9.5000 | 9.8600 | 9.8600 | 1,898,600 |
| Oct 09, 2020 | 11.0000 | 11.0000 | 10.0500 | 10.0700 | 10.0700 | 2,295,700 |
| Oct 08, 2020 | 11.0000 | 12.0000 | 10.0100 | 10.2600 | 10.2600 | 10,761,900 |
| Oct 07, 2020 | 13.0000 | 13.0000 | 12.0000 | 12.2000 | 12.2000 | 147,000 |
| Oct 06, 2020 | 13.7500 | 13.8500 | 12.7500 | 12.9250 | 12.9250 | 166,600 |
| Oct 05, 2020 | 12.1100 | 14.2500 | 12.1100 | 13.5000 | 13.5000 | 203,300 |
| Oct 02, 2020 | 10.7400 | 12.4800 | 10.7400 | 12.0900 | 12.0900 | 186,300 |
| Oct 01, 2020 | 9.0500 | 11.6100 | 9.0500 | 10.7200 | 10.7200 | 149,900 |
| Sep 30, 2020 | 9.0000 | 9.4000 | 8.7200 | 9.0000 | 9.0000 | 31,100 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

THE BMW SUMMER ON SALES EVENT

THE X5    THE 4 GRAN COUPE

BMW
The Ultimate Driving Machine®

Finance Home     Watchlists     My Portfolio     Markets     News     Videos     Yahoo Finance Plus     Screeners     ...

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Sep 29, 2020 | 9.1700 | 9.4000 | 8.9800 | 9.3000 | 9.3000 | 38,700 |
| Sep 28, 2020 | 9.4000 | 9.5000 | 8.9000 | 9.1700 | 9.1700 | 23,900 |
| Sep 25, 2020 | 8.8500 | 9.5000 | 8.4900 | 9.3500 | 9.3500 | 36,200 |
| Sep 24, 2020 | 9.2900 | 9.2900 | 8.2600 | 8.8500 | 8.8500 | 82,800 |
| Sep 23, 2020 | 9.2000 | 9.2000 | 9.0250 | 9.2000 | 9.2000 | 13,800 |
| Sep 22, 2020 | 9.6000 | 9.7500 | 9.1000 | 9.3500 | 9.3500 | 21,300 |
| Sep 21, 2020 | 9.4100 | 9.8300 | 9.4100 | 9.6000 | 9.6000 | 14,800 |
| Sep 18, 2020 | 10.3900 | 10.3900 | 9.5000 | 9.6000 | 9.6000 | 28,100 |
| Sep 17, 2020 | 9.9000 | 10.0500 | 9.1100 | 9.8000 | 9.8000 | 20,900 |
| Sep 16, 2020 | 9.9800 | 10.0500 | 9.4000 | 9.8600 | 9.8600 | 35,800 |
| Sep 15, 2020 | 9.4000 | 9.9800 | 9.1000 | 9.9800 | 9.9800 | 46,600 |
| Sep 14, 2020 | 9.3500 | 9.3500 | 9.2000 | 9.3000 | 9.3000 | 10,600 |
| Sep 11, 2020 | 8.9200 | 9.9700 | 8.9200 | 9.0900 | 9.0900 | 50,100 |
| Sep 10, 2020 | 9.0000 | 9.5750 | 8.8000 | 9.0000 | 9.0000 | 20,700 |
| Sep 09, 2020 | 9.7500 | 9.7500 | 9.0500 | 9.1500 | 9.1500 | 18,000 |
| Sep 08, 2020 | 9.3600 | 9.7300 | 9.0000 | 9.2000 | 9.2000 | 11,900 |
| Sep 04, 2020 | 9.2500 | 9.5000 | 9.2100 | 9.3600 | 9.3600 | 7,700 |
| Sep 03, 2020 | 9.9900 | 10.0000 | 9.3600 | 9.7000 | 9.7000 | 12,900 |
| Sep 02, 2020 | 9.6500 | 9.8000 | 9.6000 | 9.7800 | 9.7800 | 24,500 |
| Sep 01, 2020 | 9.6000 | 9.8000 | 9.6000 | 9.7700 | 9.7700 | 16,700 |
| Aug 31, 2020 | 10.1000 | 10.1000 | 9.1000 | 9.8000 | 9.8000 | 22,700 |
| Aug 28, 2020 | 9.7500 | 9.7500 | 9.0200 | 9.7500 | 9.7500 | 61,400 |
| Aug 27, 2020 | 9.8500 | 9.8500 | 9.6000 | 9.7500 | 9.7500 | 7,600 |
| Aug 26, 2020 | 10.0000 | 10.0000 | 9.8500 | 9.9000 | 9.9000 | 15,500 |
| Aug 25, 2020 | 10.1500 | 10.3500 | 9.9800 | 10.0000 | 10.0000 | 41,900 |
| Aug 24, 2020 | 10.5000 | 10.5000 | 10.0500 | 10.5000 | 10.5000 | 4,800 |
| Aug 21, 2020 | 10.6900 | 11.2000 | 10.4450 | 10.5000 | 10.5000 | 89,000 |
| Aug 20, 2020 | 11.3300 | 11.3300 | 10.4400 | 10.7000 | 10.7000 | 13,300 |
| Aug 19, 2020 | 10.3750 | 11.4000 | 10.3500 | 11.3000 | 11.3000 | 14,000 |
| Aug 18, 2020 | 9.7500 | 11.2300 | 9.7500 | 10.5000 | 10.5000 | 10,000 |
| Aug 17, 2020 | 10.9100 | 11.2300 | 9.8600 | 10.3400 | 10.3400 | 22,800 |
| Aug 14, 2020 | 10.9250 | 11.9500 | 10.8500 | 10.8700 | 10.8700 | 25,500 |
| Aug 13, 2020 | 10.7300 | 11.0100 | 10.1500 | 10.9900 | 10.9900 | 18,500 |
| Aug 12, 2020 | 11.3800 | 11.3800 | 10.1500 | 10.6500 | 10.6500 | 18,300 |
| Aug 11, 2020 | 10.6000 | 11.4500 | 10.0800 | 11.2000 | 11.2000 | 52,600 |
| Aug 10, 2020 | 10.0000 | 10.0000 | 9.9000 | 10.0000 | 10.0000 | 6,900 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

**BEST CHARTS YET.**

Explore new charts

### People Also Watch

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **SKLZ** Skillz Inc. | 11.96 | +0.07 | +0.59% |
| **DKNG** DraftKings Inc. | 31.78 | -0.60 | -1.85% |
| **OPEN** Opendoor Technologies Inc. | 5.11 | +0.27 | +5.58% |
| **CLOV** Clover Health Investments, Corp. | 1.2500 | +0.1200 | +10.62% |
| **FSLY** Fastly, Inc. | 18.37 | +0.70 | +3.96% |

### Similar to FUBO

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **CURI** CuriosityStream Inc. | 1.1100 | +0.0900 | +8.82% |
| **GTN** Gray Television, Inc. | 9.47 | +0.39 | +4.30% |
| **IHRT** iHeartMedia, Inc. | 4.7300 | +0.5200 | +12.35% |
| **FUBO.MX** fuboTV Inc. | 55.24 | +13.44 | +32.15% |
| **CMLS** Cumulus Media Inc. | 6.34 | +0.80 | +14.44% |

### Earnings >

○ Consensus EPS

| | Q2 2022 | Q3 2022 | Q4 2022 | Q1 2023 | Q2 2023 |
|---|---|---|---|---|---|
| | Beat By $0.08 | Missed By $0.09 | Missed By $0.05 | Beat By $0.06 | — Aug 04 |

### Financials >

**Annual**   Quarterly        Revenue   Earnings

| Date | | | | | | |
|---|---|---|---|---|---|---|
| Aug 07, 2020 | 10.0800 | 10.5000 | 9.8600 | 10.2000 | 10.2000 | 9,700 |
| Aug 06, 2020 | 9.9000 | 10.2500 | 9.7000 | 10.0800 | 10.0800 | 8,800 |
| Aug 05, 2020 | 9.8500 | 9.9800 | 9.7000 | 9.7000 | 9.7000 | 3,700 |
| Aug 04, 2020 | 9.6900 | 10.3000 | 9.6900 | 9.8500 | 9.8500 | 8,800 |
| Aug 03, 2020 | 10.0000 | 10.0000 | 9.5100 | 9.9500 | 9.9500 | 5,800 |
| Jul 31, 2020 | 9.6650 | 10.0500 | 9.4200 | 10.0000 | 10.0000 | 7,800 |
| Jul 30, 2020 | 9.8500 | 9.8500 | 9.0100 | 9.4300 | 9.4300 | 8,300 |
| Jul 29, 2020 | 9.5000 | 9.8500 | 9.0800 | 9.8500 | 9.8500 | 11,000 |
| Jul 28, 2020 | 9.8000 | 9.8000 | 9.0700 | 9.5000 | 9.5000 | 10,400 |
| Jul 27, 2020 | 9.8500 | 9.8500 | 9.8000 | 9.8000 | 9.8000 | 3,500 |
| Jul 24, 2020 | 9.9900 | 10.0000 | 9.0100 | 9.8500 | 9.8500 | 23,700 |
| Jul 23, 2020 | 9.9500 | 10.0000 | 9.7700 | 10.0000 | 10.0000 | 2,600 |
| Jul 22, 2020 | 10.0000 | 10.2500 | 9.8800 | 10.0000 | 10.0000 | 6,700 |
| Jul 21, 2020 | 9.9220 | 10.0000 | 9.9000 | 9.9500 | 9.9500 | 2,500 |
| Jul 20, 2020 | 9.9500 | 10.0500 | 9.8200 | 9.8800 | 9.8800 | 17,300 |
| Jul 17, 2020 | 9.9500 | 10.3000 | 9.9500 | 10.1500 | 10.1500 | 6,300 |
| Jul 16, 2020 | 10.0700 | 10.1250 | 9.9800 | 10.0100 | 10.0100 | 7,200 |
| Jul 15, 2020 | 10.0500 | 10.0500 | 9.7900 | 10.0000 | 10.0000 | 17,400 |
| Jul 14, 2020 | 10.4500 | 10.4500 | 9.9000 | 10.0500 | 10.0500 | 22,300 |
| Jul 13, 2020 | 10.3300 | 10.4900 | 10.3100 | 10.4500 | 10.4500 | 12,000 |
| Jul 10, 2020 | 10.5000 | 10.7500 | 9.8000 | 10.3300 | 10.3300 | 9,900 |
| Jul 09, 2020 | 11.0000 | 11.0000 | 10.5000 | 10.7000 | 10.7000 | 14,000 |
| Jul 08, 2020 | 9.2500 | 10.9500 | 8.8500 | 10.5100 | 10.5100 | 35,600 |
| Jul 07, 2020 | 9.0000 | 9.2500 | 8.5000 | 8.6900 | 8.6900 | 31,300 |
| Jul 06, 2020 | 10.0000 | 10.1500 | 8.1200 | 9.1680 | 9.1680 | 60,000 |
| Jul 02, 2020 | 10.6500 | 10.6500 | 10.0000 | 10.0000 | 10.0000 | 13,800 |
| Jul 01, 2020 | 10.6500 | 12.6000 | 10.6500 | 10.6500 | 10.6500 | 12,400 |
| Jun 30, 2020 | 10.6630 | 10.7400 | 9.9900 | 10.4500 | 10.4500 | 3,600 |
| Jun 29, 2020 | 10.0200 | 10.7800 | 10.0000 | 10.4900 | 10.4900 | 14,200 |
| Jun 26, 2020 | 11.4900 | 11.5980 | 10.8100 | 11.1500 | 11.1500 | 4,400 |
| Jun 25, 2020 | 11.9700 | 11.9700 | 10.8250 | 11.3500 | 11.3500 | 9,700 |
| Jun 24, 2020 | 10.0000 | 12.2500 | 9.9500 | 11.6000 | 11.6000 | 40,700 |
| Jun 23, 2020 | 10.0000 | 10.4000 | 9.6000 | 10.0000 | 10.0000 | 7,300 |
| Jun 22, 2020 | 10.3500 | 10.3500 | 10.0000 | 10.0000 | 10.0000 | 5,700 |
| Jun 19, 2020 | 11.0000 | 11.3000 | 10.3600 | 10.7500 | 10.7500 | 12,500 |
| Jun 18, 2020 | 11.7500 | 11.7500 | 11.0000 | 11.3400 | 11.3400 | 7,000 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.



Strong Buy
Buy
Hold
Underperform
Sell

**Recommendation Rating** ❯

2.7

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Strong Buy | Buy | Hold | Under-perform | Sell |

**Analyst Price Targets (5)** ❯

Average 3.26



Low 2.30                    High 5.00

Current 3.37

**Upgrades & Downgrades** ❯

| Reiterates | Barrington Research: Market Perform to Market Perform | 5/25/2023 |
|---|---|---|
| Reiterates | Needham: Buy to Buy | 5/22/2023 |
| Reiterates | Wedbush: to Outperform | 5/8/2023 |
| Reiterates | Needham: to Buy | 5/8/2023 |
| Maintains | Stephens & Co.: to Equal-Weight | 2/28/2023 |
| Downgrade | Evercore ISI Group: Outperform to In-Line | 2/28/2023 |

**Company Profile** ❯

1290 Avenue of the
Americas
New York, NY 10104
United States
212 672 0055
https://www.fubo.tv
Sector(s): **Communication Services**
Industry: **Broadcasting**
Full Time Employees: **510**

fuboTV Inc. operates a live TV streaming platform for live sports, news, and entertainment content in the United States and internationally. Its fuboTV platform allows customers to access content through streaming devices, as well as on SmartTVs, computers, mobile phones, and tablets. The company is headquartered in New York, New York.

More about fuboTV Inc.

Finance Home    Watchlists    My Portfolio    Markets    News    Videos    Yahoo Finance Plus 🅥    Screeners    •••

| Jun 17, 2020 | 10.9500 | 12.0000 | 10.8600 | 12.0000 | 12.0000 | 2,100 |
| Jun 16, 2020 | 11.9000 | 12.0000 | 11.0000 | 11.0500 | 11.0500 | 3,600 |
| Jun 15, 2020 | 12.0000 | 12.0000 | 10.5100 | 11.9000 | 11.9000 | 3,300 |
| Jun 12, 2020 | 10.1200 | 11.9800 | 10.1200 | 11.9800 | 11.9800 | 7,700 |
| Jun 11, 2020 | 12.0000 | 12.1500 | 10.7600 | 11.0000 | 11.0000 | 3,100 |
| Jun 10, 2020 | 12.0000 | 12.0700 | 11.0100 | 12.0000 | 12.0000 | 3,500 |
| Jun 09, 2020 | 12.5000 | 12.5000 | 11.2600 | 12.1000 | 12.1000 | 8,800 |
| Jun 08, 2020 | 11.2500 | 12.2700 | 10.7500 | 12.2500 | 12.2500 | 14,600 |
| Jun 05, 2020 | 10.9900 | 11.3500 | 9.5200 | 11.3500 | 11.3500 | 27,500 |
| Jun 04, 2020 | 11.0000 | 11.0000 | 9.9200 | 10.9900 | 10.9900 | 16,700 |
| Jun 03, 2020 | 10.0000 | 10.7500 | 9.7500 | 10.1000 | 10.1000 | 11,600 |
| Jun 02, 2020 | 11.1000 | 11.2400 | 10.5000 | 10.6000 | 10.6000 | 7,300 |
| Jun 01, 2020 | 11.4000 | 11.5500 | 11.1000 | 11.2500 | 11.2500 | 2,800 |
| May 29, 2020 | 11.8300 | 12.0000 | 11.2100 | 11.5500 | 11.5500 | 3,600 |
| May 28, 2020 | 12.9700 | 12.9700 | 11.3100 | 11.8300 | 11.8300 | 9,600 |
| May 27, 2020 | 11.8000 | 12.9700 | 11.5000 | 12.9700 | 12.9700 | 5,500 |
| May 26, 2020 | 11.5000 | 12.9900 | 11.5000 | 12.0000 | 12.0000 | 9,200 |
| May 22, 2020 | 14.7000 | 14.7000 | 11.1200 | 11.5000 | 11.5000 | 12,300 |
| May 21, 2020 | 13.2500 | 13.2500 | 11.1200 | 13.1040 | 13.1040 | 6,700 |
| May 20, 2020 | 11.2000 | 13.2500 | 11.0000 | 13.2500 | 13.2500 | 35,900 |

*Close price adjusted for splits.     **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Your Privacy Choices ✓✗
CA Privacy Notice
About Our Ads  Sitemap

🐦  f  in

© 2023 Yahoo. All rights reserved.