# Exhibit H

December 22, 2020 | 23:42 ET | 23:42 ET~

# fuboTV Inc.

IN Fact

**BMO Capital Markets**

| FUBO-NYSE | Rating ↓ | Price: Dec-22 | Target ↑ | Total Rtn |
|---|---|---|---|---|
| | **Market Perform** | **$62.00** | **$50.00** | **-19%** |

## Internet & Media

**Daniel Salmon**
dan.salmon@bmo.com

Analyst
(212) 885-4029

**Valerie Zhang, CFA**
valerie.zhang@bmo.com

Senior Associate
(212) 885-4030

Legal Entity:    BMO Capital Markets Corp.

# Downgrade to Market Perform Despite Higher Target

### Bottom Line:

We are downgrading FUBO to Market Perform following recent outperformance. We raise our valuation and target again owing to higher streaming comp set valuation and expanded distribution opportunities (e.g. partnership with Hisense and VIDAA) that add upside tension to subscriber estimates. Our new target implies downside to shares, however this is more a reflection of recent volatility than an incrementally negative view. With that said, we think secular tailwinds and recent execution are reflected at these levels.

### Key Points

**More than Meets the Eye**: We think FUBO continues to offer a more promising path to profitability than most new investors expect (i.e. rising attachment rate, falling minimum guarantee payments), and we explored this more in our initiation.

**Sports Betting Momentum Expected to Continue**: Following fubo's acquisition of Balto Sports, we expect FUBO to roll out free-to-play gaming in 2021 and we anticipate more announcements in the coming months. Management is taking a deliberate approach toward expansion and we view its multi-phase approach as prudent. For more see the recap of our recent meetings with management.

**Stock Performance Attracts Short Interest**: The past few weeks' inbound investor interest has generally scoped out both the bull and bear cases, but ultimately focused on potential negative catalysts for a short thesis. The most common cited are the Dec 30th lockup, and the post-Super Bowl period when subscribers are expected to decline sequentially, including the follow up period when FUBO will lack Turner's NBA and Men's College Basketball rights (but include ESPN). We continue to model more conservative 1H subscriber assumptions than consensus.

**Valuation**: We increase our target to $50 from $33, owing to a higher target multiple reflecting expanded streaming comps valuation and expanded distribution opportunities (e.g. partnership with Hisense and VIDAA) that adds upside tension to subscriber estimates. $50 implies FUBO trades at a 10.3x 2022E EV/revenue and 38.1x 2022E EV/gross profit.

**2YR Price Volume Chart**

LHS: Price ($) / RHS: Volume (mm)    Source: FactSet

| Company Data | | | in $ |
|---|---|---|---|
| Dividend | $0.00 | Shares O/S (mm) | 67.6 |
| Yield | 0.0% | Market Cap (mm) | $4,189 |
| AD Vol. (mm) | 35.41 | EV (mm) | $8,954 |

| BMO Estimates | | | | in $ |
|---|---|---|---|---|
| (FY-Dec.) | **2019A** | **2020E** | **2021E** | **2022E** |
| EPS | $(9.40) | $(7.35) | $(1.25) | $(0.53) |
| Revenue (mm) | $147 | $246 | $451 | $791 |

| Consensus Estimates | | | | |
|---|---|---|---|---|
| | **2019A** | **2020E** | **2021E** | **2022E** |
| EPS | | $(5.84) | $(1.79) | $(0.80) |

| Valuation | | | | |
|---|---|---|---|---|
| | **2019A** | **2020E** | **2021E** | **2022E** |
| P/E | NM | NM | NM | NM |
| P/CFPS | NM | NM | NM | NM |

| Key Changes | |
|---|---|
| Rating | Target |
| Mkt↓ | $50.00↑ |
| OP | $33.00 |

### Our Thesis

The secular shift to streaming has accelerated during COVID-19, and this forms the foundation of the FUBO investment case. fuboTV stands at the convergence of consumer demand for more dynamic pay TV products and the acceleration of connected TV advertising. However, we believe secular tailwinds and recent execution are reflected at these levels.

Please refer to pages 9 to 12 for Important Disclosures, including Analyst's Certification.

fuboTV - Block Summary Model

| Income Statement | 2019A | 2020E | 2021E | 2022E |
|---|---|---|---|---|
| Revenue | $147 | $246 | $451 | $791 |
| Operating income | (235) | (482) | (167) | (67) |
| *% operating income margin* | *-1.6%* | *-2.0%* | *-37.1%* | *-8.4%* |
| Pre-tax income | (247) | (501) | (189) | (89) |
| Income Tax | 15 | 20 | 0 | 0 |
| Net Income | (231) | (481) | (189) | (89) |
| Shares outstanding | 24 | 65 | 151 | 166 |
| EPS | (9.40) | (7.35) | (1.25) | (0.53) |
| *% growth* | | *21.8%* | *83.0%* | *57.3%* |
| Adj. EBITDA | $(165) | $(136) | $(104) | $5 |
| **Cash Flow Statement** | **2019A** | **2020E** | **2021E** | **2022E** |
| Cash Flow From Operations | 2 | (118) | (130) | (21) |
| Cash Flow From Investments | 2 | (1) | (0) | (0) |
| Cash Provided From Financing | 4 | 259 | 100 | 100 |
| Ending Cash Balance | 8 | 147 | 118 | 196 |
| **Balance Sheet** | **2019A** | **2020E** | **2021E** | **2022E** |
| Total Current Assets | 18 | 165 | 135 | 214 |
| Total Assets | 368 | 900 | 833 | 884 |
| Total Current Liabilities | 67 | 247 | 247 | 247 |
| Total Liabilities | 146 | 846 | 846 | 846 |
| Total Liabilities and Share Equity | 368.2 | 900.0 | 833.3 | 884.1 |
| | **2019A** | **2020E** | **2021E** | **2022E** |
| Subscribers | 316 | 505 | 727 | 1,091 |
| Subscriber ARPU | 49 | 55 | 64 | 69 |
| Advertising ARPU | 4 | 5 | 9 | 13 |
| Subscriber Acquisition Cost | 67 | 84 | 63 | 59 |

Source: BMO Capital Markets, Company Reports

**New Scenarios**

## Valuation

We derive our $50 target price by averaging the values derived by our comparable multiple analysis on an EV/revenue and EV/gross pro basis. $50 implies that the shares can trade at 10.3x 2022E EV/revenue and 38.1x 2022E EV/gross profit.

## Upside Scenario                                            $70.00

Our upside scenario could see the shares valued at 45.6x 2022E EV/gross profit with revenue growing 10% faster than our base case. Upside could be driven by higher subscriber estimates, faster improvement in advertising ARPU and/or more material than expected entry into the online sports betting market.

## Downside Scenario                                         $31.00

Our downside scenario could see the shares valued at 27.6x 2022E EV/gross profit with revenue growing 10% slower than our base case.



in USD

| Downside Scenario -50% | Target Price -19% | Current Price +13% | Upside Scenario |
|---|---|---|---|
| **Downside Scenario** 31.00 | **Target Price** 50.00 | **Current Price** 62.00 | **Upside Scenario** 70.00 |

## Key Catalysts

1) Quarterly earnings results and next quarter/year guidance; 2) new distribution agreements; 3) new features or programming announcements; 4) more details on fuboTV's betting opportunity.

## Company Description

fuboTV is the leading sports first, live TV streaming platform, offering subscribers access to live sporting events as well as leading news and entertainment content. It is a virtual multichannel video programming distributor (vMVPD) that streams in 4K.



FUBO-NYSE Research

Glossary



Company Models

## *Valuation*

We increase our target to $50 from $33, owing to a higher target multiple reflecting expanded streaming comps valuation and expanded distribution (e.g. partnership with Hisense and VIDAA) that adds upside tension to subscriber estimates. $50 implies FUBO trades at a 10.3x 2022E EV/revenue and 38.1x 2022E EV/gross profit. Our new target implies downside to shares, however this is more a reflection of recent volatility than it is negative fundamental view. With that said, we think positive secular tailwinds and recent execution are reflected in the shares at these levels.

**Exhibit 1 New FUBO Valuation Summary ($ millions, except per-share data)**

| Valuation on 2022E | EV/Revenue | | EV/Gross Profit | | Average | |
|---|---|---|---|---|---|---|
| Gross Revenue | 790.8 | Gross Profit | 215.0 | | |
| Target Multiple | 10.5x | Target Multiple | 37.5x | EV/Revenue | 10.3x |
| Enterprise Value | 8,303.9 | EV | 8,063.7 | EV/Gross Profit | 38.1x |
| Net cash (debt), projected | 175.4 | Net cash (debt) | 175.4 | | |
| Equity value | 8,479.2 | Equity value | 8,239.0 | | |
| **Price target** | $50.94 | | $49.49 | | **$50.22** |
| *% potential appreciation* | *(17.8%)* | | *(20.2%)* | | *(19.0%)* |

Company reports and BMO Capital Markets estimates.

**Exhibit 2 Previous FUBO Valuation Summary ($ millions, except per-share data)**

| Valuation on 2022E | EV/Revenue | | EV/Gross Profit | | Average | |
|---|---|---|---|---|---|---|
| Gross Revenue | 790.8 | Gross Profit | 215.0 | | |
| Target Multiple | 6.0x | Target Multiple | 24.0x | EV/Revenue | 6.7x |
| Enterprise Value | 4,745.1 | EV | 5,160.7 | EV/Gross Profit | 24.6x |
| Net cash (debt), projected | 175.4 | Net cash (debt) | 175.4 | | |
| Equity value | 4,920.4 | Equity value | 5,336.1 | | |
| **Price target** | $31.45 | | $34.10 | | **$32.78** |
| *% potential appreciation* | *14.0%* | | *23.7%* | | *18.8%* |

Company reports and BMO Capital Markets estimates.

**BMO Capital Markets**

## Exhibit 3: fuboTV Comparable Multiples

| Company | Ticker | 12/22/2020 Price | Target | Rating | Market Cap (mm) | EV/Rev 2021E | EV/Rev 2022E | EV/EBITDA 2021E | EV/EBITDA 2022E | P/E 2021E | P/E 2022E | 2021E vs S&P | FCF Yield 2021E | FCF Yield 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Netflix | NFLX | $527.33 | $700 | OP | $239,621 | 8.5x | 7.3x | 40.0x | 30.1x | 58.0x | 42.5x | 2.6x | 0.0% | 0.5% |
| Spotify | SPOT | $321.96 | NR | NR | $60,219 | 4.9x | 4.1x | nm | nm | nm | nm | nm | 0.5% | 0.8% |
| Roku | ROKU | $354.71 | NR | NR | $45,024 | 18.3x | 13.5x | nm | nm | nm | nm | nm | 0.1% | 0.4% |
| **fuboTV** | **FUBO** | **$62.00** | **$50** | **Mkt** | **$9,081** | **19.9x** | **11.3x** | **nm** | **nm** | **nm** | **nm** | **nm** | **-1.4%** | **-0.2%** |
| World Wrestling Entertainment | WWE | $47.14 | NR | NR | $3,667 | 3.3x | 2.9x | 11.8x | 10.4x | 27.3x | 23.6x | 1.2x | 1.7% | 4.4% |
| **Streaming** | | | | | **Mean** | **11.0x** | **7.8x** | **25.9x** | **20.3x** | **42.7x** | **33.1x** | **1.9x** | **0.2%** | **1.2%** |
| **Comps** | | | | | **Median** | **8.5x** | **7.3x** | **25.9x** | **20.3x** | **42.7x** | **33.1x** | **1.9x** | **0.1%** | **0.5%** |
| Liberty Media Formula One | FWONA | $36.46 | NR | NR | $22,728 | 10.8x | 9.7x | 47.3x | 39.8x | nm | nm | nm | 4.1% | 5.0% |
| Liberty Braves | BATRA | $25.16 | NR | NR | $15,684 | 46.3x | 30.2x | nm | nm | nm | nm | nm | -0.5% | 4.6% |
| Churchill Downs | CHDN | $203.13 | NR | NR | $8,015 | 6.4x | 5.3x | 17.0x | 40.3x | 36.0x | 26.7x | 1.6x | 4.5% | 5.1% |
| Madison Square Garden | MSG | $175.57 | NR | NR | $4,233 | 12.7x | 6.3x | nm | 55.5x | nm | nm | nm | -3.1% | 2.5% |
| World Wrestling Entertainment | WWE | $47.14 | NR | NR | $3,667 | 3.3x | 2.9x | 11.8x | 10.4x | 27.3x | 23.6x | 1.2x | 1.7% | 4.4% |
| Manchester United | MANU | $16.15 | NR | NR | $2,659 | 4.8x | 4.1x | 20.4x | 0.0x | nm | 79.8x | nm | nm | nm |
| MSG Networks | MSGN | $13.75 | NR | NR | $784 | 2.3x | 2.1x | 5.8x | 6.3x | 5.4x | 5.9x | 0.2x | 26.3% | 28.3% |
| **Sports** | | | | | **Mean** | **12.3x** | **8.7x** | **20.5x** | **25.4x** | **22.9x** | **34.0x** | **1.0x** | **5.5%** | **8.3%** |
| **Comps** | | | | | **Median** | **6.4x** | **5.3x** | **17.0x** | **25.1x** | **27.3x** | **25.1x** | **1.2x** | **2.9%** | **4.8%** |
| Draftkings | DKNG | $52.40 | NR | NR | $41,120 | 46.8x | 32.8x | nm | nm | nm | nm | nm | -1.8% | -1.3% |
| Flutter Entertainment | FLTR-GB | £148.40 | NR | NR | £24,233 | 5.1x | 4.5x | 24.9x | 20.1x | 39.9x | 30.2x | 1.8x | 2.4% | 3.5% |
| William Hill | WMH-GB | £2.70 | NR | NR | £2,831 | 2.0x | 1.7x | 12.0x | 10.3x | 34.4x | 25.4x | 1.5x | 3.0% | 5.6% |
| GAN Limited | GAN-US | $17.99 | NR | NR | $639 | 6.8x | 5.1x | 52.2x | 24.8x | nm | 76.9x | nm | nm | nm |
| **Sports Betting** | | | | | **Mean** | **15.2x** | **11.0x** | **29.7x** | **18.4x** | **37.1x** | **44.2x** | **1.7x** | **1.2%** | **2.6%** |
| **Comps** | | | | | **Median** | **5.9x** | **4.8x** | **24.9x** | **20.1x** | **37.1x** | **30.2x** | **1.7x** | **2.4%** | **3.5%** |

OP-Outperform, Mkt-Market Perform, Und-Underperform, NR-Not Rated. Source: Company reports and BMO for covered stocks, FactSet for non-rated stocks.

## Selected Company Metrics

### Exhibit 4: Quarterly Revenue by Type



Source: Company reports and BMO Capital Markets

### Exhibit 5: Annual Revenue by Type



Source: Company reports and BMO Capital Markets

**BMO Capital Markets**

## Exhibit 6: Quarterly Subscription ARPU & Attachment Rate



Source: Company reports and BMO Capital Markets

## Exhibit 7: Annual Subscription ARPU & Attachment Rate



Source: Company reports and BMO Capital Markets

## Exhibit 8: Quarterly Advertising ARPU and Y/Y Growth



Source: Company reports and BMO Capital Markets

## Exhibit 9: Annual Advertising ARPU and Y/Y Growth



Source: Company reports and BMO Capital Markets

## Exhibit 10: Gross Profits and Margin



Source: Company reports and BMO Capital Markets

## Exhibit 11: Adjusted EBITDA and Margin



Source: Company reports and BMO Capital Markets

**BMO Capital Markets**

### *Recent Events*

| | |
|---|---|
| **June 24, 2020** | Signs comprehensive agreement with Disney, adding networks including ESPN and ABC. |
| **July 1, 2020** | Drops Turner Networks. |
| **July 23, 2020** | Appoints Gina DiGioia Sheldon as General Counsel. |
| **July 28, 2020** | Adds Daniel Leff to Board of Directors. |
| **August 10, 2020** | Adds Ignacio "Nacho" Figueras to Board of Directors. |
| **September 24, 2020** | Adds Laura Onopchenko, CFO of GetAround, to Board of Directors. |
| **October 2, 2020:** | Launches updated Multiview feature doubled to 4 screens on Apple TV, expanding to all fuboTV subscribers in the coming days. |
| **October 13, 2020:** | Completes uplisting to NYSE. |
| **October 27, 2020:** | Partners with AT&T to add carriage of AT&T Sportsnet, home of the Pittsburgh Pirates and Pittsburgh Penguins. |
| **November 30, 2020:** | Hires new Chief Product Officer Mike Berkley, mostly recently CPO at Axios, with previous roles at Spotify, Viacom and Comcast. |
| **December 1, 2020:** | Acquires Daily Fantasy Sports platform Balto Sports with the intent of launching a free-to-play offering. |
| **December 11, 2020:** | Launches Epix add-on. |
| **December 15, 2020:** | Launches on VIDAA Smart OS. |

7



BMO Capital Markets

## *Updated Model*

**Exhibit 12: fuboTV Income Statement ($ millions, except per-share data)**

| $ in millions, except per share figures / December fiscal year | Fiscal Year 2019A | 1QA | 2020E 2QA | 3QA | 4QE | Fiscal Year 2020E | 1QE | 2021E 2QE | 3QE | 4QE | Fiscal Year 2021E | Fiscal Year 2022E | Fiscal Year 2023E | Fiscal Year 2024E | Fiscal Year 2025E | Fiscal Year 2026E | Fiscal Year 2027E | Fiscal Year 2028E | Fiscal Year 2029E | Fiscal Year 2030E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | | | | | | | | |
| Subscription | 133.3 | 46.4 | 39.5 | 53.4 | 83.5 | 222.8 | 85.9 | 75.8 | 91.6 | 140.2 | 393.5 | 662.0 | 920.1 | 1,235.0 | 1,632.1 | 1,952.1 | 2,273.9 | 2,477.5 | 2,606.8 | 2,750.4 |
| Advertising | 12.5 | 4.1 | 4.3 | 7.5 | 6.3 | 22.2 | 11.5 | 12.0 | 17.8 | 16.3 | 57.5 | 128.9 | 198.7 | 281.3 | 388.9 | 495.5 | 591.0 | 644.1 | 683.9 | 713.2 |
| Other | 0.8 | 0.5 | 0.3 | 0.2 | 0.0 | 1.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total revenue** | 146.5 | 51.0 | 44.2 | 61.2 | 89.8 | 246.2 | 97.4 | 87.8 | 109.4 | 156.5 | 451.1 | 790.8 | 1,118.7 | 1,516.4 | 2,021.0 | 2,447.7 | 2,864.8 | 3,121.4 | 3,290.7 | 3,463.7 |
| *% growth* | 95.8% | | | | | 68.0% | 90.8% | 98.7% | 78.7% | 74.3% | 83.2% | 75.3% | 41.5% | 35.5% | 33.3% | 21.1% | 17.0% | 9.0% | 5.4% | 5.3% |
| *% sequential growth* | | -65.2% | -13.5% | 38.6% | 46.7% | | 8.5% | -9.9% | 24.6% | 43.1% | | | | | | | | | | |
| Subscriber related expenses | (201.4) | (58.0) | (53.1) | (61.2) | (84.7) | (257.0) | (91.9) | (80.2) | (92.8) | (124.6) | (389.6) | (575.8) | (822.6) | (1,094.0) | (1,400.3) | (1,670.7) | (1,899.6) | (2,032.9) | (2,137.7) | (2,208.4) |
| **Gross profit** | (54.9) | (7.0) | (8.9) | (0.0) | 5.1 | (10.8) | 5.5 | 7.5 | 16.5 | 31.9 | 61.5 | 215.0 | 296.1 | 422.3 | 620.6 | 777.0 | 965.2 | 1,088.5 | 1,153.0 | 1,255.2 |
| *% growth* | -128.1% | | | | | 80.3% | 179.0% | 184.5% | 63706.5% | 528.5% | 668.8% | 249.6% | 37.7% | 42.6% | 47.0% | 25.2% | 24.2% | 12.8% | 5.9% | 8.9% |
| *% sequential growth* | | | 83.8% | 99.6% | 157.0% | -41489.8% | 8.2% | 37.1% | 119.5% | 93.1% | | | | | | | | | | |
| *Gross margin* | -37.5% | -13.6% | -20.2% | 0.0% | 5.7% | -4.4% | 5.6% | 8.6% | 15.1% | 20.4% | 13.6% | 27.2% | 26.5% | 27.9% | 30.7% | 31.7% | 33.7% | 34.9% | 35.0% | 36.2% |
| **Operating expenses** | | | | | | | | | | | | | | | | | | | | |
| Broadcasting and transmission | (33.1) | (9.2) | (9.5) | (9.8) | (10.3) | (38.8) | (9.2) | (9.2) | (9.2) | (9.2) | (36.7) | (37.6) | (51.0) | (66.0) | (84.0) | (96.8) | (107.6) | (110.9) | (110.4) | (109.3) |
| Sales and marketing | (37.2) | (11.4) | (7.6) | (22.3) | (21.9) | (63.1) | (16.4) | (16.4) | (16.4) | (16.4) | (65.6) | (80.7) | (109.7) | (142.6) | (182.0) | (210.6) | (235.1) | (243.6) | (243.7) | (242.6) |
| Technology and development | (30.0) | (8.3) | (9.6) | (10.7) | (8.9) | (37.5) | (11.1) | (11.1) | (11.1) | (11.1) | (44.4) | (56.4) | (77.6) | (102.1) | (132.0) | (155.0) | (175.7) | (185.2) | (188.7) | (191.7) |
| General and administrative | (21.9) | (10.4) | (17.3) | (8.3) | (9.0) | (45.0) | (11.3) | (11.3) | (11.3) | (11.3) | (45.1) | (79.1) | (78.3) | (98.6) | (121.3) | (134.6) | (143.2) | (140.5) | (131.6) | (121.2) |
| Depreciation and amortization | (57.6) | (14.4) | (14.4) | (14.4) | (6.6) | (49.8) | (9.2) | (9.2) | (9.2) | (9.2) | (36.9) | (28.0) | (35.1) | (41.6) | (47.3) | (47.5) | (52.7) | (54.3) | (54.0) | (53.4) |
| Other | 0.0 | 0.0 | 0.0 | (236.7) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total operating expenses | (179.9) | (53.8) | (58.4) | (302.1) | (56.7) | (234.3) | (57.2) | (57.2) | (57.2) | (57.2) | (228.7) | (281.8) | (351.7) | (450.9) | (566.6) | (644.6) | (714.3) | (734.6) | (728.4) | (718.2) |
| **Operating income** | (234.8) | (60.8) | (67.3) | (302.2) | (51.6) | (481.8) | (51.7) | (49.7) | (40.6) | (25.2) | (167.2) | (66.8) | (55.5) | (28.5) | 54.1 | 132.4 | 250.9 | 353.9 | 424.7 | 537.1 |
| *% growth* | | | | | | -105.2% | NM | 26.2% | 86.5% | 51.1% | 65.3% | 60.1% | 16.9% | 48.6% | 289.5% | 144.9% | 89.5% | 41.0% | 20.0% | 26.5% |
| *% margin* | -160.2% | -119.0% | -152.3% | -493.7% | -57.5% | -195.7% | -53.1% | -56.6% | -37.2% | -16.1% | -37.1% | -8.4% | -5.0% | -1.9% | 2.7% | 5.4% | 8.8% | 11.3% | 12.9% | 15.5% |
| **Other (expenses)/income** | | | | | | | | | | | | | | | | | | | | |
| Interest expense and financing costs | (14.0) | 6.5 | (13.3) | (2.2) | (2.2) | (11.2) | (5.5) | (5.5) | (5.5) | (5.5) | (22.0) | (22.0) | (22.0) | (22.0) | (22.0) | (22.0) | (22.0) | (22.0) | (22.0) | (22.0) |
| Loss on deconsolidation of Nexway | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Loss on issuance of notes, bonds and warrants | 0.1 | (24.1) | (0.6) | 1.3 | 0.0 | (23.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Change in fair value of warrant liabilities | 0.0 | (0.4) | 5.0 | 4.5 | 0.0 | 9.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Change in fair value of subsidiary warranty liability | 4.5 | (0.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Change in fair value of shares settled liability | 0.0 | 1.5 | (1.5) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Change in fair value of derivative liabilities | 0.7 | 0.3 | (0.8) | 0.1 | 0.0 | (0.4) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Change in fair value of profit share liabilty | 0.0 | 0.0 | (0.1) | 0.0 | 0.0 | (0.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Unrealized gain on equity method investment | 0.0 | (2.6) | 2.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other income (expense) | (3.1) | (0.2) | (1.0) | 8.2 | 0.0 | 7.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Reported pre-tax income** | (246.5) | (79.8) | (77.1) | (290.2) | (53.8) | (500.8) | (57.2) | (55.2) | (46.1) | (30.7) | (189.2) | (88.8) | (77.5) | (50.5) | 32.1 | 110.4 | 228.9 | 331.9 | 402.7 | 515.1 |
| Reported taxes | 15.0 | 3.5 | 3.5 | 16.1 | (3.0) | 20.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (34.3) | (49.8) | (60.4) | (77.3) |
| *Effective reported tax rate* | 6.1% | 4.4% | 4.5% | 5.5% | 5.5% | 4.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 15.0% | 15.0% | 15.0% | 15.0% |
| **Reported GAAP net income** | (231.5) | (76.3) | (73.6) | (274.1) | (56.8) | (480.8) | (57.2) | (55.2) | (46.1) | (30.7) | (189.2) | (88.8) | (77.5) | (50.5) | 32.1 | 110.4 | 194.6 | 282.1 | 342.3 | 437.8 |
| *% growth* | | | | | | -107.7% | 25.0% | 25.1% | 83.2% | 45.8% | 60.6% | 53.1% | 12.7% | 34.8% | 163.5% | 244.2% | 76.3% | 45.0% | 21.3% | 27.9% |
| *% margin* | -158.0% | -149.4% | -166.6% | -447.9% | -63.2% | -195.3% | -58.7% | -62.8% | -42.2% | -19.6% | -42.0% | -11.2% | -6.9% | -3.3% | 1.6% | 4.5% | 6.8% | 9.0% | 10.4% | 12.6% |
| Less: net (loss) income attributable to noncontrolling interest | (2.8) | (0.9) | (0.7) | 0.0 | 0.0 | (1.6) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net loss attributable to controlling interest | (228.7) | (75.4) | (72.9) | (274.1) | (56.8) | (479.2) | (57.2) | (55.2) | (46.1) | (30.7) | (189.2) | (88.8) | (77.5) | (50.5) | 32.1 | 110.4 | 194.6 | 282.1 | 342.3 | 437.8 |
| Less: Deemed divided – beneficial conversion feature on preferred | (0.6) | (0.2) | 0.0 | 0.0 | 0.0 | (0.2) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Net loss attributable to common stockholders** | (229.3) | (75.6) | (72.9) | (274.1) | (56.8) | (479.4) | (57.2) | (55.2) | (46.1) | (30.7) | (189.2) | (88.8) | (77.5) | (50.5) | 32.1 | 110.4 | 194.6 | 282.1 | 342.3 | 437.8 |
| Basic shares outstanding | 24.4 | 35.0 | 35.0 | 44.2 | 60.6 | 43.7 | 60.6 | 60.6 | 60.6 | 60.6 | 60.6 | 60.6 | 60.6 | 60.6 | 60.6 | 60.6 | 60.6 | 60.6 | 60.6 | 60.6 |
| Diluted shares outstanding | 24.4 | 35.0 | 35.0 | 44.2 | 146.5 | 65.2 | 146.5 | 146.5 | 156.5 | 156.5 | 151.5 | 166.5 | 166.5 | 166.5 | 166.5 | 166.5 | 166.5 | 166.5 | 166.5 | 166.5 |
| **EPS to common stockholders** | ($9.40) | ($2.16) | ($2.08) | ($6.20) | ($0.39) | ($7.35) | ($0.39) | ($0.38) | ($0.29) | ($0.20) | ($1.25) | ($0.53) | ($0.47) | ($0.30) | $0.19 | $0.66 | $1.17 | $1.69 | $2.06 | $2.63 |
| *% growth* | | | 77.9% | -187.6% | 81.4% | 21.8% | 81.9% | 81.9% | 95.2% | 49.3% | 83.0% | 57.3% | 12.7% | 34.8% | 163.5% | 244.2% | 76.3% | 45.0% | 21.3% | 27.9% |
| *% sequential growth* | | | | | | | -0.7% | 3.6% | 21.7% | 33.4% | | | | | | | | | | |
| Reported operating income | (234.8) | (60.8) | (67.3) | (302.2) | (51.6) | (481.8) | (51.7) | (49.7) | (40.6) | (25.2) | (167.2) | (66.8) | (55.5) | (28.5) | 54.1 | 132.4 | 250.9 | 353.9 | 424.7 | 537.1 |
| Depreciation & amortization | 57.6 | 14.4 | 14.4 | 14.4 | 6.6 | 49.8 | 9.2 | 9.2 | 9.2 | 9.2 | 36.9 | 28.0 | 35.1 | 41.6 | 47.3 | 47.5 | 52.7 | 54.3 | 54.0 | 53.4 |
| **EBITDA, Combined** | (177.2) | (46.3) | (52.9) | (287.8) | (45.0) | (432.0) | (42.5) | (40.4) | (31.4) | (16.0) | (130.3) | (38.8) | (20.4) | 13.0 | 101.4 | 179.9 | 303.7 | 408.2 | 478.6 | 590.4 |
| *% growth* | -39.6% | | | | | -143.8% | 8.4% | 23.5% | 89.1% | 64.4% | 69.8% | 70.2% | 47.4% | 163.8% | 678.7% | 77.5% | 68.8% | 34.4% | 17.3% | 23.4% |
| *% sequential growth* | | | 70.2% | -520.9% | 14.9% | | 5.7% | 4.8% | 22.3% | 49.0% | | | | | | | | | | |
| *% margin* | -120.9% | -90.8% | -119.7% | -470.2% | -50.1% | -175.5% | -43.6% | -46.1% | -28.7% | -10.2% | -28.9% | -4.9% | -1.8% | 0.9% | 5.0% | 7.3% | 10.6% | 13.1% | 14.5% | 17.0% |
| Stock-based compensation | 1.5 | 9.4 | 5.5 | 6.3 | 4.5 | 25.8 | 4.9 | 4.4 | 5.5 | 7.8 | 22.6 | 39.5 | 55.9 | 75.8 | 101.0 | 122.4 | 143.2 | 156.1 | 164.5 | 173.2 |
| One-time non-cash operating expenses | 1.1 | 0.2 | 5.4 | 234.0 | 0.0 | 239.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Adjusted EBITDA, Combined, as Reported** | (174.6) | (36.7) | (41.9) | (47.5) | (40.5) | (166.7) | (37.6) | (36.0) | (26.0) | (8.2) | (107.8) | 0.8 | 35.5 | 88.8 | 202.4 | 302.3 | 446.9 | 564.3 | 643.2 | 763.6 |
| *% yoy growth* | -23.4% | | | | | 4.5% | | | 45.3% | 79.8% | 35.3% | 100.7% | 4556.5% | 149.9% | 127.9% | 49.3% | 47.8% | 26.3% | 14.0% | 18.7% |
| *% sequential growth* | | | | | | | 7.2% | 4.1% | 28.0% | 68.4% | | | | | | | | | | |
| *% margin* | -119.1% | | | | -45.1% | -67.7% | -38.6% | -41.1% | -23.7% | -5.2% | -23.9% | 0.1% | 3.2% | 5.9% | 10.0% | 12.3% | 15.6% | 18.1% | 19.5% | 22.0% |
| Estimated Facebank G&A | | 14.3 | 14.3 | 1.0 | 1.0 | 30.6 | 1.0 | 1.0 | 1.0 | 1.0 | 4.0 | 4.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Adjusted EBITDA, fuboTV** | (165.2) | (22.5) | (27.7) | (46.5) | (39.5) | (136.1) | (36.6) | (35.0) | (25.0) | (7.2) | (103.8) | 4.8 | 35.5 | 88.8 | 202.4 | 302.3 | 446.9 | 564.3 | 643.2 | 763.6 |
| *% yoy growth* | | | | | | 17.6% | | | 46.3% | 81.8% | 23.8% | 104.6% | 646.3% | 149.9% | 127.9% | 49.3% | 47.8% | 26.3% | 14.0% | 18.7% |
| *% sequential growth* | | | | | | | 7.4% | 4.3% | 28.8% | 71.2% | | | | | | | | | | |
| *% margin* | -151.1% | | | | | -55.3% | | | | | -23.0% | 0.6% | 3.2% | 5.9% | 10.0% | 12.3% | 15.6% | 18.1% | 19.5% | 22.0% |

Source: Company reports and BMO Capital Markets estimates.

 

## Exhibit 13: fuboTV Cash Flow Statement ($ millions, except per-share data)

| $ in millions, except per share figures / December fiscal year | Fiscal Year 2019A | 1QA | 2QA | 3QA | 4QE | Fiscal Year 2020E | 1QE | 2QE | 3QE | 4QE | Fiscal Year 2021E | Fiscal Year 2022E | Fiscal Year 2023E | Fiscal Year 2024E | Fiscal Year 2025E | Fiscal Year 2026E | Fiscal Year 2027E | Fiscal Year 2028E | Fiscal Year 2029E | Fiscal Year 2030E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash from operations** | | | | | | | | | | | | | | | | | | | | |
| Net income | (38.1) | (56.3) | (73.6) | (274.1) | (56.8) | (460.8) | (57.2) | (55.2) | (46.1) | (30.7) | (189.2) | (88.8) | (77.5) | (50.5) | 32.1 | 110.4 | 194.6 | 282.1 | 342.3 | 437.8 |
| Depreciation and amortization | 20.8 | 5.2 | 14.4 | 14.4 | 6.6 | 40.6 | 9.2 | 9.2 | 9.2 | 9.2 | 36.9 | 28.0 | 35.1 | 41.6 | 47.3 | 47.5 | 52.7 | 54.3 | 54.0 | 53.4 |
| Stock-based compensation | 1.1 | 9.1 | 8.7 | 6.3 | 4.5 | 28.6 | 4.9 | 4.4 | 5.5 | 7.8 | 22.6 | 39.5 | 55.9 | 75.8 | 101.0 | 122.4 | 143.2 | 156.1 | 164.5 | 173.2 |
| Loss on deconsolidation of Nexway | 0.0 | 0.0 | 8.6 | 0.0 | - | 8.6 | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Common stock issued in connection with note payable | | 8.6 | (8.5) | 0.0 | - | 0.1 | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Loss on issuance of notes, bonds and warrants | | 0.1 | 24.6 | (1.3) | - | 23.3 | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Non-cash expense relating to issuance of warrants and common stock | | 24.1 | (21.8) | (2.2) | - | 0.0 | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Amortization of debt discount | | 1.7 | 9.3 | 1.3 | - | 12.3 | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Deferred income tax benefit | | (1.0) | (3.5) | (16.1) | - | (20.6) | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Change in fair value of derivative liabilities | | (0.3) | 0.8 | (0.1) | - | 0.4 | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Change in fair value of warrant liabilities | | 0.4 | (5.0) | (4.5) | - | (9.1) | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Change in fair value of subsidiary warrant liability | | 0.0 | (0.0) | 0.0 | - | 0.0 | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Change in fair value of shares settled liability | | 0.2 | 1.5 | 0.0 | - | 1.7 | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Change in fair value of profit share liability | | 0.0 | 0.1 | 0.0 | - | 0.1 | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Unrealized gain on investment | | 0.0 | (2.6) | 0.0 | - | (2.6) | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Amortization of right-of-use assets | | 0.0 | 0.2 | 0.3 | - | 0.4 | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Foreign exchange loss | | 0.0 | 1.0 | 0.0 | - | 1.0 | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Accrued interest on note payable | | 0.1 | 0.1 | (0.0) | - | 0.2 | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other, net | 6.2 | (0.1) | 0.0 | 231.1 | - | 231.1 | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Changes in operating assets and liabilities: | | | | | | | | | | | | | | | | | | | | |
| Accounts receivable | 7.7 | (0.9) | 1.7 | (2.9) | - | (2.1) | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Notes Receivable | | (0.2) | 0.2 | 0.0 | - | 0.0 | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Prepaid expenses and other current and long-term assets | (0.2) | 1.1 | (1.7) | (9.9) | - | (10.6) | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Due to related parties | | (0.1) | 10.9 | 25.6 | - | 36.5 | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Accounts payable, accrued expenses and other current and long | 4.5 | 1.0 | (0.2) | (4.0) | - | (3.2) | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Operating lease liabilities | (0.2) | (0.0) | (0.1) | (0.3) | - | (0.4) | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Deferred revenue | | 0.0 | 0.0 | 6.6 | - | 6.6 | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Cash from operating activities** | 1.7 | (7.5) | (34.8) | (29.9) | (45.7) | (117.9) | (43.1) | (41.5) | (31.5) | (13.7) | (129.8) | (21.2) | 13.5 | (199.1) | (199.1) | (199.1) | (199.1) | (199.1) | (199.1) | (199.1) |
| **Cash from investments** | | | | | | | | | | | | | | | | | | | | |
| Capital expenditures | 1.5 | 0.0 | (0.1) | (0.0) | (0.0) | (0.1) | (0.0) | (0.0) | (0.0) | (0.0) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) |
| Investment in Panda Productions (HK) Limited | 0.0 | 0.0 | 0.0 | 0.0 | - | 0.0 | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Advance to fuboTV | 0.0 | 0.0 | (10.0) | 0.0 | - | (10.0) | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Acquisition of fuboTV's cash and cash equivalents and restricted | 0.0 | 0.0 | 9.4 | 0.0 | - | 9.4 | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Sale of profit interest in investment in Panda Productions (HK) | 0.0 | (2.4) | 2.4 | 0.0 | - | 0.0 | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other | | 0.0 | 0.0 | (0.6) | | | | | | | | | | | | | | | | |
| Lease security deposit | (0.0) | 0.0 | 0.0 | 0.0 | - | 0.0 | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Cash from investments** | 1.5 | (2.4) | 1.7 | (0.7) | (0.0) | (1.4) | (0.0) | (0.0) | (0.0) | (0.0) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) |
| **Cash from financing** | | | | | | | | | | | | | | | | | | | | |
| Proceeds from issuance of convertible notes | 0.8 | 0.9 | 2.1 | 0.0 | - | 3.0 | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Repayments of convertible notes | (0.5) | (0.6) | (0.6) | (2.8) | - | (3.9) | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Proceeds from issuance Series D Preferred Stock | 0.7 | 0.2 | 0.0 | 0.0 | - | 0.2 | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Proceeds from sale of common stock | 3.6 | 2.3 | 26.6 | 68.2 | 164.0 | 261.1 | - | - | 100.0 | - | 100.0 | 100.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Proceeds from sale of subsidiary's common stock | 0.1 | 0.0 | 0.0 | 0.0 | - | 0.0 | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Redemption of Series D Preferred Stock | (0.3) | (0.3) | (0.3) | 0.6 | - | 0.0 | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Proceeds from short-term borrowings | 0.0 | 0.0 | 19.0 | (27.4) | - | (8.4) | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Repayments of short-term borrowings | 0.0 | 0.0 | (8.4) | 8.4 | - | 0.0 | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Proceeds from long-term borrowings | 0.0 | 0.0 | 4.7 | (4.7) | - | 0.0 | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Repayments of long-term borrowings | 0.0 | 0.0 | (1.3) | 1.3 | (11.0) | (11.0) | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Proceeds from related parties | 0.2 | 0.1 | (0.1) | 0.0 | - | 0.0 | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other | | 0.0 | 0.0 | 18.6 | | | | | | | | | | | | | | | | |
| Repayments to related parties | (0.2) | (0.3) | 0.0 | (0.3) | - | (0.6) | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Financing cash flow** | 4.4 | 2.4 | 41.7 | 62.0 | 153.0 | 259.1 | 0.0 | 0.0 | 100.0 | 0.0 | 100.0 | 100.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net change in cash | 7.6 | (7.5) | 8.6 | 31.5 | 107.3 | 139.8 | (43.1) | (41.6) | 68.5 | (13.7) | (29.9) | 78.7 | 13.4 | 66.7 | 180.3 | 280.2 | 390.5 | 492.4 | 560.7 | 664.3 |
| Cash, beginning of period | 0.0 | 7.6 | 0.1 | 8.7 | 40.1 | 7.6 | 147.4 | 104.3 | 62.7 | 131.2 | 147.4 | 117.5 | 196.2 | 209.6 | 276.3 | 456.7 | 736.8 | 1,127.3 | 1,619.7 | 2,180.4 |
| **Cash, end of period** | 7.6 | 0.1 | 8.7 | 40.1 | 147.4 | 147.4 | 104.3 | 62.7 | 131.2 | 117.5 | 117.5 | 196.2 | 209.6 | 276.3 | 456.7 | 736.8 | 1,127.3 | 1,619.7 | 2,180.4 | 2,844.6 |
| Restricted cash | 0.0 | (0.0) | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 |
| **Bottom Up Free Cash Flow** | | | | | | | | | | | | | | | | | | | | |
| Reported GAAP net income | (231.5) | | | | | (480.8) | | | | | (189.2) | (88.8) | (77.5) | (50.5) | 32.1 | 110.4 | 194.6 | 282.1 | 342.3 | 437.8 |
| + Depreciation & amortization | 20.8 | | | | | 40.6 | | | | | 36.9 | 28.0 | 35.1 | 41.6 | 47.3 | 47.5 | 52.7 | 54.3 | 54.0 | 53.4 |
| + Stock compensation | 1.1 | | | | | 28.6 | | | | | 22.6 | 39.5 | 55.9 | 75.8 | 101.0 | 122.4 | 143.2 | 156.1 | 164.5 | 173.2 |
| + Non-cash expenses | 0.0 | | | | | 0.0 | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (1.1) | 32.0 | 46.5 | 56.4 | 72.1 |
| - Capital expenditures | 0.0 | | | | | 0.0 | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| + Adjustment | 0.0 | | | | | 0.0 | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Free Cash Flow** | (210) | | | | | (411.6) | | | | | (129.8) | (21.2) | 13.5 | 66.8 | 180.4 | 279.2 | 422.6 | 539.0 | 617.1 | 736.5 |
| **FCF/diluted share** | ($8.59) | | | | | ($6.31) | | | | | ($0.86) | ($0.13) | $0.08 | $0.40 | $1.08 | $1.68 | $2.54 | $3.24 | $3.71 | $4.42 |
| FCF/diluted share growth | #DIV/0! | | | | | 26.5% | | | | | 86.4% | 85.1% | 163.8% | 393.3% | 169.9% | 54.7% | 51.4% | 27.5% | 14.5% | 19.3% |
| **Top Down Free Cash Flow (BMO)** | | | | | | | | | | | | | | | | | | | | |
| Adjusted EBITDA | (174.6) | | | | | (166.7) | | | | | (107.8) | 0.8 | 35.5 | 88.8 | 202.4 | 302.3 | 446.9 | 564.3 | 643.2 | 763.6 |
| - Interest paid | (14.0) | | | | | (11.2) | | | | | (22.0) | (22.0) | (22.0) | (22.0) | (22.0) | (22.0) | (22.0) | (22.0) | (22.0) | (22.0) |
| - Cash taxes | 0.0 | | | | | 0.0 | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (1.1) | (2.3) | (3.3) | (4.0) | (5.2) |
| - Capital expenditures | 1.5 | | | | | 0.0 | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| + Adjustment | 0.0 | | | | | 0.0 | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Free Cash Flow** | (187.0) | | | | | (177.9) | | | | | (129.8) | (21.2) | 13.5 | 66.8 | 180.4 | 279.2 | 422.6 | 539.0 | 617.1 | 736.5 |
| **FCF/diluted share** | ($7.67) | | | | | ($2.73) | | | | | ($0.86) | ($0.13) | $0.08 | $0.40 | $1.08 | $1.68 | $2.54 | $3.24 | $3.71 | $4.42 |

Source: Company reports and BMO Capital Markets estimates.



**fuboTV Inc. Rating History as of 12/22/2020**

| I:OP:$18.00 | OP:$20.00 | OP:$33.00 |
| 11/02/2020 | 11/12/2020 | 12/14/2020 |

Closing Price — Target Price

Outperform (OP); Market Perform (Mkt); Underperform (Und); Speculative (S); Suspended (Spd); Not Rated (NR); Restricted (R)

Source: FactSet, BMO Capital Markets

## IMPORTANT DISCLOSURES

### Analyst's Certification

I, Daniel Salmon, hereby certify that the views expressed in this report accurately reflect my personal views about the subject securities or issuers. I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Analysts who prepared this report are compensated based upon (among other factors) the overall profitability of BMO Capital Markets and their affiliates, which includes the overall profitability of investment banking services. Compensation for research is based on effectiveness in generating new ideas and in communication of ideas to clients, performance of recommendations, accuracy of earnings estimates, and service to clients.

Analysts employed by BMO Nesbitt Burns Inc. and/or BMO Capital Markets Limited are not registered as research analysts with FINRA. These analysts may not be associated persons of BMO Capital Markets Corp. and therefore may not be subject to the FINRA Rule 2241 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

### Company Specific Disclosures

Disclosure 1: BMO Capital Markets has undertaken an underwriting liability with respect to fuboTV Inc. within the past 12 months.

Disclosure 2: BMO Capital Markets has provided investment banking services with respect to fuboTV Inc. within the past 12 months.

Disclosure 3: BMO Capital Markets has managed or co-managed a public offering of securities with respect to fuboTV Inc. within the past 12 months.

Disclosure 4: BMO Capital Markets or an affiliate has received compensation for investment banking services from fuboTV Inc. within the past 12 months.

Disclosure 6A: fuboTV Inc. is a client (or was a client) of BMO Nesbitt Burns Inc., BMO Capital Markets Corp., BMO Capital Markets Limited or an affiliate within the past 12 months: A) Investment Banking Services

Disclosure 8C: BMO Capital Markets or an affiliate has a financial interest in 0.5% or more in the issued share capital of fuboTV Inc..

Disclosure 9B: BMO Capital Markets makes a market in fuboTV Inc. in United States.

### Methodology and Risks to Target Price/Valuation for fuboTV Inc. (FUBO-NYSE)

**Methodology:** We derive our target price for FUBO shares by averaging the values derived by our comparable multiple analysis on an EV/revenue and EV/gross profit basis.

**Risks:** FUBO currently generates losses and auditors have indicated going concern risk. Moreover, capital raises are likely (we model 3Q21, 1Q22) until FUBO reaches FCF generation, which we don't expect until 2023. Upside risks may include continued multiple expansion reflecting secular tailwinds as well as higher than expected subscriber growth.

### Distribution of Ratings (December 21, 2020)

| Rating category | BMO rating | BMOCM US Universe* | BMOCM US IB Clients** | BMOCM US IB Clients*** | BMOCM Universe**** | BMOCM IB Clients***** | StarMine Universe~ |
|---|---|---|---|---|---|---|---|
| Buy | Outperform | 49.0 % | 27.9 % | 56.2 % | 50.8 % | 57.6 % | 57.7% |
| Hold | Market Perform | 48.5 % | 20.8 % | 41.4 % | 46.8 % | 40.3 % | 37.5% |
| Sell | Underperform | 2.3 % | 25.0 % | 2.3 % | 2.1 % | 1.4 % | 4.8% |

*10*

**BMO Capital Markets**

\* Reflects rating distribution of all companies covered by BMO Capital Markets Corp. equity research analysts.

\*\* Reflects rating distribution of all companies from which BMO Capital Markets Corp. has received compensation for Investment Banking services as percentage within ratings category.

\*\*\* Reflects rating distribution of all companies from which BMO Capital Markets Corp. has received compensation for Investment Banking services as percentage of Investment Banking clients.

\*\*\*\* Reflects rating distribution of all companies covered by BMO Capital Markets equity research analysts.

\*\*\*\*\* Reflects rating distribution of all companies from which BMO Capital Markets has received compensation for Investment Banking services as percentage of Investment Banking clients.

~ As of April 1, 2019.

**Ratings Key (as of October 2016)**

We use the following ratings system definitions:
OP = Outperform - Forecast to outperform the analyst's coverage universe on a total return basis;
Mkt = Market Perform - Forecast to perform roughly in line with the analyst's coverage universe on a total return basis;
Und = Underperform - Forecast to underperform the analyst's coverage universe on a total return basis;
(S) = Speculative investment;
Spd = Suspended - Coverage and rating suspended until coverage is reinstated;
NR = No Rated - No rating at this time; and
R = Restricted - Dissemination of research is currently restricted.

The total return potential, target price and the associated time horizon is 12 months unless otherwise stated in each report. BMO Capital Markets' seven Top 15 lists guide investors to our best ideas according to different objectives (CDN Large Cap, CDN Small Cap, US Large Cap, US Small Cap, Income, CDN Quant, and US Quant have replaced the Top Pick rating).

**Prior BMO Capital Markets Rating System**

**(April 2013 - October 2016)**
http://researchglobal.bmocapitalmarkets.com/documents/2013/rating_key_2013_to_2016.pdf

**(January 2010 - April 2013)**
http://researchglobal.bmocapitalmarkets.com/documents/2013/prior_rating_system.pdf

**Other Important Disclosures**

For Important Disclosures on the stocks discussed in this report, please go to https://researchglobal0.bmocapitalmarkets.com/public-disclosure/ or write to Editorial Department, BMO Capital Markets, 3 Times Square, New York, NY 10036 or Editorial Department, BMO Capital Markets, 1 First Canadian Place, Toronto, Ontario, M5X 1H3.

**Dissemination of Research**

Dissemination of fundamental BMO Capital Markets Equity Research is available via our website https://researchglobal0.bmocapitalmarkets.com/. Institutional clients may also simultaneously receive our fundamental research via email and/or via services such as Refinitiv, Bloomberg, FactSet, Visible Alpha, and S&P Capital IQ.

BMO Capital Markets issues a variety of research products in addition to fundamental research. Institutional clients may request notification when additional research content is made available on our website. BMO Capital Markets may use proprietary models in the preparation of reports. Material information about such models may be obtained by contacting the research analyst directly. There is no planned frequency of model updates.

The analyst(s) named in this report may discuss trading strategies that reference a catalyst or event that may have a near or long term impact on the market price of the equity securities discussed. In some cases, the impact may directionally counter the analyst's published 12 month target price and rating. Any such trading or alternative strategies can be based on differing time horizons, methodologies, or otherwise and are distinct from and do not affect the analysts' fundamental equity rating in the report.

Research coverage of licensed cannabis producers and other cannabis-related companies is made available only to eligible approved North American, Australian, and EU-based BMO Nesbitt Burns Inc., BMO Capital Markets Limited, Bank of Montreal Europe Plc and BMO Capital Markets Corp. clients via email, our website and select third party platforms.

~ Research distribution and approval times are provided on the cover of each report. Times are approximations as system and distribution processes are not exact and can vary based on the sender and recipients' services. Unless otherwise noted, times are Eastern Standard and when two times are provided, the approval time precedes the distribution time.

For recommendations disseminated during the preceding 12-month period, please visit: https://researchglobal0.bmocapitalmarkets.com/public-disclosure/.

**General Disclaimer**

"BMO Capital Markets" is a trade name used by BMO Financial Group for the wholesale banking businesses of Bank of Montreal, BMO Harris Bank N.A. (member FDIC), Bank of Montreal Europe p.l.c, and Bank of Montreal (China) Co. Ltd, the institutional broker dealer business of BMO Capital Markets Corp. (Member FINRA and SIPC) and the agency broker dealer business of Clearpool Execution Services, LLC (Member FINRA and SIPC)

in the U.S., and the institutional broker dealer businesses of BMO Nesbitt Burns Inc. (Member Investment Industry Regulatory Organization of Canada and Member Canadian Investor Protection Fund) in Canada and Asia, Bank of Montreal Europe p.l.c. (authorised and regulated by the Central Bank of Ireland) in Europe and BMO Capital Markets Limited (authorised and regulated by the Financial Conduct Authority) in the UK and Australia. Bank of Montreal or its subsidiaries ("BMO Financial Group") has lending arrangements with, or provide other remunerated services to, many issuers covered by BMO Capital Markets. The opinions, estimates and projections contained in this report are those of BMO Capital Markets as of the date of this report and are subject to change without notice. BMO Capital Markets endeavours to ensure that the contents have been compiled or derived from sources that we believe are reliable and contain information and opinions that are accurate and complete. However, BMO Capital Markets makes no representation or warranty, express or implied, in respect thereof, takes no responsibility for any errors and omissions contained herein and accepts no liability whatsoever for any loss arising from any use of, or reliance on, this report or its contents. Information may be available to BMO Capital Markets or its affiliates that is not reflected in this report. The information in this report is not intended to be used as the primary basis of investment decisions, and because of individual client objectives, should not be construed as advice designed to meet the particular investment needs of any investor. Nothing herein constitutes any investment, legal, tax or other advice nor is it to be relied on in any investment or decision. If you are in doubt about any of the contents of this document, the reader should obtain independent professional advice. This material is for information purposes only and is not an offer to sell or the solicitation of an offer to buy any security. BMO Capital Markets or its affiliates will buy from or sell to customers the securities of issuers mentioned in this report on a principal basis. BMO Capital Markets or its affiliates, officers, directors or employees have a long or short position in many of the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. The reader should assume that BMO Capital Markets or its affiliates may have a conflict of interest and should not rely solely on this report in evaluating whether or not to buy or sell securities of issuers discussed herein.

**Additional Matters**

This report is directed only at entities or persons in jurisdictions or countries where access to and use of the information is not contrary to local laws or regulations. Its contents have not been reviewed by any regulatory authority. BMO Capital Markets does not represent that this report may be lawfully distributed or that any financial products may be lawfully offered or dealt with, in compliance with regulatory requirements in other jurisdictions, or pursuant to an exemption available thereunder.

To Australian residents: BMO Capital Markets Limited is exempt from the requirement to hold an Australian financial services licence under the Corporations Act and is regulated by the UK Financial Conduct Authority under UK laws, which differ from Australian laws. This document is only intended for wholesale clients (as defined in the Corporations Act 2001) and Eligible Counterparties or Professional Clients (as defined in Annex II to MiFID II).

To Canadian Residents: BMO Nesbitt Burns Inc. furnishes this report to Canadian residents and accepts responsibility for the contents herein subject to the terms set out above. Any Canadian person wishing to effect transactions in any of the securities included in this report should do so through BMO Nesbitt Burns Inc.

The following applies if this research was prepared in whole or in part by Colin Hamilton, Alexander Pearce or Raj Ray:

This research is not prepared subject to Canadian disclosure requirements. This research is prepared by BMO Capital Markets Limited and distributed by BMO Capital Markets Limited or Bank of Montreal Europe Plc and is subject to the regulations of the Financial Conduct Authority (FCA) in the United Kingdom and the Central Bank of Ireland (CBI) in Ireland. FCA and CBI regulations require that a firm providing research disclose its ownership interest in the issuer that is the subject of the research if it and its affiliates own 5% or more of the equity of the issuer. Canadian regulations require that a firm providing research disclose its ownership interest in the issuer that is the subject of the research if it and its affiliates own 1% or more of the equity of the issuer that is the subject of the research. Therefore each of BMO Capital Markets Limited and Bank of Montreal Europe Plc will disclose its and its affiliates' ownership interest in the subject issuer only if such ownership exceeds 5% of the equity of the issuer.

To E.U. Residents: In an E.U. Member State this document is issued and distributed by Bank of Montreal Europe plc which is authorised and regulated in Ireland and operates in the E.U. on a passported basis. This document is only intended for Eligible Counterparties or Professional Clients, as defined in Annex II to "Markets in Financial Instruments Directive" 2014/65/EU ("MiFID II").

Singapore: This disclaimer applies to research reports distributed by the Private Banking unit of Bank of Montreal, Singapore Branch ("BMO SG"), an exempt financial adviser under the Financial Advisers Act (Cap. 110) of Singapore ("FAA") only. This research report is prepared by BMO Capital Markets and distributed by BMO SG pursuant to an arrangement under regulation 32C of the Financial Advisers Regulations of Singapore. This research report is distributed by BMO SG solely to persons who qualify as accredited investors as defined in the FAA only, and is not intended for and may not be circulated to the general public. This report and any information contained in this report shall not be disclosed to any other person. If you are not an accredited investor, please disregard this report. BMO SG does not accept legal responsibility for the contents of the report. Recipients should contact BMO SG at 65-6535 2323 for matters arising from, or in connection with the report.

To U.S. Residents: BMO Capital Markets Corp. furnishes this report to U.S. residents and accepts responsibility for the contents herein, except to the extent that it refers to securities of Bank of Montreal. Any U.S. person wishing to effect transactions in any security discussed herein should do so through BMO Capital Markets Corp.

To U.K. Residents: In the UK this document is published by BMO Capital Markets Limited which is authorised and regulated by the Financial Conduct Authority. The contents hereof are intended solely for the use of, and may only be issued or passed on to, (I) persons who have professional experience in matters relating to investments falling within Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order") or (II) high net worth entities falling within Article 49(2)(a) to (d) of the Order (all such persons together referred to as "relevant persons"). The contents hereof are not intended for the use of and may not be issued or passed on to retail clients.

To Israeli residents: BMO Capital Markets is not licensed under the Israeli Law for the Regulation of Investment Advice, Investment Marketing and Portfolio Management of 1995 (the "Advice Law") nor does it carry insurance as required thereunder. This document is to be distributed solely to persons that are qualified clients (as defined under the Advice Law) and qualified investors under the Israeli Securities Law of 1968. This document represents the analysis of the analyst but there is no assurance that any assumption or estimation will materialize.

These documents are provided to you on the express understanding that they must be held in complete confidence and not republished, retransmitted, distributed, disclosed, or otherwise made available, in whole or in part, directly or indirectly, in hard or soft copy, through any means, to any person, except with the prior written consent of BMO Capital Markets.

Click here for data vendor disclosures when referenced within a BMO Capital Markets research document.

For assistance with accessible formats of online content, please contact research@bmo.com.

**ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST**

BMO Financial Group (NYSE, TSX: BMO) is an integrated financial services provider offering a range of retail banking, wealth management, and investment and corporate banking products. BMO serves Canadian retail clients through BMO Bank of Montreal and BMO Nesbitt Burns. In the United States, personal and commercial banking clients are served by BMO Harris Bank N.A., (Member FDIC). Investment and corporate banking services are provided in Canada and the US through BMO Capital Markets.

BMO Capital Markets is a trade name used by BMO Financial Group for the wholesale banking businesses of Bank of Montreal, BMO Harris Bank N.A. (member FDIC), Bank of Montreal Europe p.l.c, and Bank of Montreal (China) Co. Ltd, the institutional broker dealer business of BMO Capital Markets Corp. (Member FINRA and SIPC) and the agency broker dealer business of Clearpool Execution Services, LLC (Member FINRA and SIPC) in the U.S., and the institutional broker dealer businesses of BMO Nesbitt Burns Inc. (Member Investment Industry Regulatory Organization of Canada and Member Canadian Investor Protection Fund) in Canada and Asia, Bank of Montreal Europe p.l.c. (authorised and regulated by the Central Bank of Ireland) in Europe and BMO Capital Markets Limited (authorised and regulated by the Financial Conduct Authority) in the UK and Australia.

"Nesbitt Burns" is a registered trademark of BMO Nesbitt Burns Corporation Limited, used under license. "BMO Capital Markets" is a trademark of Bank of Montreal, used under license. "BMO (M-Bar roundel symbol)" is a registered trademark of Bank of Montreal, used under license.

® Registered trademark of Bank of Montreal in the United States, Canada and elsewhere.

TM Trademark Bank of Montreal

©COPYRIGHT 2020 BMO CAPITAL MARKETS CORP.

