# Exhibit L

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# Form 10-K

(Mark One)

☒   ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

**For the fiscal year ended December 31, 2020**

Or

☐   TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____

Commission file number 001-39590

# fuboTV Inc.
(Exact name of registrant as specified in its charter)

| Florida | 26-4330545 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

| 1330 Avenue of the Americas New York, NY | 10019 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code (212) 672-0055

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of exchange on which registered |
|---|---|---|
| Common Stock, par value $0.0001 per share | FUBO | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act:

Common Stock, par value $0.0001 per share

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐ No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. ☒ Yes ☐ No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). ☒ Yes ☐ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☒ |
| Emerging growth company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit

report. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act.) Yes ☐ No ☒

The aggregate market value of the registrant's voting and non-voting common stock held by non-affiliates of the registrant, based on the closing sale price of the registrant's common stock on June 30, 2020 (the last business day of the registrant's most recently completed second fiscal quarter) was $404,405,971.

The number of shares outstanding of the registrant's common stock as of March 23, 2021, was 140,160,575 shares.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the registrant's definitive proxy statement, which will be filed with the SEC no later than 120 days after December 31, 2021 in connection with our 2021 annual meeting of shareholders (the "Proxy Statement"), are incorporated by reference into Part III of this Annual Report on Form 10-K, as noted herein.

.

**TABLE OF CONTENTS**

|  |  |  | PAGE NO. |
|---|---|---|---|
| **PART I** |  |  |  |
|  |  |  |  |
| Item 1. | Business. |  | 4 |
| Item 1A. | Risk Factors. |  | 10 |
| Item 1B. | Unresolved Staff Comments. |  | 38 |
| Item 2. | Properties. |  | 38 |
| Item 3. | Legal Proceedings. |  | 39 |
| Item 4. | Mine Safety Disclosures. |  | 39 |
|  |  |  |  |
| **PART II** |  |  |  |
|  |  |  |  |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities. |  | 39 |
| Item 6. | Selected Financial Data. |  | 39 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations. |  | 40 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk. |  | 49 |
| Item 8. | Financial Statements and Supplementary Data. |  | 49 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure. |  | 49 |
| Item 9A. | Controls and Procedures. |  | 49 |
| Item 9B. | Other Information. |  | 50 |
|  |  |  |  |
| **PART III** |  |  |  |
|  |  |  |  |
| Item 10. | Directors, Executive Officers and Corporate Governance. |  | 51 |
| Item 11. | Executive Compensation. |  | 51 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters. |  | 51 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence. |  | 51 |
| Item 14. | Principal Accounting Fees and Services. |  | 51 |
|  |  |  |  |
| **PART IV** |  |  |  |
|  |  |  |  |
| Item 15. | Exhibits, Financial Statement Schedules. |  | 51 |
| Item 16. | Form 10-K Summary. |  | 55 |
|  | Signatures. |  | 56 |

**Results of Operations for the years ended December 31, 2020 and 2019 (in thousands):**

| | | For the Years Ended December 31, | | |
| --- | --- | --- | --- | --- |
| | | **2020** | | **2019** |
| **Revenues** | | | | |
| Subscriptions | $ | 184,328 | $ | - |
| Advertisements | | 24,904 | | - |
| Software licenses, net | | 7,295 | | 4,271 |
| Other | | 1,219 | | - |
| **Total revenues** | | 217,746 | | 4,271 |
| **Operating expenses** | | | | |
| Subscriber related expenses | | 204,240 | | - |
| Broadcasting and transmission | | 29,542 | | - |
| Sales and marketing | | 63,141 | | 491 |
| Technology and development | | 30,189 | | - |
| General and administrative | | 77,635 | | 13,302 |
| Depreciation and amortization | | 43,972 | | 20,765 |
| Impairment of intangible assets and goodwill | | 248,926 | | 8,598 |
| Total operating expenses | | 697,645 | | 43,156 |
| **Operating loss** | | (479,899) | | (38,885) |
| | | | | |
| Other income (expense) | | | | |
| Interest expense and financing costs | | (18,637) | | (2,062) |
| Loss on extinguishment of debt | | (24,521) | | - |
| Gain on sale of assets | | 7,631 | | - |
| Loss on investments | | - | | (8,281) |
| Unrealized gain in equity method investment | | 2,614 | | - |
| Loss on deconsolidation of Nexway | | (11,919) | | - |
| Change in fair value of warrant liabilities | | (83,338) | | - |
| Change in fair value of subsidiary warrant liabilities | | - | | 4,504 |
| Change in fair value of shares settled liability | | (1,665) | | - |
| Change in fair value of derivative liability | | (426) | | 815 |
| Change in fair value of profit share liability | | 1,971 | | (198) |
| Foreign currency exchange loss | | (1,010) | | (18) |
| Other income | | 147 | | 726 |
| Total other expense | | (129,153) | | (4,514) |
| **Loss before income taxes** | | (609,052) | | (43,399) |
| Income tax benefit | | 9,660 | | 5,272 |
| **Net loss** | $ | **(599,392)** | $ | **(38,127)** |

On August 15, 2019, the Company acquired 100% of the capital stock of Facebank AG. On September 16, 2019, the Company acquired approximately 51% of the stock of Nexway. On April 1, 2020, the Company merged with fuboTV Pre-Merger. The results of our operations for the year ended December 31, 2020 include the results of operations of Facebank AG and Nexway and also include the effects of the deconsolidation of Nexway as of March 31, 2020 and the sale of Facebank AG in the three months ended September 30, 2020. The results of our operations for the year ended December 31, 2020 also include the results of operations of fuboTV post-Merger from April 1, 2020. Because of this, the results of operations for the years ended December 31, 2020 and 2019 are not comparable.

*Revenue, net*

During the year ended December 31, 2020, we recognized revenues of $217.7 million, primarily related to $184.3 million of subscription revenue, $24.9 million of advertising revenue and $1.2 million in other revenue in connection with the second quarter acquisition of fuboTV Pre-Merger. These revenues were generated entirely by the fuboTV business, which we acquired through the Merger that closed on April 1, 2020, and there are no comparable results in the prior year. In addition, we generated $7.3 million related to the sale of software licenses from our acquisition Nexway.