# Exhibit M

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# Form 10-K

(Mark One)

☒  ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

**For the fiscal year ended December 31, 2021**

or

☐  TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____

Commission file number 001-39590

# fuboTV Inc.
(Exact name of registrant as specified in its charter)

| Florida | 26-4330545 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| 1290 Avenue of the Americas, New York, NY | 10104 |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code (212) 672-0055

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of exchange on which registered |
|---|---|---|
| Common Stock, par value $0.0001 per share | FUBO | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act:

None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐ No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. ☒ Yes ☐ No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). ☒ Yes ☐ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| Emerging growth company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over

financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act.) Yes ☐ No ☒

The aggregate market value of the registrant's voting and non-voting common stock held by non-affiliates of the registrant, based on the closing sale price of the registrant's common stock on June 30, 2021 (the last business day of the registrant's most recently completed second fiscal quarter) was $4,072,262,283.

The number of shares outstanding of the registrant's common stock as of January 31, 2022 was 154,113,121 shares.

### DOCUMENTS INCORPORATED BY REFERENCE

Portions of the registrant's definitive Proxy Statement relating to its 2022 Annual Meeting of Stockholders, to be filed with the SEC within 120 days after the end of the fiscal year ended December 31, 2021, are incorporated herein by reference in Part III.

**TABLE OF CONTENTS**

|  |  | Page |
|---|---|---|
| **PART I** | | |
| Item 1. | Business | 6 |
| Item 1A. | Risk Factors | 13 |
| Item 1B. | Unresolved Staff Comments | 48 |
| Item 2. | Properties | 48 |
| Item 3. | Legal Proceedings | 48 |
| Item 4. | Mine Safety Disclosures | 48 |
| | | |
| **PART II** | | |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 49 |
| Item 6. | [Reserved] | 49 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 50 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 62 |
| Item 8. | Financial Statements and Supplementary Data | 62 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 62 |
| Item 9A. | Controls and Procedures | 62 |
| Item 9B. | Other Information | 64 |
| Item 9C. | Disclosures Regarding Foreign Jurisdictions that Prevent Inspections | 64 |
| | | |
| **PART III** | | |
| Item 10. | Directors, Executive Officers and Corporate Governance | 65 |
| Item 11. | Executive Compensation | 65 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 65 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence | 65 |
| Item 14. | Principal Accountant Fees and Services | 65 |
| | | |
| **PART IV** | | |
| Item 15. | Exhibits and Financial Statement Schedules | 66 |
| Item 16. | Form 10-K Summary | 69 |

| | | For the Years Ended December 31, | | |
|---|---|---|---|---|
| | | 2021 | | 2020 |
| **Revenues** | | | | |
| Subscriptions | $ | 564,441 | $ | 184,328 |
| Advertising | | 73,749 | | 24,904 |
| Software licenses, net | | - | | 7,295 |
| Other | | 160 | | 1,219 |
| **Total revenues** | $ | 638,350 | $ | 217,746 |
| **Operating expenses** | | | | |
| Subscriber related expenses | $ | 593,241 | $ | 204,240 |
| Broadcasting and transmission | | 55,563 | | 29,542 |
| Sales and marketing | | 142,387 | | 63,141 |
| Technology and development | | 60,513 | | 30,189 |
| General and administrative | | 108,185 | | 77,635 |
| Depreciation and amortization | | 37,881 | | 43,972 |
| Impairment of intangible assets and goodwill | | - | | 248,926 |
| Total operating expenses | | 997,770 | | 697,645 |
| **Operating loss** | $ | (359,420) | $ | (479,899) |
| | | | | |
| Other income (expense) | | | | |
| Interest expense and financing costs | $ | (13,485) | $ | (18,637) |
| Amortization of debt discount | | (14,928) | | - |
| Gain on sale of assets | | - | | 7,631 |
| Loss on extinguishment of debt | | (380) | | (24,521) |
| Loss on deconsolidation of Nexway | | - | | (11,919) |
| Change in fair value of warrant liabilities | | 2,659 | | (83,338) |
| Change in fair value of shares settled liability | | - | | (1,665) |
| Change in fair value of derivative liability | | - | | (426) |
| Change in fair value of profit share liability | | - | | 1,971 |
| Unrealized gain on equity method investment | | - | | 2,614 |
| Foreign currency exchange loss | | - | | (1,010) |
| Other income | | (90) | | 147 |
| Total other expense | $ | (26,224) | $ | (129,153) |
| **Loss before income taxes** | $ | (385,644) | $ | (609,052) |
| Income tax benefit | | 2,681 | | 9,660 |
| **Net loss** | $ | **(382,963)** | $ | **(599,392)** |

*Revenue, net*

During the year ended December 31, 2021, we recognized revenues of $638.4 million, primarily consisting of $564.4 million of subscription revenue, $73.7 million of advertising revenue and $0.2 million in other revenue.

During the year ended December 31, 2020, we recognized revenues of $217.7 million primarily consisting of $184.3 million of subscription revenue, $24.9 million of advertising revenue, $7.3 million related to the sale of software licenses from our subsidiary Facebank AG and $1.2 million of other revenue. We sold Facebank AG in July 2020.

The increase of $420.6 million was primarily due to a full year of revenue in 2021 of fuboTV compared to nine months in the prior year period, higher subscription revenue due to increases in our subscriber base and subscription package prices and an increase in advertising revenue resulting from an increase in the number of impressions sold.