USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/19/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE FUBOTV INC. SECURITIES LITIGATION

1:21-cv-01412 (ALC) (JLC)

<u>ORDER OF DISMISSAL</u>

---

**ANDREW L. CARTER, JR., United States District Judge:**

On March 28, 2024, the Court dismissed the Second Amended Complaint without prejudice and ordered that Plaintiff's motion for leave to amend be filed by April 11, 2024. ECF No. 61. Plaintiff has not moved for leave to amend. Accordingly, this case is **DISMISSED WITH PREJUDICE**, and the Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

Dated: <u>April 19, 2024</u>
New York, New York

ANDREW L. CARTER, JR.
United States District Judge